IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES <br><br> and <br><br> M SQUARED STRATEGIES, INC., <br><br>     Plaintiffs, <br><br> v. <br><br> HENRY M. PAULSON, <br> SECRETARY OF THE UNITED STATES <br> DEPARTMENT OF TREASURY, <br><br> THOMAS A SHARPE, JR., <br><br> and <br><br> DENNIS S. SCHINDEL, <br><br>     Defendants. | Civil Action No: 1:06CV01330 |

### AFFIDAVIT OF MARIA CANALES

I, Maria ("Mayi") Canales, do hereby aver, under penalty of perjury, that the following is true and correct:

1. My name is Maria ("Mayi") Canales. I am over 18 years of age, and I have personal knowledge of the matters contained herein.

2. I was employed by the United States Treasury Department ("Treasury") between June 1999 and October 2002 and worked in various capacities and positions, which culminated in the position of Acting Chief Information Officer and Acting Deputy Assistant Secretary.

3. On June 6, 2002, the Office of Inspector General ("OIG") of Treasury interviewed me about gifts I received from an independent consultant, John M. Neal ("Neal").

- 1 -

EXHIBIT 1

4.  During the interview, I explained that I received from Neal a vase of indeterminate value that I would return if OIG deemed such action appropriate. Additionally, I stated that I declined to accept several small loose emeralds that were also offered to me by Neal.

5.  Immediately after the interview OIG personnel incorporated my statements into an affidavit, which I then executed.

6.  Late in October 2002, I voluntarily resigned as an employee of Treasury to open my own business to provide consulting services to both public and private clients.

7.  My resignation from Treasury was in no way related to the OIG interview.

8.  In January 2003, I started M Squared Strategies, Inc. ("M Squared"), a technology consulting services company. I am the sole shareholder of M Squared, owning 100% of the company's interests, and I am the Chief Executive Officer of the company.

9.  In its first year in business, 2003, M Squared had contracts in the private sector with CACI, Entrust, Cap Gemini, AMS, Tripwire, Ngrain, and Sapeint.

10. On April 13, 2004, the United States filed a one-count Information against me, charging me with the misdemeanor of Making a False Writing in violation of 18 U.S.C. § 1018 in connection with the affidavit I signed immediately following my interview with OIG.

11. On April 19, 2004, I pleaded guilty in the United Stated District Court for the District of Columbia to the misdemeanor offense referred to in paragraph 11 herein.

12. In April 2004, M Squared began obtaining government contracts with various United States Government agencies.

13. Since April 2004, M Squared has had successful contracts with the Department of Veterans Affairs (the "DVA"), the Department of Energy (the "DOE"), and the Small Business Administration.

14. I do not have, never had, nor have I ever applied for any government contracts with Treasury.

15. On June 27, 2006, the Debarring Official at Treasury issued a Notice of Debarment prohibiting M Squared and me from participating in all United States Government procurement. The debarment is stated to be effective for three (3) years, commencing with an effective date of June 27, 2006. The Notice of Debarment did not contain any factual findings or cite any jurisdictional basis for the issuance of the Notice of Debarment.

16. If a restraining order and subsequent injunction are not issued to enjoin the Government from enforcing the debarment of M Squared and me, M Squared and I will suffer irreparable harm, as my current contracts with the DVA and the DOE will be canceled or transitioned to other contractors due to the debarment, effectively destroying my reputation and M Squared's business.

17. I have a subcontract with HPTi in the DVA for three and a half people, which will be terminated on July 31, 2006 if the Government is permitted to enforce the debarment.

18. I have a prime contract with the DVA for seven and a half people. This contract is funded through September 30, 2006, but I have to inform the DVA by mid-August if the debarment has been resolved or enjoined. If the debarment has not been resolved or enjoined, the DVA will then transition the work from this contract to another contractor.

19. I have a prime contract with the DOE IOA&T for three people. This contract is funded through September 30, 2006, but I have to inform the DOE by mid-August if the debarment has been resolved or enjoined. If the debarment has not been resolved or enjoined, the DOE will then transition the work from this contract to another contractor.

20. I have a prime contract with the DOE I-Manage department for two people. This contract is funded through November 15, 2006, but I must inform the DOE by September if the debarment has been resolved or enjoined. If the debarment has not been resolved or enjoined, the DOE will then transition the work from this contract to another contractor.

21. If an injunction is not issued, M Squared and I will suffer irreparable harm as the cancellation or non-renewal of all of my contracts will force me to terminate the employees of M Squared and close the offices.

22. The government agencies with whom I have contracts will not suffer substantial harm if a restraining order and, later, an injunction is issued. Rather, those agencies will benefit from such an order and injunction because it will save them the time and expense of finding a new contractor.

I attest to the truth of these statements and will so testify if called upon.

Date: 7-28-2006

_____
Maria ("Mayi") Canales

Sworn to and Subscribed
Before me this 28th
Day of July, 2006.

_____
Notary Public

Katie M. Taylor
Notary Public, District of Columbia
My Commission Expires 08-31-2006

65275.1:230133:00420