









# Semiannual Report To The Congress



April 1, 2004 – September 30, 2004

# Office of Inspector General

Department of the Treasury



EXHIBIT 5

*Significant Investigations*



### Senior Computer Specialist Pleads Guilty to Child Pornography Charge

Following our last report (March 2004, p. 15), the USAO-DC announced in July 2004 that Dennis Beheiter, a former FMS Senior Computer Specialist, was sentenced for the one count of possession of child pornography (18 U.S.C. § 2252) to which he previously pled guilty. The United States District Court imposed 27 months imprisonment and 3 years probation. Our investigation established that Beheiter used his government computer to download and collect child pornography. Forensic analysis revealed over 1,100 images of child pornography had been stored on his personal computer. He was terminated as an FMS employee losing 26 years vested towards federal retirement.

### Former Acting Treasury CIO Sentenced for Making False Statement and Debarred for Life

In our March 2004 report (p. 15), we reported Treasury's former acting Chief Information Officer (CIO), Maya Canales, directed a consulting firm under contract with the Department to secure a $1.5 million subcontract with a company owned by the CIO's friend, as part of (or in exchange for), a $5.8 million contract that Treasury awarded to the consulting firm. The investigation revealed the acting CIO accepted various gratuities including jewelry and the use of a time-share rental property.

The former acting CIO pled guilty to making false statements in official certificates or writings (18 U.S.C. § 1018) and has been debarred for life from doing business with the federal government. In July 2004, the former acting CIO was sentenced in United States District Court to 1 year probation, fined $2,500, and ordered to perform 25 hours of community service.

### U.S. Mint Account Technician Sentenced for Submitting False Travel Vouchers

As we reported previously (March 2004, p. 15), former Mint Account Technician, Shani Black, embezzled government funds by creating and submitting fraudulent travel vouchers. The investigation revealed that Black opened 5 bank accounts using various fictitious names. Further, she created, altered, and submitted 57 travel vouchers resulting in the unauthorized payment of $153,000 by means of Electronic Fund Transfers to the aforementioned bank accounts.

As a result of the investigation, Black pled guilty to making false statements (18 U.S.C. § 1001). In August 2004, she was sentenced to 12 months home detention/electronic monitoring, 5 years probation, and ordered to pay restitution of $153,471. We issued a Management Implication Report to the Mint in connection with our investigation to assist the bureau with addressing control weaknesses so as to prevent future submissions of false or fraudulent travel vouchers.