

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

June 27, 2006

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Maria (Mayi) Canales
7007 Clinton Ct
Annapolis, MD 21403

I have determined to impose debarment on you, Maria Canales, thereby prohibiting you from participating in United States Government procurement requirements. (Reference is made to our Notice of Proposed Debarment dated November 29, 2005). This debarment is effective for three years, commencing with an effective date of June 27, 2006.

Your conviction of a criminal offense is a cause for debarment under FAR 9.406-2(a)(5): [a conviction for] "Commission of any other offense indicating a lack of business integrity or business honesty that seriously and directly affects the present responsibility of a Government contractor or subcontractor."

Further, causes for debarment also include: "[A] conviction ... for (1) Commission of fraud or a criminal offense in connection with – (i) obtaining, (ii) attempting to obtain; or (iii) performing a public contract or subcontract." [FAR 9.406-2(a)(1)] You were convicted of violating U.S.C. §1018, making a false writing in connection with an on-going procurement. As a result, I conclude that this conviction meets the minimum requirements of this section to constitute a cause for debarment.

In your response to the notice of proposed debarment you (through counsel) correctly point out that the purpose of debarment is to protect the Government, not to punish. You then argue that your conduct here, which led to your guilty plea and conviction, was not so serious as to support debarment as an appropriate action. You further aver that your "spotless" record prior to this offense and business record since militate against imposition of debarment. I do not agree. Given the facts and nature of your offense debarment is the appropriate course of action.

EXHIBIT
6

The debarment also applies to your place of employment in the event you are employed as a "principal" as defined by the certification requirements under FAR 52.209-5(a)(2). This FAR section states: "Principals, for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager, plant manager, head of a subsidiary, division, or business segment, and similar positions)." Since you have represented in your response to the notice of proposed debarment that you are the sole stockholder and Chief Executive Officer of M Squared Strategies, Inc., a technology consulting firm, the debarment extends to that firm as well.

This debarment is effective throughout the executive branch of the Government. Federal agencies will not solicit offers from, or award contracts to, contractors who have been proposed for debarment or debarred. Also, federal agencies will not renew or extend existing contracts with, or consent to subcontracts with, a contractor proposed for debarment or debarred. Lastly, contractors proposed for debarment or debarred are excluded from conducting business with the Government as representatives or agents of other contractors.

Sincerely,

Thomas A. Sharpe, Jr.
Debarring Official
Director, Office of the Procurement Executive