IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES, <br><br> And <br><br> M SQUARED STRATEGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HENRY M. PAULSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF TREASURY, <br><br> THOMAS A SHARPE, JR., <br><br> and <br><br> DENNIS S. SCHINDEL, <br><br> Defendants. | Civil Action No: 1:06CV01330 (GK) |

## ORDER

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, and the Court being fully aware of the premises therein, it is on this _____ day of _____, 2006 hereby ORDERED the Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the Defendant Henry M. Paulson, Secretary of the United States Treasury, his subordinates within the Department of the Treasury, and all other persons acting in concert with him, is TEMPORARILY RESTRAINED AND ENJOINED from enforcing its June 27, 2006 debarment notice.

_____                           _____
Date                                                U.S. DISTRICT COURT JUDGE

Copies to:

HENRY M. PAULSON,
SECRETARY OF THE UNITED STATES
DEPARTMENT OF TREASURY
1500 Pennsylvania Avenue
Washington, D.C. 20220

THOMAS A SHARPE, JR.,
Office of the Procurement Executive
U.S. Department of Treasury
1500 Pennsylvania Avenue
Washington, D.C. 20220

DENNIS S. SCHINDEL,
Acting Inspector General
U.S. Department of Treasury
1500 Pennsylvania Avenue
Washington, D.C. 20220

KENNETH L. WAINSTEIN, ESQ.
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20530

ALBERTO R. GONZALES
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

65272.1:230133:00420