UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES,<br><br>　　Plaintiff,<br><br>v.<br><br>HENRY M. PAULSON, SECRETARY,<br>DEPT. OF TREASURY, ET AL.<br>　　Defendants. | Civ. No. 06-1330 (GK)<br>ECF |

## NOTICE OF APPEARANCE

　　The Clerk of Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendants.

Dated: July 28, 2006　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　John C. Truong, D.C. Bar # 465901
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 307-0406
　　　　　　　　　　　　　　　　(202) 514-8780 (fax)
　　　　　　　　　　　　　　　　John.Truong@usdoj.gov