IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES and M SQUARED STRATEGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HENRY M. PAULSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF TREASURY, *et al.*, <br><br> Defendants. | Civil Action No: 1:06CV01330 (GK) |

## ORDER

Upon consideration of Plaintiffs' Motion for Reconsideration of Memorandum and Order Denying Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and the Court being fully aware of the premises therein, it is on this _____day of _____, 2006 hereby ORDERED the Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the Defendant Henry M. Paulson, Secretary of the United States Treasury, his subordinates within the Department of the Treasury, and all other persons acting in concert with him, are TEMPORARILY RESTRAINED AND ENJOINED from enforcing its June 27, 2006 debarment notice.

_____          _____
Date                                                     U.S. DISTRICT COURT JUDGE

Copies to:

Steven D. Cundra, D.C. Bar No. 374074
Amy Epstein Gluck, D.C. Bar No. 453525
Nicholas M. Beizer, D.C. Bar No. 485894
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
Attorneys for Plaintiffs


John C. Truong
Assistant United States Attorney
555 4th Street, N.W.
Room E-4206
Washington, D.C. 20530
Attorney for Defendants

65404.1:230133:00420