IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES and M SQUARED STRATEGIES, INC., <br><br> Plaintiffs, <br> v. <br><br> HENRY M. PAULSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF TREASURY, et al., <br><br> Defendants. | Civil Action No: 1:06CV01330 (GK) |

## PROPOSED ORDER

This matter came before the Court on Plaintiff's Motion for Expedite Discovery, and the Court having reviewed the file and being otherwise duly advise, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Motion for Expedited Discovery is **GRANTED**.

2. Plaintiff may serve its Notice of Deposition *Duces Tecum* to Thomas A Sharpe, Jr. forthwith, and shall not be required to wait until after the parties have conferred as required by Fed. R. Civ. P. 26(f).

3. Defendant, Thomas A Sharpe, Jr. shall appear for deposition on Friday, August 11, 2006, at 9:30 a.m. at the offices of Plaintiffs' counsel and testify upon oral examination and produce all responsive documents requested in Plaintiffs' Notice of Deposition *Duces Tecum* .

ENTERED this _____ day of August, 2006.

                                                                         _____

                                                                         Gladys Kessler
                                                                         U.S. District Judge

**Copies to**: Attorneys of record via ECF