# EXHIBIT 2

Case 1:06-cv-01330-GK    Document 8-2    Filed 08/09/2006    Page 1 of 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES and M SQUARED STRATEGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HENRY M. PAULSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF TREASURY, et al., <br><br> Defendants. | Civil Action No: 1:06CV01330 (GK) |

## DECLARATION OF MARIA CANALES

I, Maria ("Mayi") Canales do hereby aver, under penalty of perjury, that the following is true and correct:

1. My name is Maria ("Mayi") Canales. I am over 18 years of age, and I have personal knowledge of the matters contained herein.

2. I was employed by the United States Department of the Treasury ("Treasury") between June 1999 and October 2002 and worked in various capacities and positions, which culminated in the position of Acting Chief Information Officer and Acting Deputy Assistant Secretary.

3. Late in October 2002, I voluntarily resigned from my position at Treasury to open my own business to provide consulting services.

4. In January 2003, I started M Squared Strategies, Inc. ("M Squared"), a technology consulting service company. I am the sole shareholder of M Squared, owning 100% of the company's interests, and I am the Chief Executive Officer of the company.



5. In its first year in business, 2003, M Squared contracted solely in the private sector.

6. On April 13, 2004, the United Stated filed a one-count Information against me, charging me with the misdemeanor of Making a False Writing in violation of 18 U.S.C. § 1018 in connection with the affidavit I signed immediately following my interview with the OIG on June 6, 2002 while employed at the United States Department of the Treasury ("Treasury").

7. On April 19, 2004, I pleaded guilty in the United States District Court for the District of Columbia to the misdemeanor offense referred in paragraph 4 above.

8. M Squared received its first subcontract of a government contract from HPTi in April 2004 for work at the Department of Veteran Affairs (the "DVA").

9. The first time that M Squared sought to obtain a government prime contract was in August 2004, when it responded to a statement of work issued by the Department of Energy (the "DOE").

10. M Squared obtained its first prime government contract in September 2004, when it was awarded a contract by the DOE.

11. As part of the solicitation process for any Government contract in which M Squared participates, M Squared discloses any and all prior disbarments, suspensions and any convictions of any of its principals.

12. I, on behalf of M Squared, and pursuant to the certification requirements under F.A.R. 52.209-5, truthfully acknowledged my misdemeanor plea and conviction in April 2004 arising from my June 2002 conduct while employed at Treasury. (A true and correct copy of M Squared's Certification, known as an "ORCA Certification" for the period April 25, 2006 through April 25, 2007, is attached hereto as Exhibit A. Because the Government maintains the

OCRA Certifications on the Internet, the previous OCRA Certifications that I have completed on behalf of M Squared are unavailable to me; however, the previous annual certifications that I have completed for M Squared's solicitations have been identical to the attached OCRA Certification, and I have truthfully identified my personal prior plea and conviction arising from my June 2002 conduct while employed at Treasury on each and every OCRA Certification that I have completed for M Squared. The relevant inquiry and disclosure required by the certification requirements under F.A.R. 52.209-5 is made at the top of page 4 of the ORCA Certification).

13. M Squared currently has three prime government contracts as its sole source of revenue: one contract with the DVA (a true and correct copy of that contract is attached hereto as Exhibit B) two contracts with the DOE, one is labeled IOA&T and one is labeled I-Manage). (A true and correct copy of those contracts are attached hereto as Exhibits C and D, respectively).

14. At no time have I ever applied for or obtained a government contract as an individual.

15. Neither M Squared nor I have ever had or applied for any contracts with Treasury at any time, past or present.

16. M Squared has never been charged with, or convicted of, any fraudulent, criminal, or other seriously improper conduct as a government contractor or a private contractor.

17. No officer, director, shareholder, partner, employee, or other individual associated with M Squared has ever been charged with, or convicted of, any fraudulent, criminal, or other seriously improper conduct as a government contractor or a private contractor for conduct which occurred in connection with the individual's performance of his/her duties for or on behalf of M Squared, or with M Squared's knowledge, approval, or acquiescence.

18. Prior to the Treasury's June 27, 2006 debarment notice, none of the federal agencies that M Squared has now or previously has had contracts with, including the DVA, the DOE and the Small Business Administration, has ever indicated that they previously had, or currently have, any problem with M Squared's, or any of its employees', performance or present responsibility as a government contractor.

