# EXHIBIT B

OMB Approval 2700-0042

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING | PAGE 1 | OF PAGES 20 |
|---|---|---|---|---|
| 2. CONTRACT (Proc. Inst. Ident.) NO.<br>VA101(049A3)-P-0009 | 3. EFFECTIVE DATE<br>See Block 20C | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO.<br>101-05-3-4104-0036 | | |

| 5. ISSUED BY | CODE 00100C | 6. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Department of Veterans Affairs<br>VA Central Office – Acquisition Operations Service (049A3)<br>810 Vermont Avenue, NW<br>Washington, DC 20420 | | Same as Block 5 | |

7. NAME AND ADDRESS OF CONTRACTOR (No. street, county, state and ZIP Code)

M Squared Strategies, Inc.
1616 H Street, NW, Suite 1010
Washington, DC 20006-0001

Attention Mayi Canales

*mayi@m2strat.com*
*202-352-2544 phone*
*202-315-3399 fax*

8. DELIVERY: X FOB ORIGIN   ☐ OTHER (See below)
9. DISCOUNT FOR PROMPT PAYMENT
10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 5

| 11. SHIP TO/MARK FOR | CODE | FACILITY CODE | 12. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|---|---|
| Data deliverables and reports - per Section C of the Contract – Statement of Work | | | Certified Invoices to<br>Financial Services Center (FSC)<br>PO Box 149971<br>Austin TX 78714 | |

| 13. AUTHORITY FOR USING OTHER FULL AND OPEN COMPETITION:<br>X 10 U.S.C. 2304(c)( )   ☐ 41 U.S.C. 253(c)( ) | 14. ACCOUNTING AND APPROPRIATION DATA<br>101-365-0151-4104-192025-2580 IT0046A3A |
|---|---|

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| See Section B for breakdown of CLINS and ceiling amounts. | NOTE – AWARD IS MADE PRIOR TO TECH/LEGAL REVIEW. THEREFORE THE CONTRACT TYPE OR CLAUSES MAY BE CHANGED BASED ON THE RESULTS OF THE PENDING REVIEW. | | | | The amount in 15G represents a ceiling amount that the contractor cannot exceed. |
| | | | | 15G. TOTAL AMOUNT OF CONTRACT ▶ | $1,455,000. |

16. TABLE OF CONTENTS

| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1-2 | X | I | CONTRACT CLAUSES | 11-18 |
| X | B | SUPPLIES OR SERVICES AND PRICE/COST | 4-10 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 11 | X | J | LIST OF ATTACHMENTS | 19 |
| X | D | PACKAGING AND MARKING | 11 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 11 | X | K | REPRESENTATIONS, CERTIFICATIONS | 19-20 |
| X | F | DELIVERIES OR PERFORMANCE | 11 | | | AND OTHER STATEMENTS OF OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 11 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| x | H | SPECIAL CONTRACT REQUIREMENTS | 11 | | M | EVALUATION FACTORS FOR AWARD | |

*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. X CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return __2__ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number _____, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

| 19A. NAME AND TITLE OF SIGNER (Type or print)<br>J. Kendall Lott, Consulting Lead | 20A. NAME OF CONTRACTING OFFICER<br>Christopher Burroughs, Contracting Officer | |
|---|---|---|
| 19B. NAME OF CONTRACTOR<br>*(Signature)* | 19C. DATE SIGNED<br>6/17/05 | 20B. UNITED STATES OF AMERICA<br>BY *(Signature of Contracting Officer)* | 20C. DATE SIGNED<br>6/17/05 |

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

26-107
Computer Generated

STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

## Table of Contents

PART I - THE SCHEDULE ...................................................................................................... 1

SECTION A - SOLICITATION/CONTRACT FORM ................................................................ 1
    SF 26   AWARD/CONTRACT ................................................................................................ 1

PART I - THE SCHEDULE ...................................................................................................... 3

SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS ............................................. 3

SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK ....................... 4

SECTION D - PACKAGING AND MARKING ........................................................................ 11
    [FOR THIS CONTRACT, THERE ARE NO CLAUSES IN THIS SECTION].

