# EXHIBIT C

Case 1:06-cv-01330-GK    Document 8-6    Filed 08/09/2006    Page 1 of 13



# Department of Energy
Washington, DC 20585

SEP 2 4 2004

M Squared Strategies, Inc.
Attn: Mayi Canales
2475 Virginia Avenue, NW
Suite 606
Washington, DC  20037

Dear Ms. Canales:

Subject: Proposed DOE Contract No: **DE-AC01-04IM00091**

Enclosed herewith are six (6) unsigned copies of the proposed contract. Please complete, or have a duly authorized representative of your organization complete Blocks 19a, 19b, and 19c.

Retain one of the signed copies for future reference. The remaining signed copies should be returned immediately to:

> U.S. Department of Energy
> Office of Headquarters Procurement Services
> Attn: Linda Simpson, ME-641.1
> 1000 Independence Ave., SW
> Washington, DC  20585

Please note that this proposed contract will not be considered as being fully executed until your signed copies are returned to the DOE contracting Officer. The DOE Contracting Officer will than sign the remaining copies, thus fully executing them. A fully executed copy will be returned to you. Your cooperation in providing evidence of acknowledgment and acceptance by M Squared Strategies, Inc., is appreciated.

Sincerely,

Linda L. Simpson
Contracting Officer
Headquarters Procurement Services

Enclosures

Printed with soy ink on recycled paper

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | | RATING | PAGE 1 OF 27 PAGES |
|---|---|---|---|---|

| 2. CONTRACT NO. | 3. EFFECTIVE DATE | 4. REQUISITION PURCHASE REQUEST PROJECT NO. |
|---|---|---|
| DE-AC01-04IM00091.A000 | | 01-04IM00091.000 |

| 5. ISSUED BY CODE | ME-641.1 | 6. ADMINISTERED BY (if other than item 5) CODE | |
|---|---|---|---|
| U. S. Department of Energy<br>1000 Independence Ave., SW<br>Washington, DC 20585 | | Linda L. Simpson, ME-641.1<br>(202) 287-1526<br>B/NC: A158 | |

| 7. Name and address of contractor (No., street, city, county, State & ZIP Code) | 8. DELIVERY |
|---|---|
| M Squared Strategies, Inc.<br>Attn: Mayi Canales, Chief Executive Officer<br>2475 Virginia Avenue, NW, Suite 606<br>Washington, DC 20037<br>Telephone No.: (202) 342-7687<br>DUNS: 126911564   TIN: 41-2077048 | ☐ FOB ORIGIN   ☐ OTHER (See below)<br>9. DISCOUNT FOR PROMPT PAYMENT<br><br>10. & 12. SUBMIT INVOICES<br>(SEE ADDRESS BELOW) |

SBA Acceptance No.: 0353-04-407785

| 11. SHIP TO  MARK FOR   Telephone Number 301-903-3650 | |
|---|---|
| U.S. Department of Energy<br>Attn: James (Mark) Clark, IM-12<br>Germantown Building<br>1000 Independence Ave., SW<br>Washington, DC 20585-1290 | U.S. Department of Energy<br>Oak Ridge Operations Office<br>Oak Ridge Financial Service Center<br>P. O. Box 4937<br>Oak Ridge, TN 37831 |

| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION | 14. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| ☐ 10. U.S.C. 2304 (C) (  )   X 41 U.S.C, 253 (C)( 5 ) 637- 8(a) | Obligation: $75,000.00  (See Page 2) |

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15.D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | **STRATEGIC PLANNING SUPPORT SERVICES**<br><br>TIME AND MATERIALS TYPE CONTRACT | | | | |
| | | | | 15G. TOTAL (NTE) AMOUNT OF CONTRACT | $ 800,000.00 |

