**F.1  Term of Contract (JAN 1992)**

The term of this contract is from the date of issuance through September 30, 2005.

**F.2  Exercise of Option(s) (SEP 1995)**

The Department of Energy has included this clause to extend the term of this contract based on information contained under section B.6. When deciding whether to exercise the option, the Contracting Officer will consider the quality of the contractor's performance under this contract.

The following Not-to-Exceed (NTE) ceilings are applicable to the base and all options periods, if exercised:

```
Base Year           (10/01/04 thru 09/30/05)   (NTE):   $  800,000.00
1st Option Period:  (10/01/05 thru 09/30/06)   (NTE):   $  824,000.00
2nd Option Period:  (10/01/06 thru 09/30/07)   (NTE):   $  848,720.00
```

**Total (includes Base and all Options) (NTE):   $2,472,720.00**

**F.3  Principal Place of Performance (APR 1984)**

The work performed under this Performance-based statement of work shall be located at DOE Headquarters (1000 Independence Ave., SW, Washington, DC) or at the DOE Germantown, MD facility, or at the contractor's facility.

G.1  Correspondence Procedures (NOV 2000)

To promote timely and effective administration, correspondence submitted under this contract shall include the contract number and shall be subject to the following procedures:

(a)  Technical Correspondence.  Technical correspondence (as used herein, this term excludes technical correspondence where patent or technical data issues are involved and correspondence which proposes or otherwise involves waivers, deviations, or modifications to the requirements, terms, or conditions of this contract) shall be addressed to the DOE Contracting Officer's Representative (COR), with an information copy of the correspondence to the DOE Contracting Officer (see below paragraph (c) and to the cognizant Government Contract Administration Office (if other than DOE) designated in Block 24 of the Contract Form (Solicitation, Offer, and Award Standard Form 33) of this contract or if a Standard Form 26 is used (Award/Contract) the Government Contract Administration Office designated in block 6 of this contract.

(b)  Other Correspondence.

(1)  If no Government Contract Administration Office is designated on the Contract Form of this contract, all correspondence, other than technical correspondence, shall be addressed to the DOE Contracting Officer, with information copies of the correspondence to the DOE COR, and to the DOE Patent Counsel (where patent or technical data issues are involved).

(2)  If a Government Contract Administration Office is designated on the contract form of this contract, all administrative correspondence, other than technical correspondence, shall be addressed to the Government Contract Administration Office so designated, with information copies of the correspondence to the DOE Contracting Officer, DOE COR, and to the DOE Patent Counsel (where patent or technical data issues are involved).

(c)  The DOE Contract Specialist for the contract is located at the address in (d) below and is as follows:

Contract Specialist: Linda L. Simpson
Telephone Number    : (202)287-1526

The Contractor shall use the DOE Contract Specialist as the focal point for all matters regarding this contract except technical matters (see (a) above for definition of technical matters).

(d)  DOE Contracting Officer Address.  The Contracting Officer address is as follows:

Contracting Officer
U.S. Department of Energy
Headquarters Procurement Services
Division A (ME-641.1)
1000 Independence Avenue, S.W.
Washington, D.C. 20585-1615
ATTN: DE-AC01-04IM00091

(e) Technical Reports. Procedures for technical reports will b the Contracting Officer's Representative.

## G.2 Invoice/Voucher Submission

The Contractor is encouraged to submit, in accordance with the provisions of this contract, an electronic invoice using the Vendor ... Payment Electronic Reporting System (VIPERS) at http://finweb.oro.doe.gov/vipers.htm. The benefits of using the electronic invoicing function with VIPERS include increased accuracy and response time, thus resulting in more expeditious payment of invoices. Detailed instructions on how to enroll and use the system are provided on the web page.

However, paper submissions can still be accommodated. The Contractor shall submit the original of any paper invoice(s) in accordance with the payment provisions of this contract to the address listed under Page 1, Item 18a. of this award document.