19. On June 27, 2006, the Debarring Official at Treasury issued a notice of Debarment prohibiting M Squared from participating in all United States government procurement. The debarment is stated to be effective for three (3) years, commencing with an effective date of June 27, 2006. The notice of debarment did not contain any factual findings or cite any jurisdictional basis for the issuance of the debarment. (A true and correct copy of the Treasury's June 27, 2006 Notice of Debarment of M Squared is attached hereto as Exhibit E).

20. On June 27, 2006, the Debarring Official at Treasury issued a separate notice of debarment prohibiting me from participating in all United States government procurement. The debarment is stated to be effective for three (3) years, commencing with an effective date of June 27, 2006. The notice of debarment did not contain any factual findings or cite any jurisdictional basis for the issuance of the debarment. (A true and correct copy of the Treasury's June 27, 2006 Notice of Debarment of M Squared is attached hereto as Exhibit F).

21. M Squared had a subcontract with HPTi in the DVA for three and a half people, which was terminated on July 31, 2006, solely as a result of the Treasury's June 27, 2006 notice of debarment of M Squared.

22. M Squared currently has a prime contract with the DVA for nine people. This contract is funded through September 30, 2006, but M Sqaured has to inform the DVA by mid-

August if the debarment has been resolved or enjoined. If the debarment has not been resolved or enjoined, the DVA will then transition the work from this contract to another contractor.

23. M Squared currently has a prime contract with the DOE IOA&T for two people. This contract is funded through September 30, 2006, but M Squared has to inform the DOE by mid-August if the debarment has been resolved or enjoined. If the debarment has not been resolved or enjoined, the DOE will then transition the work from this contract to another contractor.

24. M Squared currently has a prime contract with the DOE I-Manage for two people. This contract is funded through November 15, 2006, but M Squared has to inform the DOE by September if the debarment has been resolved or enjoined. If the debarment has not been resolved or enjoined, the DOE will then transition the work from this contract to another contractor.

25. If an injunction is not issued, M Squared will suffer irreparable harm as the cancellation or non-renewal of all of M Squared's contracts will force M Squared to terminate all of its employees and close its offices. It has no other business than the government contracts identified above. M Squared will then cease to exist.

26. If an injunction is not issued, I will suffer irreparable harm because my business reputation will be ruined. I will be unable to pursue my career in government contracting.

27. I attest to the truth of the statements herein and will so testify if called upon.

I, Maria Canales, declare under penalty of perjury that the foregoing is true and correct.

*Maria Elena Canales* (signature)

Executed on August 8, 2006

_____
Maria ("Mayi") Canales

# EXHIBIT A

 

**Certification for: M SQUARED STRATEGIES INC**

**DUNS:** 126911564
**Point of Contact:** Mayi Canales , CEO
**Phone:** 2023522544
**Email:** mayi@m2strat.com

**Certification Validity:**
From: 04/25/2006 03:24:38 PM
To: 04/25/2007 03:24:38 PM

---

**READ ONLY**
☐ Vendor will provide information with specific offers to the Government.
☒ I certify that I have read and understand the provision.
**52.203-11 Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (Apr 1991)**

(a) The definitions and prohibitions contained in the clause, at FAR 52.203-12, Limitation on Payments to Influence Certain Federal Transactions, included in this solicitation, are hereby incorporated by reference in paragraph (b) of this certification.
(b) The offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989-
  (1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement;
  (2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the offeror shall complete and submit, with its offer, OMB standard form LLL, Disclosure of Lobbying Activities, to the Contracting Officer; and
  (3) He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.
(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

**(End of provision)**

**READ ONLY**
☐ Vendor will provide information with specific offers to the Government.
☒ I certify that I have read and understand the provision.
**52.222-38 Compliance with Veterans' Employment Reporting Requirements (Dec 2001)**

By submission of its offer, the offeror represents that, if it is subject to the reporting requirements of 38 U.S.C. 4212(d) (i.e., if it has any contract containing Federal Acquisition Regulation clause 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans), it has submitted the most recent VETS-100 Report required by that clause.

**(End of provision)**

**READ ONLY**
☐ Vendor will provide information with specific offers to the Government.
☒ I certify that I have read and understand the provision.
**52.227-6 Royalty Information (Apr 1984)**

(a) Cost or charges for royalties. When the response to this solicitation contains costs or charges for royalties totaling more than $250, the following information shall be included in the response relating to each separate item of royalty or license fee:

    (1)    Name and address of licensor.