SECTION E - INSPECTION AND ACCEPTANCE ................................................................ 23

SECTION F - DELIVERIES OR PERFORMANCE ................................................................ 24

SECTION G - CONTRACT ADMINISTRATION DATA ....................................................... 25
    [FOR THIS CONTRACT, THERE ARE NO CLAUSES IN THIS SECTION] ............... 25

SECTION H - SPECIAL CONTRACT REQUIREMENTS ..................................................... 25
    [FOR THIS CONTRACT, THERE ARE NO CLAUSES IN THIS SECTION] ............... 25

PART II - CONTRACT CLAUSES ..........................................................................................

SECTION I - CONTRACT CLAUSES .................................................................................... 11
    I.1  52.252-2  CLAUSES INCORPORATED BY REFERENCE  (FEB 1998) ................. 11
    I.2  52.217-8  OPTION TO EXTEND SERVICES  (NOV 1999) ..................................... 13
    I.3  52.217-9  OPTION TO EXTEND THE TERM OF THE CONTRACT
        (MAR 2000) ................................................................................................................ 13
    I.4  52.232-25  PROMPT PAYMENT  (OCT 2003) ........................................................ 14

PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS ............. 19

SECTION J - LIST OF ATTACHMENTS ............................................................................... 19

PART IV - REPRESENTATIONS AND INSTRUCTIONS .................................................... 21

SECTION K - REPRESENTATIONS, CERTIFICATIONS AND
    OTHER STATEMENTS OF OFFERORS ............................................................................ 19
    K.1  52.252-1  SOLICITATION PROVISIONS INCORPORATED BY
        REFERENCE  (FEB 1998) ......................................................................................... 19
    K.2  52.204-8  ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2005) .... 19

# PART I - THE SCHEDULE
## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

This is a Time and Materials Type Contract. The labor categories and hours reflected below are required to support the requirements of the Statement of Work in Section C. The contractor shall not exceed the ceiling amounts reflected in this schedule. This includes the base year requirement and one priced option year, if exercised.

Note – the cost of producing data deliverables and reports detailed in the Statement of Work are Not-Separately Priced. The cost is included in the cost of the labor CLIN for the Base Year and the Option.

Base Year – Effective from date of contract award for 12 months thereafter

| CLIN 0001 | Labor Category | Hours | Fully Loaded Rate | Extended Amount |
|---|---|---|---|---|
| | Business Consultant | 1000 | $150.00 | $150,000.00 |
| | Project Manager (EAC) | 2000 | $110.00 | $220,000.00 |
| | Project Manager (EAC/DMB) | 2000 | $100.00 | $200,000.00 |
| | Project Manager (DMB) | 2000 | $110.00 | $220,000.00 |
| | Project Manager (E-Gov/RMS) | 2000 | $110.00 | $220,000.00 |
| | Project Manager (E-Gov/RMS) | 2000 | $110.00 | $220,000.00 |
| | Project Manager (E-Gov/RMS) | 2000 | $110.00 | $220,000.00 |

            Total CLIN 0001 Ceiling Amount Not-To-Exceed           $1,450,000.00

CLIN 0002 Other Direct Cost (incidental travel) – Ceiling Amount Not-To-Exceed   $5,000.00

            TOTAL BASE YEAR CEILING AMOUNT NTE         **$1,455,000.00**

Option Year I (if exercised) – Effective from the date of Option exercise (o/a June 20, 2006) for 12 months thereafter. Option year I will be fully funded at time of option exercise subject to the availability of funds.

| CLIN 0003 | Labor Category | Hours | Fully Loaded Rate | Extended Amount |
|---|---|---|---|---|
| | Business Consultant | 1000 | $153.00 | $153,000.00 |
| | Project Manager (EAC) | 2000 | $112.20 | $224,400.00 |
| | Project Manager (EAC/DMB) | 2000 | $102.00 | $204,000.00 |
| | Project Manager (DMB) | 2000 | $112.20 | $224,400.00 |
| | Project Manager (E-Gov/RMS) | 2000 | $112.20 | $224,400.00 |
| | Project Manager (E-Gov/RMS) | 2000 | $112.20 | $224,400.00 |
| | Project Manager (E-Gov/RMS) | 2000 | $112.20 | $224,400.00 |

            Total CLIN 0003 Ceiling Amount Not-To-Exceed           $1,479,000.00

CLIN 0003 Other Direct Cost (incidental travel) – Ceiling Amount Not-To-Exceed   $5,000.00

            TOTAL OPTION YEAR CEILING AMOUNT NTE        **$1,484,000.00**

# SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK

## COUNCILS AND MANAGEMENT SUPPORT
(Statement of Work)

### 1. INTRODUCTION

1.1    CT CASU and its affiliated members have the responsibility for acquiring administrative, professional, and or technical services in the execution of their broad and diverse mission to facilitate inter-governmental operation requirements.