### 16. TABLE OF CONTENTS

| | SEC | DESCRIPTION | PAGE(S) | | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CLAUSES | |
| x | A | SOLICITATION/CONTRACT FORM | 1 | x | I | CONTRACT CLAUSES | 23 |
| x | B | SUPPLIES OR SERVICES AND PRICES | 2 | | | PART -III - LIST OF DOCUMENTS EXHIBITS AND OTHER ATTACHMENTS | |
| x | C | DESCRIPTION /SPECS./WORK STATEMENT | 6 | x | J | LIST OF ATTACHMENTS | 27 |
| x | D | PACKAGING AND MARKING | 7 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| x | E | INSPECTION AND ACCEPTANCE | 8 | | | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERS | |
| x | F | DELIVERIES OR PERFORMANCE | 12 | | | | |
| x | G | CONTRACT ADMINISTRATION DATA | 13 | | | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| x | H | SPECIAL CONTRACT REQUIREMENTS | 17 | | | EVALUATION FACTORS FOR AWARD | |

CONTRACTOR WILL COMPLETE ITEMS 19A. THRU 19C. AS APPLICABLE

| 17. X CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 2 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all continuation sheets for the consideration stated herein. The rights and obligations of the parties to the contract shall be subject to and governed by the following documents; (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein (Attachments are listed herein.) | 18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ____ including the additions or changes made by your which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|
| 19A. NAME AND TITLE OF SIGNER (Type or print)<br>**MAYI CANALES, PRESIDENT + CEO** | 20A. NAME OF CONTRACTING OFFICER<br>Linda L. Simpson |
| 19B. NAME OF CONTRACTOR<br>BY **M SQUARED STRATEGIES, INC.**   19C. DATE SIGNED  9-27-04<br>(Signature of person authorized to sign) *Mayi Canales*<br>*Maria Elena Canales* | 20B. UNITED STATES OF AMERICA<br>BY *Linda L. Simpson*   20C. DATE SIGNED  09/27/2004<br>(Signature of Contracting Officer) |

| NSN 7540-01-152-8069<br>PREVIOUS EDITION UNUSABLE | 26-107<br>GPO 1985 O - 469-794 | STANDARD FORM 26 (REV 4-85)<br>Prescribed by GSA<br>FAR (48 CFR) 53 214 (a) |
|---|---|---|

DE-AC01-04IM00091

Accounting and Apropriation Data

| Approp. Sym. | B&R No. | Dollar Amt. | Obj. Class | AFP | CFA |
|---|---|---|---|---|---|
| 89X0243.91 | IM2010090 | $75,000.00 | 252 | IM/TF | 14298707 |

B.1  Items Being Acquired (DEC 1991)

The Contractor shall furnish all personnel, facilities, equipment, material, supplies, and services (except as may be expressly set forth in this contract as furnished by the Government) and otherwise do all things necessary for, or incident to, the performance of **Strategic Planning Support Services** for the U.S. Department of Energy (DOE) Office of the Chief Information Officer (OCIO), as specified in Attachment 1, Statement of Work.

This contract is issued as a direct award between the Department of Energy (DOE) and the 8(a) concern M Squared Strategies, Inc. pursuant to the Partnership Agreement between the Small Business Administration (SBA) and the Department of Energy, whereas the SBA delegates the DOE Contracting Officer the authority to sign this contract on behalf of the SBA.

Although DOE is responsible for administering this award and taking any action on behalf of the Government under the terms and conditions of this award, the SBA is the prime contractor on this contract.

SBA retains responsibility for 8(a) certification, 8(a) eligibility determinations and related issues, and providing counseling and assistance to the 8(a) contractor under the 8(a) program. The cognizant SBA district office is:

    U.S. Small Business Administration
    Washington Metropolitan Area District Office
    1110 Vermont Avenue, NW, 9th Floor
    Washington, DC  20043-4500

    Ref SBA Acceptance No.:  0353-04-407785

B.2  Estimated Level of Effort (NOV 1996)

In accordance with Part I, Section H, clause entitled "Level of Effort", the **Contractor shall provide the following estimated total Direct Productive Labor-Hours (DPLH):**

| Period | DPLH |
|---|---|
| Base Year | 6000 |
| Option Year 1 | 6000 |
| Option Year 2 | 6000 |

### B.3  Direct Labor Rates

The Contractor shall provide DPLH from the labor categories as set forth below:

Direct labor is based on a fully burdened fixed hourly rate per labor category and is all inclusive of all costs associated with direct labor including wages, fringe benefits, overhead, general and administrative expenses and profit/fee.