A paper voucher/invoice is not considered to be received by DOE until the original is received at the address listed on Page 1, Item 18a. (face page) of this document. An additional paper copy of the voucher/invoice is to be provided to the designated Invoice Approving Official specified on Page 3 of this award.

### Billing Instructions

Payments may be made at any time prior to completion of the period of performance. Payment is due upon receipt and acceptance of a properly executed invoice/voucher, and in accordance with the payment provisions of this contract. Invoices are to be submitted on a monthly basis. Each invoice shall include the following:

Each invoice or voucher submitted shall include the following:

(1) Contract Number
(2) Contractor Name
(3) Date of Invoice
(4) Invoice Number
(5) Invoice Amount
(6) Period Covered by Invoice
(7) Cumulative Amount Invoiced to Date
(8) Labor Charges shall be accompanied by the following:

    (i) A listing of the hours expended during the invoice period and totals to date, broken down by labor categories/key individuals with the associated fixed rates identified within Section B of this contract.

    (ii) The invoice or voucher shall further segregate costs by Task Assignment, identifying current and cumulative billings for each Task Assignment.

    (iii) Invoices for Task Assignments which span two or more contract years shall be segregated by the contract years involved, by both cost and DPLH.

    (IV)  ODC charges shall be accompanied by a detailed listing by Task Assignment of all reimbursable other direct costs in accordance with the Payment clause in Section H of this contract.

    (V)  All charges for other than the DPLH expended by the Prime Contractor shall be accompanied by copies of invoices for the related charges and evidence of payment thereof. The only exception to this requirement, as provided by Section I of this contract, shall be for small business concerns. Small business concerns must have incurred the associated charges, but need not have already paid the invoices for the charges involved, prior to including them within an invoice or voucher to the Government.

**G.2(a)    Designated Invoice Approving Official**

The designated Invoice Approving Official for this contract is James (Mark) Clark, IM-12, (301) 903-3650 or another designated IM-12 Invoice Approving Official.

**G.3    DOE Contracting Officer's Representative (COR) Address (JAN 1990)**

(a)    The COR's address is as follows:

    U.S. Department of Energy
    ATTN: J. Mark Clark, IM-12
    Germantown Building
    1000 Independence Ave., SW
    Washington, DC  20585-1290

    Telephone Number:  (301) 903-3650

(b)  The Contractor shall use the COR as the point of contact on technical matters (See the Correspondence Procedures clause, above, for definition), subject to the restrictions of the clause entitled "Technical Direction" located in Part I, Section H.

**G.4    DOE Contracting Office Address (NOV 2000)**

(a) The Contracting Officer's address is as follows:

U.S. Department of Energy
Headquarters Procurement Services
Division A, ME-641.1
1000 Independence Avenue, S.W.
Washington, D.C.  20585-1615
ATTN:  DE-AC01-04IM00091

The DOE Contracting Officer for the contract is located at the address in (a) above and is as follows:

Contract Specialist/Contracting Officer:  Linda L. Simpson

Telephone Number:  (202) 287- 1526

G.5  Contractor Point of Contact

(a)  Mayi Canales:  (202) 431-9373


Contractor Address:  M Squared Strategies, Inc.
                     2475 Virginia Avenue, NW
                     Suite 606
                     Washington, DC  20037

(b)  Alternate Points of Contact:  Stephanie Mossburg, (703) 899-3900
                                   Alex Stopka, (301) 806-8662

16

DE-AC01-04IM00091

**H.1  Consecutive Numbering (APR 1984)**

Due to automated procedures employed in formulating this document, clauses and provisions contained within may not always be consecutively numbered.

**H.2  Representations, Certifications and Other Statements of the Offeror (JUN 1988)**

The Representations, Certifications and Other Statements of the Offeror, dated August 17, 2004 for this contract are hereby incorporated by reference.