    (2)    Date of license agreement.

    (3)    Patent numbers, patent application serial numbers, or other basis on which the royalty is payable.

    (4)    Brief description, including any part or model numbers of each contract item or component on which the royalty is payable.

    (5)    Percentage or dollar rate of royalty per unit.

    (6)    Unit price of contract item.

    (7)    Number of units.

    (8)    Total dollar amount of royalties.

(b) Copies of current licenses. In addition, if specifically requested by the Contracting Officer before execution of the contract, the offeror shall furnish a copy of the current license agreement and an identification of applicable claims of specific patents.

**(End of provision)**

**Alternate I (Apr 1984)**

Substitute the following for the introductory portion of paragraph (a) of the basic clause: When the response to this solicitation covers charges for special construction or special assembly that contain costs or charges for royalties totaling more than $250, the following information shall be included in the response relating to each separate item of royalty or license fee:

**52.203-2 Certificate of Independent Price Determination (Apr 1985)**

(a) The offeror certifies that-

    (1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to-

        (i)   Those Prices

        (ii)  The intention to submit an offer;, or

        (iii) The methods or factors used to calculate the prices offered.

    (2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

    (3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory-

    (1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision; or

    (2) (i)   Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision **Mayi Canales, CEO; Walter Kennedy, VP;**

        (ii)  As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) of this provision have not participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision; and

        (iii) As an agent, has not personally participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision.

(c) If the offeror deletes or modifies paragraph (a)(2) of this provision, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

(End of provision)

**52.204-3 Taxpayer Identification (Oct 1998)**

(a) Definitions

"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.
"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).
- ☒TIN on file with CCR.
- ☐TIN has been applied for.
- TIN is not required because:
- ☐Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States; ,
- ☐Offeror is an agency or instrumentality of a foreign government; ,
- ☐Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.
- ☐sole proprietorship;
- ☐Partnership;
- ☒Corporate entity (not tax-exempt);
- ☐Corporate entity (tax-exempt);
- ☐Government entity (Federal, State, or local);
- ☐Foreign government;
- ☐International organization per 26 CFR 1.6049-4;
- ☐Other

(f) Common parent.
- ☒Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.
- ☐Name: N/A
    TIN: TIN not on File with ORCA

**(End of provision)**

**52.204-5 Women-Owned Business (Other Than Small Business) (May 1999)**

(a) Definition. "Women-owned business concern," as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Representation. [Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.] The offeror represents that it ☒is a women-owned business concern.

**(End of provision)**

**52.209-5 Certification Regarding Debarment, Suspension, Proposed Debarment, and Other Responsibility Matters (Dec 2001)**

(a) (1)   The Offeror certifies, to the best of its knowledge and belief, that-
  (i) The Offeror and/or any of its Principals-
    (A) Are ☐Are not ☒presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;
    (B) Have ☒Have not ☐, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and
    (C) Are ☐Are not ☒presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision.
  (ii) The Offeror has ☐has not ☒, within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.
 (2)   "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

   This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.
(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsive.
(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.
(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**(End of provision)**

**52.212-3 Offeror Representations and Certifications –Commercial Items (Alternate 1 & 2) (March 2005)**

(a)   Definitions. As used in this provision:
   "Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.
   "Forced or indentured child labor" means all work or service-

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

"Service - disabled veteran - owned small business concern"-

(1) Means a small business concern-
   (i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
   (ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.

"Veteran owned small business concern" means a small business concern-

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(b) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) Taxpayer Identification Number (TIN).
   - ☒ TIN on file with CCR.
   - ☐ TIN has been applied for.
   - TIN is not required because:
   - ☐ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States; ,
   - ☐ Offeror is an agency or instrumentality of a foreign government; ,
   - ☐ Offeror is an agency or instrumentality of the Federal Government.

(4) Type of organization
   - ☐ sole proprietorship;
   - ☐ Partnership;
   - ☒ Corporate entity (not tax-exempt);
   - ☐ Corporate entity (tax-exempt);
   - ☐ Government entity (Federal, State, or local);
   - ☐ Foreign government;
   - ☐ International organization per 26 CFR 1.6049-4;
   - ☐ Other

(5) Common parent.
   - ☒ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.