1.2    The mission of the Department of Veterans Affairs (VA), Office of Enterprise Architecture Management (OEAM) is to ensure a one VA approach to IT system development throughout VA, as well as the execution of other functional responsibilities to include 508 testing, e-government program coordination at VA, and records management. This is being accomplished through management of OEAM staff, the Enterprise Architecture Council (EAC), working groups, and special studies conducted with other major organizations.

### 2. SCOPE

2.1    The purpose of this order is to provide the necessary level of administrative, professional, and technical support required to facilitate the overall objectives of OEAM. The objective of this task is to obtain specific contractor technical support to facilitate the OEAM (and all of it's boards, councils and workgroups) in the conduct of their mission. At a high level, activity includes the following major initiatives.

- Developing, refining and marketing the Enterprise Architecture for VA
- Developing, refining and marketing the Data Architecture for the VA
- Developing and executing program management best practices for all OEAM product lines
- Developing, refining and marketing system development governance processes for the VA
- Establishing and executing metrics and other control mechanisms to monitor performance across all OEAM product lines
- Conducting high visibility analyses of key issues within OEAM and associated boards, councils and workgroups

The contractor shall provide those services, personnel, materials and related equipment to perform the work delineated herein.

2.2  This project may be incrementally funded.

### 3. Statement of Work

3.1 The Contractor shall provide professional, administrative, or technical services in support of OEAM's initiatives and assigned missions. The work effort is to provide the support required to achieve the desired degree of responsiveness essential to accommodate the workload demands. Specific work shall include, but not limited to the following:

- Support to OEAM to include:

- Develop and maintain cost, schedule and performance metrics across all OEAM product lines
- Develop and track action items and other high priority issues that are of interest to management
- Develop project plans and other necessary program documents
- Track OEAM progress (direct and in a coordinating role) across activity for all formal scorecards, both external (i.e. OMB, GSA) and internal (i.e. OI&T Policy scorecards); make recommendations to improve performance and achieve higher scores, and track progress
- Conduct analyses of key Enterprise Architecture, Data Management, E-gov, 508 and Records Management issues and make recommendations to management
- Develop presentations, white papers, minutes, action plans
- Develop process flow charts, both as-is and to-be; identify steps needed to attain the to-be environment
- Prepare organization charts, review OEAM organization structure and make recommendations for improvement
- Prepare materials for posting to OEAM's web site, or other VA web sites

• Support to OEAM Boards, Councils and Workgroups to include:
- Conduct analyses of key issues of interest; make recommendations
- Conduct scheduling
- Prepare agendas, slide presentations and all read ahead material
- Prepare and disseminate meeting minutes
- Develop and track action items
- Execute action items
- Prepare periodic reports
- Facilitate meetings
- Prepare materials for posting to OEAM's web site, or other VA web sites

• Business Case Preparation
- Prepare OMB-300 business cases for OEAM business lines
- Provide the necessary coordination and support to bring business cases to formal acceptance.

3.2   Minimum deliverables are as follows.

| Tasks | Execution |
|---|---|
| | (dates subject to revision by COTR) |
| Prepare and maintain project plans and conops for the Enterprise Architecture (EA), Data Management (DM) and Records Management (RMS) Business Lines | Prepare project plans by July 15, 2005; maintain weekly. Prepare conops by August 15, 2005; maintain weekly. |
| Conduct e-gov OEAM e-gov implementation analyses; provide recommendations | August 1, 2005 |
| Prepare and maintain business line performance reports (tier 1 and 2) for EA, DM and RMS business lines | Weekly |
| Conduct 508 implementation analyses; Provide recommendations | September 1, 2005 |