(Hourly Rate)

| Labor Category | Base Period | Option Period 1 | Option Period 2 |
|---|---|---|---|
| Business Consultant | $140.00 | $144.20 | $148.53 |
| Business Consultant | $140.00 | $144.20 | $148.53 |
| Program Manager | $120.00 | $123.60 | $127.31 |
| Admin. Assistant | $ 65.00 | $ 67.60 | $ 70.30 |

The rates indicated for each year of the contract shall apply to all DPLH provided during that respective year of the contract.

### B.4  Ceiling Price of Contract (JUL 1991)

The ceiling price of this time and materials (T&M) contract is Not-to-Exceed **$800,000.00** for the base period.

### B.5  Funding (JUL 1991)

Pursuant to Part I, Section H, clause entitled "Funding", total funds in the amount of **$75,000.00** have been allotted for obligation and are available to pay for DPLH and other direct items or services provided from the effective date of this contract through the period estimated to end January 30, 2005.

The Contractor shall not incur costs above the amount of funds actually obligated under this contract.  DOE is not obligated to pay costs incurred in excess of available funding.

### B.6  Options to Extend the Term of the Contract - Services (JUL 1991)

   (a) The Government may unilaterally extend the term of this contract by written notice to the Contractor within the term of the contract, provided that the Government shall give the Contractor a preliminary written notice of its intent to extend at least 30 days before the contract expires.  The preliminary notice does not commit the Government to an extension.

   (b) If the Government exercises this option, the extended contract shall considered to include this option provision.

   (c)  The total duration of this contract including the exercise of all below stated options under this clause shall not exceed 60 months.

   (d)  Should the Government exercise any options hereunder, all contractual terms and conditions shall apply during the option(s) period.  Further, the Contractor agrees to estimated level-of-effort at the fixed rates per DPLH set forth below for the labor categories indicated.

3

DE-AC01-04IM00091

(1) **Base Period (10/01/04 thru 09/30/05)**

12 Months

Estimated Level-of-Effort: 6000 DPLH

Fixed Hourly Rate

| Labor Category | Base Period |
|---|---|
| Business Consultant | $140.00 |
| Business Consultant | $140.00 |
| Program Manager | $120.00 |
| Admin. Assistant | $ 65.00 |

   **Total Not-to-Exceed Amount: $ 800,000.00**

(2) **Option Period 1 (10/01/05 thru 09/30/06)**

Option Term:                                  12 Months

Estimated Level-of-Effort: 6000 DPLH

| Labor Category | Option Period 1 |
|---|---|
| Business Consultant | $144.20 |
| Business Consultant | $144.20 |
| Program Manager | $123.60 |
| Admin. Assistant | $ 67.60 |

   **Total Not-to-Exceed Amount: $ 824,000.00**

(3) **Option Period 2 (10/01/06 thru 09/30/07)**

Option Term:                                  12 Months

Estimated Level-of-Effort: 6000 DPLH

| Labor Category | Option Period 2 |
|---|---|
| Business Consultant | $148.53 |
| Business Consultant | $148.53 |
| Program Manager | $127.31 |
| Admin. Assistant | $ 70.30 |

   **Total Not-to-Exceed Amount: $ 848,720.00**

4

## Summary

The following Not-to-Exceed (NTE) ceilings are applicable to the base and all options periods, if exercised:

```
Base Year          (10/01/04 thru 09/30/05)  (NTE):  $  800,000.00
1st Option Period: (10/01/05 thru 09/30/06)  (NTE):  $  824,000.00
2nd Option Period: (10/01/06 thru 09/30/07)  (NTE):  $  848,720.00

    Total (includes Base and all Options) (NTE):  $2,472,720.00
```

DE-AC01-04IM00091

**C.1  Statement of Work (APR 1984)**

The Statement of Work is Attachment 1 to this contract and is listed in Part III, Section J.

DE-AC01-04IM00091

D.1  Packaging (APR 1984)

(a) Preservation, packaging, and packing for shipment or mailing of all work delivered hereunder shall be in accordance with good commercial practice and adequate to insure acceptance by common carrier and safe transportation at the most economical rate(s).