**H.3  Technical Direction (JAN 2000)**

(a) Performance of the work under this contract shall be subject to the technical direction of the Contracting Officer's Representative (COR) identified elsewhere in this contract. The term "technical direction" is defined to include, without limitation:

(1) Directions to the Contractor which fill in details or otherwise serve to accomplish the contractual Statement of Work.

(2) Provision of written information to the Contractor which assists in the interpretation of drawings, specifications or technical portions of the work description.

(3) Review and, where required by the contract, approval of technical reports, drawings, specifications and technical information to be delivered by the Contractor to the Government under the contract.

(b) Technical direction must be within the scope of work stated in the contract. The COR does not have the authority to, and may not, issue any technical direction which:

(1) Constitutes an assignment of additional work outside the Statement of Work;

(2) Constitutes a change as defined in the contract clause entitled "Changes";

(3) In any manner causes an increase or decrease in the total price or the time required for contract performance;

(4) Changes any of the expressed terms, conditions or specifications of the contract; or

(5) Interferes with the Contractor's right to perform the terms and conditions of the contract.

(c) All technical directions shall be issued in writing by the COR.

(d) The Contractor shall proceed promptly with the performance of technical directions duly issued by the COR in the manner prescribed by this article and within his authority under the provisions of this clause. If, in the opinion of the Contractor, any instruction or direction by the COR falls within one of the categories defined in (b)(1) through (5) above, the

17

Contractor shall not proceed but shall notify the Contracting Officer in writing within five (5) working days after receipt of any such instruction or direction and shall request the Contracting Officer to modify the contract accordingly. Upon receiving the notification from the Contractor, the Contracting Officer shall:

(1) Advise the Contractor in writing within thirty (30) days after receipt of the Contractor's letter that the technical direction is within the scope of the contract effort and does not constitute a change under the "Changes" clause of the contract; or

(2) Advise the Contractor within a reasonable time that the Government will issue a written change order.

(e) A failure of the Contractor and Contracting Officer to agree that the technical direction is within the scope of the contract, or a failure to agree upon the contract action to be taken with respect thereto, shall be subject to the provisions of the clause entitled "Disputes - Alternate I" of the contract.

### H.4 Modification Authority (APR 1984)

Notwithstanding any of the other provisions of this contract, the Contracting Officer shall be the only individual authorized to:

(a) accept nonconforming work,

(b) waive any requirement of this contract, or

(c) modify any term or condition of this contract.

### H.5 Government-Furnished Property and Data - None (JAN 1992)

The Government is not obligated to furnish any real or personal property or data under this contract.

### H.6 Subcontracts (July 2002)

(a) Prior to the placement of subcontracts and in accordance with the "Subcontracts" clause in Section I, the Contractor shall ensure that:

(1) they contain all of the clauses of this contract (altered when necessary for proper identification of the contracting parties) which contain a requirement for such inclusion in applicable subcontracts. Particular attention should be directed to the potential flowdown applicability of the clauses entitled "Utilization of Small Business Concerns and Small Disadvantaged Business Concerns" and "Small Business and Small Disadvantaged Business Subcontracting Plan" contained in Part II, Section I of the contract;

(2) any applicable subcontractor Certificate of Current Cost or Pricing Data (see FAR 15.404-3b) and subcontractor Representations and Certifications (see Part IV, Section K, and the document referenced in the clause entitled "Representations, Certifications and Other Statements of the Offeror" contained in this Section H) are received; and

(3) any required prior notice and description of the subcontract is given to the Contracting Officer and any required consent is received. Except as may be expressly set forth therein, any consent by the Contracting Officer to the placement of subcontracts shall not be construed to constitute approval of the subcontractor or any subcontract terms or conditions, determination of the allowability of any cost revision of this contract or any of the respective obligations of the parties thereunder, or creation of any subcontractor privity of contract with the Government.

(b) Prior to the award of any subcontracts for advisory and assistance services, the contractor shall obtain from the proposed subcontractor, the disclosure required by 48 CFR (DEAR) 909.507-1, and shall determine in writing whether the interests disclosed present an actual or significant potential for an organizational conflict of interest, in accordance with the clause contained in Section I of this contract. No work shall be performed by the subcontractor until the Contractor has cleared the subcontractor for Organizational Conflicts of Interest (OCI).