| | |
|---|---|
| Develop and maintain a metrics program for 508, FOIA and records management functions | Develop by August 1, 2005; maintain weekly |
| Prepare Enterprise Architecture Communications Plan | October 1, 2005 |
| Assist in Budget Development and Execution for EA, DM and RMS business lines | Continuous |
| Develop OMB-300 business case for EA, DM and RM business lines | NEED DATE |
| Support the Enterprise Architecture Council (EAC), and Data Management Board by preparing slides, preparing agendas, taking minutes, taking and tracking action items, and other necessary tasks | Monthly |
| Track OEAM Compliance with e-gov Scorecard; track actions needed to improve Score; provide management report | Bi-weekly |
| Conduct Special Studies | Two per month beginning September 2005 |
| Prepare Binder which synopsizes all contractor deliverables | December 15, 2005; every 6 months thereafter |

4. **Period of Performance**

4.1   The period of performance will be for a total of 12 months beginning on "contract start" date. There will be 1 one year option.

4.2   The Contractor shall not begin performance of tasks without written notification to do so from the VA Contracting Officer.

5. **Place of Performance**

The place of performance is located at 810 Vermont Avenue, Washington, DC and other VA locations in metropolitan Washington, DC.

6. **Security**

6.1   A formal security clearance is not required. Contractors may be subject to background checks per VA requirements.

6.2   All contractor employees and subcontractors under this contract or order are required to complete the VA's on-line Security Awareness Training Course and the Privacy Awareness Training Course annually. Contractors must provide signed certifications of completion to the Contracting Officer and COTR during each year of the contract. This requirement is in addition to any other training that may be required of the contractor.

6.3   The contractor shall ensure adequate LAN/Internet, data, information, and system security in accordance with VA standard operating procedures and standard contract language, conditions, laws, and regulations. The contractor's firewall and web server shall meet or exceed the Government minimum requirements for security. All government data shall be protected behind an approved firewall. Any

security violations or attempted violations shall be reported to the VA project manager and VA Information Security Officer as soon as possible. The contractor shall follow all applicable VA policies and procedures governing information security, especially those that pertain to certification and accreditation.

### 7. Contract Award Meeting

7.1   The contractor shall not commence performance on any task in this SOW until the kick-off meeting has been conducted without the Contracting Officer and the COTR. The COTR for this effort is Elvira Mozejko, Financial Officer for OEAM.

7.2   The Contracting Officer will provide the contractor at the award meeting the information necessary to submit invoices through the Austin Finance Service Center on a monthly basis.

### 9. Special Instructions/Considerations

No Data provided to, or developed by, the contractor shall be used for any purpose other than this delivery order. All information (data files, hard copies, soft copies, reports, briefings and presentations, etc) becomes the property of the government and the contractor shall return them to the Department of Veterans Affairs, Office of IT Enterprise Architecture Management at the completion of the task and completion of the contract.

### 10. Other Direct Costs (ODC)/Travel

Other Direct Costs must be approved, in writing, in advance by the COTR including travel.

### 11. General Requirements

11.1   All written materials shall be phrased in layperson language.

11.2   Where a written deliverable is required in draft form, the VA will complete its review of the draft deliverable and provide comments. The contractor will have 5 working days to deliver the final deliverable from date of receipt of the VA's comments.

11.3   The contractor shall use Microsoft Word, Excel, PowerPoint, Visio and XML-Spy, and other open standard protocols, as is appropriate, to develop and deliver the principal deliverables within this statement of work. However, the contractor shall never use the change-tracking feature, or the author/password authoring control and security features of Microsoft Word for any deliverable or for any casually prepared document, internal document, or for any draft or work in progress within this task order.

11.4   The contractor shall propose dedicated, named key personnel with a summary of their qualifications and experience, for each task under this SOW, for the review and approval by the COTR, as part of the contractors' response to this SOW. In the event that a contractor employee must be replaced during the performance of the task, comparable credentials, for the replacement candidate, must be presented to and approved by the COTR before the contractor may continue to perform that task. Each contractor employee shall be engaged full-time on his/her respective task under this SOW, and the contractor shall not divide the employee's time between a task order resulting from this SOW and any other task order, or unrelated effort, issued within VA or elsewhere. The Contractor shall not withdraw employees from tasks under this SOW to perform tasks or proposal and bid development activities for the contractor customers, for the duration of this contract.