(b) Except for those reports required by the Reporting Requirements Checklist of the contract, which are coded by A (As required) or X (With proposal) where the urgency of receipt of the report by the Government necessitates the use of the most expeditious method of delivery, reports deliverable under this contract shall be mailed by other than first-class mail, unless the urgency of the deliverable sufficiently justifies the use of first-class mail.  The Contractor shall not utilize certified or registered mail or private parcel delivery service for the distribution of reports under this contract without the advance approval of the Contracting Officer except for those reports coded A or X.

D.2  Marking (APR 1984)

(a)  Each package, report or other deliverable shall be accompanied by a letter or other document which:

(1)  Identifies the contract by number under which the item is being delivered.

(2)  Identifies the deliverable item number, task assignment number, or report requirement which requires the delivered item(s).

(3)  Indicates whether the Contractor considers the delivered item to be a partial or full satisfaction of the requirement.

(b)  For any package, report, or other deliverable being delivered to a party other than the contracting officer, all of the above information is applicable.

DE-AC01-04IM00091

E.1  Inspection (JUL 1991)

Inspection of all items under this contract shall be accomplished by the DOE Contracting Officer's Representative (COR), or any other duly authorized Government representative and will be conducted in accordance with Part II, Section I, clause entitled "Inspection - Time-and-Materials and Labor-Hour".

E.2  Acceptance (FEB 1987)

Acceptance of all work and effort under this contract (including "Reporting Requirements," if any) shall be accomplished by the Contracting Officer, or any duly designated representative.

E.3 52.246-6 Inspection - Time-and-Material and Labor-Hour. (MAY 2001)

(a) *Definitions.* As used in this clause--

"Contractor's managerial personnel," means any of the Contractor's directors, officers, managers, superintendents, or equivalent representatives who have supervision or direction of -

(1) All or substantially all of the Contractor's business;

(2) All or substantially all of the Contractor's operation at any one plant or separate location where the contract is being performed; or

(3) A separate and complete major industrial operation connected with the performance of this contract.

"Materials," includes data when the contract does not include the Warranty of Data clause.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the material, fabricating methods, work, and services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all materials furnished and services performed under this contract, to the extent practicable at all places and times, including the period of performance, and in any event before acceptance. The Government may also inspect the plant or plants of the Contractor or any subcontractor engaged in contract performance. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspection or test on the premises of the Contractor or a subcontractor, the Contractor shall furnish and shall require subcontractors to furnish all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) Unless otherwise specified in the contract, the Government shall accept or reject services and materials at the place of delivery as

8

promptly as practicable after delivery, and they shall be presumed accepted 60 days after the date of delivery, unless accepted earlier.

(f) At any time during contract performance, but not later than 6 months (or such other time as may be specified in the contract) after acceptance of the services or materials last delivered under this contract, the Government may require the Contractor to replace or correct services or materials that at time of delivery failed to meet contract requirements. Except as otherwise specified in paragraph (h) of this clause, the cost of replacement or correction shall be determined under the Payments Under Time-and-Materials and Labor-Hour Contracts clause, but the "hourly rate" for labor hours incurred in the replacement or correction shall be reduced to exclude that portion of the rate attributable to profit. The Contractor shall not tender for acceptance materials and services required to be replaced or corrected without disclosing the former requirement for replacement or correction, and, when required, shall disclose the corrective action taken.

(g)(1) If the Contractor fails to proceed with reasonable promptness to perform required replacement or correction, and if the replacement or correction can be performed within the ceiling price (or the ceiling price as increased by the Government), the Government may -

   (i) By contract or otherwise, perform the replacement or correction, charge to the Contractor any increased cost, or deduct such increased cost from any amounts paid or due under this contract; or

   (ii) Terminate this contract for default.

   (2) Failure to agree to the amount of increased cost to be charged to the Contractor shall be a dispute.

(h) Notwithstanding paragraphs (f) and (g) above, the Government may at any time require the Contractor to remedy by correction or replacement, without cost to the Government, any failure by the Contractor to comply with the requirements of this contract, if the failure is due to -

   (1) Fraud, lack of good faith, or willful misconduct on the part of the Contractor's managerial personnel; or

   (2) The conduct of one or more of the Contractor's employees selected or retained by the Contractor after any of the Contractor's managerial personnel has reasonable grounds to believe that the employee is habitually careless or unqualified.