**H.7   Services of Consultants (DEC 1996)**

(a) In addition to the provisions of the clause of this contract entitled "Subcontracts (Time-and-Materials and Labor-Hour Contracts" the prior written consent of the Contracting Officer also shall be obtained:

(1) Whenever any employee of the Contractor is to be reimbursed as a "consultant" under this contract; or

(2) For the utilization of the services of any consultant under this contract exceeding the daily rates of $278, exclusive of travel costs, or

(3) Where the services of any consultant under this contract will exceed ten days in any calendar year, or exceed a total value of $2,500.

(b) Whenever Contracting Officer written consent is required, the Contractor will obtain and furnish to the Contracting Officer information concerning the need for and selection of such consultant services and the reasonableness of the fees to be paid, including, but not limited to, whether fees to be paid to any consultant exceed the lowest fee charged by such consultant to others for performing consulting services of a similar nature.

(c) Prior to the award of any consultant agreements for advisory and assistance services, the contractor shall obtain from the proposed consultant the disclosure required by 48 CFR (DEAR) 909.507-1, and shall determine in writing whether the interests disclosed present an actual or significant potential for an organizational conflict of interest, in accordance with the clause contained in Section I of this contract. No work shall be performed by the consultant until the Contractor has cleared the consultant for Organizational Conflicts of Interest (OCI).

**H.8   Automatic Data Processing Equipment (ADPE) Leasing (DEC 1991)**

(a)   If the Contractor leases ADPE equipment for use under this contract, the Contractor shall include a provision in the rental contract stating that the Government shall have the unilateral right to exercise any purchase option under the rental contract between the Contractor and the ADPE equipment vendor and to realize any other benefits earned through rental payments.

(b)   The Contractor shall furnish a copy of the rental contract to the Contracting Officer under the terms of this provision.

**H.10   Level of Effort (JUL 1991)**

(a) In the performance of Task Assignments issued pursuant to the ordering procedure of this contract, the Contractor shall provide that estimated total of Direct Productive Labor-Hours (DPLH) which is specified in Part I, Section B, during the term of the contract. The term of the contract is defined as the total contract period, including all exercised options. Direct Productive Labor-Hours (DPLH) are defined as actual work hours exclusive of vacation, holiday, sick leave, and other absences.

(b) During the term of this contract, if additional DPLH are required to complete the term, the Contractor agrees to provide the required DPLH at the same labor rates negotiated for that year of the contract in which they were provided.

(c) Nothing in this clause shall be construed to constitute authorization for work not in accordance with the other clauses of the contract.

**H.11   Funding (JUL 1991)**

(a)   The Schedule specifies the amount presently available for payment by the Government and allotted to this contract, the items covered and the period of performance it is estimated the allotted amount will cover.  The parties contemplate that the Government will allot additional funds incrementally to the contract up to the ceiling price specified in the Schedule.  The Contractor agrees to perform, or have performed, work on the contract up to the point at which the total amount paid and payable by the Government under the contract approximates but does not exceed the total amount actually allotted by the Government to the contract.

(b)   The Contractor shall notify the Contracting Officer in writing whenever it has reason to believe that the costs it expects to incur under this contract in the next 60 days, when added to all costs previously incurred, will exceed 75 percent of the total amount so far allotted to the contract by the Government.  The notice shall state the estimated amount of additional funds required to continue performance for the period specified in the Schedule.

(c)   Sixty days before the end of the period specified in the Schedule, the Contractor shall notify the Contracting Officer, in writing, of the estimated amount of additional funds, if any, required to continue timely performance under the contract or for any further period specified in the Schedule or otherwise agreed upon, and when the funds will be required.