11.5  Upon contract start-date, the contractor shall begin performing tasks in accordance with the SOW and further direction by the COTR and/or VA contracting officer.

11.6  The contractor will submit monthly invoices via the Austin Finance Service Center. Acquisitions and Materiel Management will provide the contractor with the appropriate information to submit invoices. Included with the invoices the contractor will provide a separate monthly status report for each active task. Each status report shall not exceed one page. The following shall be reported:

- Purchase Order Number – Reference PO Number J57213
- Contractor Point of Contact & Telephone Numbers
- Date Work Performed (Month, 1 through 30/31, Year)
- Invoice # (Sequential from Month to Month)
- Name of Individual
- Description of Task/Work Completed (Identify Ongoing or New)
- Hours Expended
- Hourly Rate
- Total Per Person
- Total Cost for Services by Month
- Cumulative Hours/Cost per Month
- Paragraph Regarding Issues/Problems

## 12. SPECIFIC MANDATORY TASKS AND ASSOCIATED WORK PRODUCTS

The contractor employees will perform, administer and execute action items and tasks addressed and defined by VA Management & Councils as directed by the EAC and VA management. The tasks are a continuing process to an EA vision for VA. All assigned tasks will be accomplished utilizing existing VA tools and software.

## 13. CHANGES TO STATEMENT OF WORK (SOW)

Any changes to this SOW shall be authorized and approved only through written correspondence from the Contracting Officer. A copy of each approved change will be kept in a project folder along with all other products of the project. Costs incurred by the contractor through the actions of parties other than the Contracting Officer shall be borne by the contractor.

## 14. TRAVEL

A limited amount travel may be required. Travel/per diem borne by the contractor in support of this contract shall be reimbursed by the government, in accordance with VA/Federal Travel Regulations, as an Other Direct Cost (ODC).

## 15. GOVERNMENT RESPONSIBIILITIES

The government will assure that the contractor has access to office space, work stations, telephones, Internet, VA Intranet supplies and essential VA tools to support the EAC mission.

## 16. CONFIDENTIALITY AND NON DISCLOSURE

16.1   The preliminary and final deliverables and all associated working papers, database, and other material and intellectual property, deemed relevant by VA, which have been generated by the contractor in the performance of this SOW are the exclusive property of the U.S. Government and shall be submitted to the Contracting Officer at the conclusion of the task order.

16.2   The Contracting Officer will be the sole authorized official to release verbally or in writing, any data, the draft deliverables, the final deliverables, or any other written or printed materials pertaining to this task order. The contractor shall release no information. Any request for information relating to this SOW presented to the contractor shall be submitted to the Contracting Officer for response.

16.3   Press releases, marketing material or any other printed or electronic documentation related to this project, shall not be publicized without the written approval of the Contracting Officer.

16.4   Contractor employees under this SOW shall sign a non-disclosure statement which prohibits the contractor employees from disclosing any matter communicated, or discussed verbally, or in writing by any party, during the course of the performance of the contract, and which indicates that this restriction shall persist after contract termination or after the employee leaves the contract.

## 17. POINTS OF CONTACT

17.1   Government point(s) of contacts are:
   Primary:    Elvie Mozejko (COTR) (005E)
               810 Vermont Avenue, NW.
               Washington, DC 20420
               202-273-9877

   Alternate:  Gary Krizanovic, DADAS
               810 Vermont Avenue, NW
               Washington, DC 20420
               202-273-8134

## 18. PERSONAL QUALIFICATIONS

18.1   The contractor shall be responsible for employing qualified personnel to perform the work specified in this statement of work. The contractor shall maintain the personnel, organization and administrative control necessary to ensure that the work delivered meets the contract specifications and requirements.

18.2   The work history of each contractor employee must contain experience directly related to the task and functions he/she is intended to perform under this contract.

18.3   The Government reserves the right, during the life of this task order, to request work histories on any contractor employee for the purposes of verifying compliance with the above contractor personnel proposed to be assigned.

18.4   Personnel assigned to, or utilized by, the contractor in performance of work shall be fully capable of performing the contemplated functions of the respective labor categories in an efficient, reliable, and professional manner.