      (i) This clause applies in the same manner and to the same extent to corrected or replacement materials or services as to materials and services originally delivered under this contract.

(j) The Contractor has no obligation or liability under this contract to correct or replace materials and services that at time of delivery do not meet contract requirements, except as provided in this clause or as may be otherwise specified in the contract.

(k) Unless otherwise specified in the contract, the Contractor's obligation to correct or replace Government-furnished property shall be governed by the clause pertaining to Government property.

**E.4 52.246-6 Inspection - Time-and-Material and Labor-Hour. (MAY 2001) - Alternate I (APR 1984)**

(a) *Definitions.* As used in this clause--

"Contractor's managerial personnel," means any of the Contractor's directors, officers, managers, superintendents, or equivalent representatives who have supervision or direction of -

(1) All or substantially all of the Contractor's business;

(2) All or substantially all of the Contractor's operation at any one plant or separate location where the contract is being performed; or

(3) A separate and complete major industrial operation connected with the performance of this contract.

"Materials," includes data when the contract does not include the Warranty of Data clause.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the material, fabricating methods, work, and services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all materials furnished and services performed under this contract, to the extent practicable at all places and times, including the period of performance, and in any event before acceptance. The Government may also inspect the plant or plants of the Contractor or any subcontractor engaged in contract performance. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspection or test on the premises of the Contractor or a subcontractor, the Contractor shall furnish and shall require subcontractors to furnish all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) The Government shall inspect for acceptance all items (other than aircraft to be flown away, if any) to be furnished under this contract at the Contractor's plant or plants specified in the contract, or at any other plant or plants approved for such purpose in writing by the Contracting Officer. The Contractor shall inform the contract administration office or Contracting Officer when the work is ready for inspection. The Government reserves the right to charge to the Contractor any additional cost of Government inspection and test when items are not ready at the time for which inspection and test is requested by the Contractor.

(f) At any time during contract performance, but not later than 6

months (or such other time as may be specified in the contract) after acceptance of the services or materials last delivered under this contract, the Government may require the Contractor to replace or correct services or materials that at time of delivery failed to meet contract requirements. Except as otherwise specified in paragraph (h) of this clause, the cost of replacement or correction shall be determined under the Payments Under Time-and-Materials and Labor-Hour Contracts clause, but the "hourly rate" for labor hours incurred in the replacement or correction shall be reduced to exclude that portion of the rate attributable to profit. The Contractor shall not tender for acceptance materials and services required to be replaced or corrected without disclosing the former requirement for replacement or correction, and, when required, shall disclose the corrective action taken.

(g)(1) If the Contractor fails to proceed with reasonable promptness to perform required replacement or correction, and if the replacement or correction can be performed within the ceiling price (or the ceiling price as increased by the Government), the Government may –

> (i) By contract or otherwise, perform the replacement or correction, charge to the Contractor any increased cost, or deduct such increased cost from any amounts paid or due under this contract; or
>
> (ii) Terminate this contract for default.

> (2) Failure to agree to the amount of increased cost to be charged to the Contractor shall be a dispute.

(h) Notwithstanding paragraphs (f) and (g) above, the Government may at any time require the Contractor to remedy by correction or replacement, without cost to the Government, any failure by the Contractor to comply with the requirements of this contract, if the failure is due to –

> (1) Fraud, lack of good faith, or willful misconduct on the part of the Contractor's managerial personnel; or
>
> (2) The conduct of one or more of the Contractor's employees selected or retained by the Contractor after any of the Contractor's managerial personnel has reasonable grounds to believe that the employee is habitually careless or unqualified.

>> (i) This clause applies in the same manner and to the same extent to corrected or replacement materials or services as to materials and services originally delivered under this contract.

(j) The Contractor has no obligation or liability under this contract to correct or replace materials and services that at time of delivery do not meet contract requirements, except as provided in this clause or as may be otherwise specified in the contract.

(k) Unless otherwise specified in the contract, the Contractor's obligation to correct or replace Government-furnished property shall be governed by the clause pertaining to Government property.