(d)  If, after notification, additional funds are not allotted by the end of the period specified in the Schedule or another agreed-upon date, upon the Contractor's written request, the Contracting Officer will terminate this contract on that date in accordance with the provisions of the Termination clause of this contract.  If the Contractor estimates that the funds available will allow it to continue to discharge its obligations beyond that date, it may specify a later date in its request, and the Contracting Officer may terminate this contract on that later date.

(e)  Except as required by other provisions of this contract, specifically citing and stated to be an exception to this clause-

**(1)  The Government is not obligated to compensate the Contractor for DPLH or other direct items or services provided in an amount which exceeds the total amount allotted by the Government to this contract; and**

**(2)  The Contractor is not obligated to continue providing DPLH under this contract (including actions under the Termination clause of the contract) or incur costs in excess of the amount then allotted to the contract by the Government until the Contracting Officer notifies the Contractor, in writing, that the amount allotted by the Government has been increased and specifies an increased amount, which shall then constitute the total amount allotted by the Government to this contract.**

(f)  The ceiling price shall be increased to the extent that the amount allotted by the Government exceeds the ceiling price specified in the Schedule.

(g)  No notice, communication, or representation in any form other than that specified in subparagraph (e)(2) above, or from any person other than the Contracting Officer, shall affect the amount allotted by the Government to this contract.  In the absence of the specified notice, the Government is not obligated to compensate the Contractor for performing any work in an amount which exceeds the total amount allotted by the Government to this contract, whether that excess amount arose during the course of the contract or as a result of termination.

(h)  When and to the extent that the amount allotted by the Government to the contract is increased, the Contractor shall be entitled to compensation for DPLH and other direct items or services provided before the increase in an amount which exceeds the amount previously allotted by the Government to the same extent as if the DPLH and other direct items or services were provided afterward, unless the Contracting Officer issues a termination or other notice and directs that the increase is solely to cover termination or other specified expenses.

(i)  Change orders shall not be considered an authorization to exceed the amount allotted by the Government specified in the Schedule, unless they contain a statement increasing the amount allotted.

(j)  Nothing in this clause shall affect the right of the Government to terminate this contract.  If this contract is terminated, the Government and the Contractor shall negotiate an equitable distribution of all property produced or purchased under the contract, based upon the share of costs incurred by each.

DE-AC01-04IM00091

**H.12   Subcontracting Reporting Submission Requirements (March 2000)**

DOE reserves the right to insert at a later date.

```
I.1  52.202-1      Definitions.     DEC 2001
I.2  52.203-3      Gratuities.      APR 1984
I.3  52.203-5      Covenant Against Contingent Fees.    APR 1984
I.4  52.203-7      Anti-Kickback Procedures.    JUL 1995
I.5  52.203-8      Cancellation, Rescission, and Recovery of Funds for Illegal
or Improper Activity.    JAN 1997
I.6  52.203-10     Price or Fee Adjustment for Illegal or Improper Activity.
JAN 1997
I.7  52.203-12     Limitation on Payments to Influence Certain Federal
Transactions.    JUN 2003
I.8  52.204-4      Printed or Copied Double-Sided on Recycled Paper.    AUG
2000
I.9  52.204-7      Central Contractor Registration.    OCT 2003
I.10 52.215-8      Order of Precedence - Uniform Contract Format.    OCT 1997
I.11 52.222-36     Affirmative Action for Workers with Disabilities.    JUN
1998
I.12 52.223-6      Drug-Free Workplace.    MAY 2001
I.13 52.223-14     Toxic Chemical Release Reporting.    AUG 2003
I.14 52.232-33     Payment by Electronic Funds Transfer - Central Contractor
Registration.    OCT 2003
I.15 52.233-1      Disputes.    JUL 2002
I.16 52.233-3      Protest after Award.    AUG 1996
I.17 52.242-13     Bankruptcy.    JUL 1995
I.18      FAR 52.222-37   EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS
OF THE VIETNAM ERA (JULY 1999)    DEVIATION
I.19 952.202-1     Definitions.
```

### I.20 52.223-9 Estimate of Percentage of Recovered Material Content for EPA-Designated Products. (AUG 2000)

(a) *Definitions*. As used in this clause -

"Postconsumer material" means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of "recovered material."

"Recovered material" means waste materials and by-products recovered or diverted from solid waste, but the term does not include those materials and by-products generated from, and commonly reused within, an original manufacturing process.

(b) The Contractor, on completion of this contract, shall -

(1) Estimate the percentage of the total recovered material used in contract performance, including, if applicable, the percentage of postconsumer material content; and

(2) Submit this estimate to [*Contracting Officer complete in accordance with agency procedures*].

DE-AC01-04IM00091

**I.21 52.237-3 Continuity of Services. (JAN 1991)**

(a) The Contractor recognizes that the services under this contract are vital to the Government and must be continued without interruption and that, upon contract expiration, a successor, either the Government or another contractor, may continue them. The Contractor agrees to -

    (1) Furnish phase-in training; and

    (2) Exercise its best efforts and cooperation to effect an orderly and efficient transition to a successor.

(b) The Contractor shall, upon the Contracting Officer's written notice, (1) furnish phase-in, phase-out services for up to 90 days after this contract expires and (2) negotiate in good faith a plan with a successor to determine the nature and extent of phase-in, phase-out services required. The plan shall specify a training program and a date for transferring responsibilities for each division of work described in the plan, and shall be subject to the Contracting Officer's approval. The Contractor shall provide sufficient experienced personnel during the phase-in, phase-out period to ensure that the services called for by this contract are maintained at the required level of proficiency.

(c) The Contractor shall allow as many personnel as practicable to remain on the job to help the successor maintain the continuity and consistency of the services required by this contract. The Contractor also shall disclose necessary personnel records and allow the successor to conduct on-site interviews with these employees. If selected employees are agreeable to the change, the Contractor shall release them at a mutually agreeable date and negotiate transfer of their earned fringe benefits to the successor.

(d) The Contractor shall be reimbursed for all reasonable phase-in, phase-out costs (*i.e.*, costs incurred within the agreed period after contract expiration that result from phase-in, phase-out operations) and a fee (profit) not to exceed a pro rata portion of the fee (profit) under this contract.

**I.22 52.243-3 Changes - Time-and-Materials or Labor-Hours. (SEP 2000)**

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

    (1) Description of services to be performed.

    (2) Time of performance (*i.e.*, hours of the day, days of the week, etc.).

    (3) Place of performance of the services.

    (4) Drawings, designs, or specifications when the supplies to be furnished are to be specially manufactured for the Government in accordance with the drawings, designs, or specifications.

    (5) Method of shipment or packing of supplies.

    (6) Place of delivery.

    (7) Amount of Government-furnished property.

(b) If any change causes an increase or decrease in any hourly rate, the ceiling price, or the time required for performance of any part of the work under this contract, whether or not changed by the order, or otherwise affects any other terms and conditions of this contract, the Contracting Officer will make an equitable adjustment in any one or more of the following and will modify the contract accordingly:

    (1) Ceiling price.

    (2) Hourly rates.

    (3) Delivery schedule.

    (4) Other affected terms.

(c) The Contractor shall assert its right to an adjustment under this clause within 30 days from the date of receipt of the written order. However, if the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a proposal submitted before final payment of the contract.

(d) Failure to agree to any adjustment will be a dispute under the Disputes clause. However, nothing in this clause excuses the Contractor from proceeding with the contract as changed.

**I.23 52.244-6 Subcontracts for Commercial Items. (APR 2003)**

    (a) Definitions. As used in this clause--

"Commercial item" has the meaning contained in the clause at 52.202-1, Definitions.

"Subcontract" includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

    (b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

    (c)(1) The following clauses shall be flowed down to subcontracts for commercial items:

        (i) 52.219-8, Utilization of Small Business Concerns (OCT 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.