(ii) 52.222-26, Equal Opportunity (APR 2002) (E.O. 11246).

      (iii) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (APR 1998) (38 U.S.C. 4212(a)).

      (iv) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

      (v) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (APR 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631) (flow down required in accordance with paragraph (d) of FAR clause 52.247-64).

    (2) While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

  (d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

**I.24 52.252-2 Clauses Incorporated by Reference. (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): *[Insert one or more Internet addresses]*

**I.25 52.253-1 Computer Generated Forms. (JAN 1991)**

  (a) Any data required to be submitted on a Standard or Optional Form prescribed by the Federal Acquisition Regulation (FAR) may be submitted on a computer generated version of the form, *provided* there is no change to the name, content, or sequence of the data elements on the form, and provided the form carries the Standard or Optional Form number and edition date.

  (b) Unless prohibited by agency regulations, any data required to be submitted on an agency unique form prescribed by an agency supplement to the FAR may be submitted on a computer generated version of the form provided there is no change to the name, content, or sequence of the data elements on the form and provided the form carries the agency form number and edition date.

  (c) If the Contractor submits a computer generated version of a form that is different than the required form, then the rights and obligations of the parties will be determined based on the content of the required form.

DE-AC01-04IM00091

## SECTION J - LIST OF ATTACHMENTS

Attachment 1 - Statement of Work
Attachment 2 - Additional Contract Clauses Incorporated by Reference
Attachment 3 - Payment Information Form

ATTACHMENT 1

DE-AC01-04IM00091

STATEMENT OF WORK
STRATEGIC PLANNING SUPPORT SERVICES

**1.0  Contact**

   M Squared Strategies, Inc.
   Mayi Canales, Chief Executive Officer
   M Squared Strategies, Inc.
   2475 Virginia Avenue, NW
   Suite 606
   Washington, DC 20037
   Telephone: (202) 342-7687
   Cell Phone (202) 431-9373
   Fax: (202) 342-2221
   Email Address: mayi@m2strat.com

**1.1  Contracting Office (CO)**

   Office of Headquarters Procurement Services
   ME-641.1 L'Enfant Plaza Building
   U.S. Department of Energy
   1000 Independence Avenue, SW
   Washington, DC 20585-1615

**1.2  DOE Task Monitor**

   Dee Cole, IM-12
   U.S. Department of Energy
   1000 Independence Avenue
   Washington, DC 20585-1290
   Telephone: (202) 586-5181

**1.3  Contracting Officer's Technical Representative (COTR)**

   James (Mark) Clark, COTR
   Business Management Division
   Mail Stop: IM-12/Germantown Building
   U.S. Department of Energy
   1000 Independence Avenue
   Washington, DC 20585-1290
   Telephone: (301) 903-3650
   Fax: (301) 903-4125
   E-mail Address: mark.clark@hq.doe.gov

**2.0  Subtask Order Title**
   Strategic Planning Support Services

1

## 3.0 Background

The U.S. Department of Energy (DOE) Office of the Chief Information Officer (OCIO) is charged under the Information Technology Management Reform Act of 1996 with ensuring that the Department's investment in information technology (IT) improves program effectiveness and service delivery. To this end, the OCIO must deliver reliable, high- performance, cost-effective, user-friendly core and common IT system services.

The Department is experiencing an increasing need for information exchange capabilities within an environment that is affected by dynamic and evolutionary influences and mandates such as the Government Performance and Results Act; Federal Acquisition Streamlining Act; and Government reinvention initiatives such as improved customer service, benchmarking and streamlining, strategic sourcing, downsizing, and privatization.

## 4.0 Goal

The goal of this subtask is to facilitate improvements in the performance, quality, timeliness, and efficiency of the services provided by DOE.

## 5.0 Scope

If the Department is to meet rising challenges such as increasing demands for IT software application, cyber security, and telecommunications support and expertise, as well as a decreasing Federal workforce, DOE must continue its management, organizational, and business improvement efforts. This subtask will provide expert consulting advice, guidance, and facilitation regarding current business improvement practices, services, and support products to assist the Department in meeting new challenges and continuously improving its mission performance. Examples of the expertise to be provided include, but are not limited to:

- Strategic, business and action planning
- Systems alignment
- Cycle time
- High performance work
- Leadership systems
- Program audits and evaluations

## 6.0 Specific Task Work Requirements

### ❖ Task Area No. 1 – Business Case Preparation and Validation

<u>Performance Objective No. 1</u>: The Contractor will assist DOE in refining business cases by identifying both improvement opportunities and performance issues (such as overlapping functions, inefficiencies, and barriers); analyzing the adequacy of existing command and control structures and business practices; and providing supporting data. The Contractor will also assist DOE management in planning appropriate improvement goals, strategies, and initiatives, and identifying the critical paths to accomplish them.

| Performance Measures | Quality Expectations |
|---|---|
| a) Completeness | Deliverables will be 100% complete. |
| b) Accuracy | Deliverables will be 100% accurate. |
| c) Effectiveness | All deliverables must contribute to the overall success of the Task/Subtask. |
| d) Timeliness | All deliverables will be on time and within schedule. |

Failure to meet the performance measure will result in the Contractor correcting deficiencies at no additional cost to the Government.

### ❖ Task Area No. 2 – Refine Organizational Goals

<u>Performance Objective No. 2</u>: The Contractor will assist DOE in mapping out clear, realistic, and measurable organizational goals that correlate with the Department's business needs. To meet this objective, the Contractor will assess the degree to which existing technology supports the Department's current and future business needs, identify areas that can most benefit from new technology, and examine ways of maximizing the benefits of existing technology.

| Performance Measures | Quality Expectations |
|---|---|
| a) Completeness | Deliverables will be 100% complete. |
| b) Accuracy | Deliverables will be 100% accurate. |
| c) Effectiveness | All deliverables must contribute to the overall success of the Task/Subtask. |
| d) Timeliness | All deliverables will be on time and within schedule. |

Failure to meet the performance measure will result in the Contractor correcting deficiencies at no additional cost to the Government.

❖ **Task Area No. 3 – Implementation**

Performance Objective No. 3: The Contractor will assist DOE in planning and implementing change by developing action plans, performance measures, schedules, evaluation plans, and other products to monitor the progress of change initiatives. Additional advisory services may include:

- Executive coaching to assist DOE executives in problem-solving and improved management practices

- Executive facilitation to assist DOE in conducting high-level workshops to build consensus ("buy-in" and conflict resolution) and reduce or eliminate barriers between and within major organizations

- Scorecard development and design

| Performance Measures | Quality Expectations |
|---|---|
| a) Completeness | Deliverables will be 100% complete. |
| b) Accuracy | Deliverables will be 100% accurate. |
| c) Effectiveness | All deliverables must contribute to the overall success of the Task/Subtask. |
| d) Timeliness | All deliverables will be on time and within schedule. |

Failure to meet the performance measure will result in the Contractor correcting deficiencies at no additional cost to the Government.

7.0 **Place of Performance**

This activity will be performed at either the Contractor's facility or at DOE Headquarters.

8.0 **Period of Performance**

The Base Period of performance is October 1, 2004 to September 30, 2005 inclusive. The Government may unilaterally extend the term of this Task Order by written notice of exercise of options to the Contractor within the term of the Task Order. The total duration of this Task Order, including all options, shall not exceed 36 months. The Periods of Performance are as follows:

| Performance Period | Not-to-Exceed Ceiling Value |
|---|---|
| Base Period:      October 1, 2004 - September 30, 2005 | $   800,000.00 |
| Option Period 1:  October 1, 2005 - September 30, 2006 | $   824,000.00 |
| Option Period 2:  October 1, 2006 – September 30, 2007 | $   848,720.00 |
| **Maximum NTE Ceiling Value*** | **$2,472,720.00** |

There is no NTE Other Direct Cost Pool included in the basic Task Order.

4

### 9.0 Other Direct Charges (ODC) Deliverable/Delivery Schedule

No ODCs are foreseeable on this task.

Deliverables include:

- Strategies and Goals alignment criteria
- Master Work Schedule
- Process Charts
- Performance Scorecards
- Validation of Business Cases
- Program Plans
- Implementation of change initiatives

### 10.0 Security Requirements:

None are required at this time.

### 11.0 Invoices/Vouchers

All invoices/vouchers to be submitted are to be sent to:

U.S. Department of Energy
Oak Ridge Operations Office
Oak Ridge Financial Service Center
P.O. Box 4937
Oak Ridge, TN 37831

<u>ATTACHMENT 2</u>

# CONTRACT CLAUSES
## For
## FIXED PRICE SERVICES, FIXED PRICE SUPPLY, TIME AND MATERIAL

FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this address: http://www.arnet.gov/far/Fixed Price Services.

✓ FAR 52.202-1 Definitions. (May 2001)
✓ FAR 52.203-3 Gratuities. (Apr 1984)
✓ FAR 52.203-5 Covenant Against Contingent Fees. (Apr 1984)
✓ FAR 52.203-6 Restrictions on Subcontractor Sales to the Government. (Jul 1995)
✓ FAR 52.203-7 Anti-Kickback Procedures. (Jul 1995)
___ FAR52.203-8 Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity. (Jan 1997)
___ FAR 52.203-10 Price or Fee Adjustment for Illegal or Improper Activity. (Jan 1997)
___ FAR 52.203-12 Limitation on Payments to Influence Certain Federal Transactions. (Jun 1997)
___ FAR 52.204-3 Taxpayer Identification. (Oct 1998)
___ FAR 52.204-4 Printed or Copied Double-Sided on Recycled Paper. (Aug 2000)
___ FAR 52.208-4 Vehicle Lease Payments. (Apr 1984)
___ FAR 52.208-5 Condition of Leased Vehicles. (Apr 1984)
___ FAR 52.208-6 Marking of Leased Vehicles. (Apr 1984)
___ FAR 52.208-7 Tagging of Leased Vehicles. (May 1986)
___ FAR 52.209-6 Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (Jul 1995)
___ FAR 52.211-5 Material Requirements. (Aug 2000)
___ FAR 52.211-6 Brand Name or Equal. (Aug 1999)
___ FAR 52.211-11 Liquidated Damages--Supplies, Services, or Research and Development. (Sept 2000)
___ FAR 52.211-15 Defense Priority and Allocation Requirements. (Sep 1990)
___ FAR 52.212-4 Contract Terms and Conditions--Commercial Items. (May 2001)
___ FAR 52.213-1 Fast Payment Procedure. (Feb 1998)
___ FAR 52.213-2 Invoices. (Apr 1984)
___ FAR 52.215-8 Order of Precedence--Uniform Contract Format. (Oct 1997)
___ FAR 52.217-6 Option for Increased Quantity. (Mar 1989)
___ FAR 52.217-8 Option to Extend Services. (Nov 1999)
___ FAR 52.217-9 Option to Extend the Term of the Contract. (Mar 2000)
___ FAR 52.219-3 Notice of Total HUBZone Set-Aside. (Jan 1999)
___ FAR 52.219-5 Very Small Business Set-Aside. (Mar 1999)
___ FAR 52.219-5 Very Small Business Set-Aside. **Alternate I** (Mar 1999).
✓ FAR 52.222-19 Child Labor-Cooperation with Authorities and Remedies. (Feb 2001)
___ FAR 52.222-20 Walsh-Healey Public Contracts Act. (Dec 1996)
___ FAR 52.222-21 Prohibition of Segregated Facilities. (Feb 1999)
___ FAR 52.222-22 Previous Contracts and Compliance Reports. (Feb 1999)
✓ FAR 52.222-1 Notice to the Government of Labor Disputes. (Feb 1997)
___ FAR 52.222-3 Convict Labor. (Aug 1996)
✓ FAR 52.222-26 Equal Opportunity. (Feb 1999)

✓ FAR 52.222-35 Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era. (Apr 1998)
___ FAR 52.222-36 Affirmative Action for Workers with Disabilities. (Jun 1998)
✓ FAR 52.222-37 Employment Reports on Disabled Veterans and Veterans of theVietnam Era. (Jan 1999)
___ FAR 52.222-41 Service Contract Act of 1965, as Amended. (MAY 1989)
___ FAR 52.222-44 Fair Labor Standards Act and Service Contract Act--Price Adjustment. (May 1989)
___ FAR 52.222-50 Nondisplacement of Qualified Workers. (May 1999)
___ FAR 52.223-3 Hazardous Material Identification and Material Safety Data. (Jan 1997)
___ FAR 52.223-4 Recovered Material Certification. (Oct 1997)
___ FAR 52.223-5 Pollution Prevention and Right-to-Know Information. (Apr 1998)
___ FAR 52.223-6 Drug-Free Workplace. (May 2001)
___ FAR 52.223-10 Waste Reduction Program. (Aug 2000)
___ FAR 52.224-1 Privacy Act Notification. (APR 1984)\
___ FAR 52.225-1 Buy American Act--Balance of Payments Program--Supplies. (Feb 2000)
___ FAR 52.225-13 Restrictions on Certain Foreign Purchases. (July 2000)
___ FAR 52.225-14 Inconsistency between English Version and Translation of Contract. (Feb 2000)
___ FAR 52.225-16 Sanctioned European Union Country Services. (Feb 2000)
___ FAR 52.226-1 Utilization of Indian Organizations and Indian-Owned Economic Enterprises. (June 2000)
___ FAR 52.227-1 Authorization and Consent. (Jul 1995)
___ FAR 52.227-3 Patent Indemnity. **Alternate III** (Apr 1984)
___ FAR 52.227-14 Rights in Data - General. (JUN 1987)
___ FAR 52.227-17 Rights in Data - Special Works. (JUN 1987)
___ FAR 52.227-18 Rights in Data - Existing Works. (JUN 1987)
___ FAR 52.227-19 Commercial Computer Software--Restricted Rights. (Jun 1987)
___ FAR 52.227-21 Technical Data Declaration, Revision, and Withholding of Payment—Major Systems.(Jan 1997)
___ FAR 52.227-22 Major System--Minimum Rights. (June 1987)
___ FAR 52.227-23 Rights to Proposal Data (Technical). (June 1987)
___ FAR 52.229-7 Taxes - Fixed-Price Contracts with Foreign Governments. (JAN 1991)
✓ FAR 52.232-1 Payments. (APR 1984)
___ FAR 52.232-7 Payments under Time-and-Materials and Labor-Hour Contract (Mar 2000)
___ FAR 52.232-8 Discounts for Prompt Payment. (MAY 1997)
___ FAR 52.232-11 Extras. (Apr 1984)
___ FAR 52.232-18 Availability of Funds. (APR 1984)
___ FAR 52.232-19 Availability of Funds for the Next Fiscal Year. (Apr 1984)
___ FAR 52.232-23 Assignment of Claims. (JAN 1986)
___ FAR 52.232-24 Prohibition of Assignment of Claims. (JAN 1986)
___ FAR 52.232-25 Prompt Payment. (May 2001)
✓ FAR 52.232-33 Mandatory Information for Electronic Funds Transfer Payment. (May 1999)
___ FAR 52.232-34 Payment by Electronic Funds Transfer—Other than Central Contractor Registration. (May 1999)
___ FAR 52.232-35 Designation of Office for Government Receipt of Electronic Funds Transfer Information. (May 1999)
___ FAR 52.232-36 Payment by Third Party. (May 1999)
___ FAR 52.232-37 Multiple Payment Arrangements. (May 1999)
___ FAR 52.233-1 Disputes. (Dec 1998)
___ FAR 52.233-3 Protest after Award. (AUG 1996)
___ FAR 52.237-2 Protection of Government Buildings, Equipment, and Vegetation. (Apr 1984)
___ FAR 52.237-3 Continuity of Services. (Jan 1991)
___ FAR 52.237-7 Indemnification and Medical Liability Insurance. (JAN 1997)
___ FAR 52.239-1 Privacy or Security Safeguards. (AUG 1996)
___ FAR 52.242-1 Notice of Intent to Disallow Costs. (Apr 1984)

   ___ FAR 52.242-2 Production Progress Reports. (Apr 1991)
   ___ FAR 52.242-10 F.o.b. Origin--Government Bills of Lading or Prepaid Postage. (Apr 1984)
   ___ FAR 52.242-11 F.o.b. Origin--Government Bills of Lading or Indicia Mail. (Feb 1993)
   ___ FAR 52.242-12 Report of Shipment (REPSHIP). (Jul 1995)
   ___ FAR 52.242-13 Bankruptcy. (JUL 1995)
   ___ FAR 52.242-14 Suspension of Work. (Apr 1984)
   ___ FAR 52.242-15 Stop-Work Order. (Aug 1989)
   ___ FAR 52.242-17 Government Delay of Work. (Apr 1984)
   _✓_ FAR 52.243-1 Changes - Fixed-Price. (AUG 1987)
   ___ FAR 52.243-3 Changes--Time-and-Materials or Labor-Hours. (Sept 2000)
   ___ FAR 52.243-7 Notification of Changes. (APR 1984)
   ___ FAR 52.245-1 Property Records. (APR 1984)
   ___ FAR 52.245-2 Government Property (Fixed-Price Contracts). (DEC 1989)
   ___ FAR 52.245-2 Government Property (Fixed-Price Contracts). (DEC 1989) -- **Alternate I** (APR 1984).
   ___ FAR 52.245-3 Identification of Government-Furnished Property. (Apr 1984)
   ___ FAR 52.245-9 Use and Charges. (APR 1984)
   ___ FAR 52.245-17 Special Tooling. (DEC 1989)
   ___ FAR 52.245-19 Government Property Furnished "As Is." (APR 1984)
   _✓_ FAR 52.246-2 Inspection of Supplies--Fixed-Price. (Aug 1996)
   ___ FAR 52.246-4 Inspection of Services--Fixed-Price. (Aug 1996)
   ___ FAR 52.246-6 Inspection--Time-and-Material and Labor-Hour. (May 2001)
   ___ FAR 52.246-11 Higher-Level Contract Quality Requirement. (Feb 1999)
   ___ FAR 52.246-15 Certificate of Conformance. (Apr 1984)
   ___ FAR 52.246-16 Responsibility for Supplies. (Apr 1984)
   ___ FAR 52.246-25 Limitation of Liability--Services. (Feb 1997)
   ___ FAR 52.247-1 Commercial Bill of Lading Notations. (Apr 1984)
   ___ FAR 52.247-27 Contract Not Affected by Oral Agreement. (Apr 1984)
   _✓_ FAR 52.247-34 F.o.b. Destination. (Nov 1991)
   _✓_ FAR 52.249-1 Termination for Convenience of the Government (Fixed-Price) (Short Form)
   ___ FAR 52.249-4 Termination for Convenience of the Government (Services) (Short Form) (APR 1984)
   ___ FAR 52.249-8 Default (Fixed-Price Supply and Service). (APR 1984)
   ___ FAR 52.250-1 Indemnification Under Public Law 85-804. (Apr 1984)
   ___ FAR 52.251-1 Government Supply Sources. (APR 1984)
   ___ FAR 52.253-1 Computer Generated Forms. (JAN 1991)

**✓ FAR 52.204-7 Central Contractor Registration**

# 52.204-7 Central Contractor Registration

As prescribed in 4.1104, use the following clause:

**Central Contractor Registration (Oct 2003)**

(a) Definitions. As used in this clause-

"Central Contractor Registration (CCR) database" means the primary Government repository for Contractor information required for the conduct of business with the Government.

"Data Universal Numbering System (DUNS) number" means the 9-digit number assigned by Dun and Bradstreet, Inc. (D&B) to identify unique business entities.

"Data Universal Numbering System +4 (DUNS+4) number" means the DUNS number assigned by D&B plus a 4-character suffix that may be assigned by a business concern. (D&B has no affiliation with this 4-character suffix.) This 4-character suffix may be assigned at the discretion of the business concern to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see the FAR at Subpart 32.11) for the same parent concern.

"Registered in the CCR database" means that-

(1) The Contractor has entered all mandatory information, including the DUNS number or the DUNS+4 number, into the CCR database; and
(2) The Government has validated all mandatory data fields and has marked the record "Active".
(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance, and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation.
(2) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS +4" followed by the DUNS or DUNS +4 number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.
(c) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one.
(1) An offeror may obtain a DUNS number-
(i) If located within the United States, by calling Dun and Bradstreet at 1-866-705-5711 or via the Internet at *http://www.dnb.com*; or
(ii) If located outside the United States, by contacting the local Dun and Bradstreet office.
(2) The offeror should be prepared to provide the following information:
(i) Company legal business.

(ii) Tradestyle, doing business, or other name by which your entity is commonly recognized.
(iii) Company Physical Street Address, City, State, and Zip Code.
(iv) Company Mailing Address, City, State and Zip Code (if separate from physical).
(v) Company Telephone Number.
(vi) Date the company was started.
(vii) Number of employees at your location.
(viii) Chief executive officer/key manager.
(ix) Line of business (industry).
(x) Company Headquarters name and address (reporting relationship within your entity).
(d) If the Offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror.
(e) Processing time, which normally takes 48 hours, should be taken into consideration when registering. Offerors who are not registered should consider applying for registration immediately upon receipt of this solicitation.
(f) The Contractor is responsible for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.
(g) (1)(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in Subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of Subpart 42.12 of the FAR; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.
(ii) If the Contractor fails to comply with the requirements of paragraph (g)(1)(i) of this clause, or fails to perform the agreement at paragraph (g)(1)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.
(2) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see FAR Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient

other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract. (h) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at *http://www.ccr.gov* or by calling 1-888-227-2423, or 269-961-5757.

(End of clause)

*Alternate I (Oct 2003).* As prescribed in 4.1104, substitute the following paragraph (b) for paragraph (b) of the basic clause:

(b)(1) The Contractor shall be registered in the CCR database by _____ [*Contracting Officer shall insert a date no later than December 31, 2003*]. The Contractor shall maintain registration during performance and through final payment of this contract.

(2) The Contractor shall enter, in the block with its name and address on the cover page of the SF 30, Amendment of solicitation/Modification of Contract, the annotation "DUNS" or "DUNS +4" followed by the DUNS or DUNS +4 number that identifies the Contractor's name and address exactly as stated in this contract. The DUNS number will be used by the Contracting Officer to verify that the Contractor is registered in the CCR database.

ATTACHMENT 3

# PAYMENT INFORMATION FORM
## DE-AC01-04IM00091
## ACH VENDOR PAYMENT SYSTEM

This form is used for ACH payments with an addendum record that carries payment-related information. Recipients of these payments should bring this information to the attention of their financial institution when presenting this form for completion.

### PAPER REDUCTION ACT STATEMENT

The information being collected on this form is required under the provision of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the U.S. Treasury Department to transmit payment data by electronic means to vendors' financial institutions. Failure to provide the required information may delay or prevent the receipt of payments through the Automated Clearing House (ACH) Payment System.

### COMPANY INFORMATION

**Name:** M SQUARED STRATEGIES, INC.
**Taxpayer Identification Number (TIN):** 41-2077048
**DUNS No. (Optional):** 126911564
**Remittance E-MAIL Address:** mayi@m2strat.com
**Address:** 2475 Virginia Ave, NW, #606
**City/State:** Washington, DC 20037
**Name of Contact:** Maria Elena (Mayi) Canales
**Date:** 9-27-04
**Telephone Number:** 202-431-9373

### AGENCY INFORMATION

**Name:**
U.S. Department of Energy
Oak Ridge Operations Office
Oak Ridge Financial Service Center
P. O. Box 4937
Oak Ridge, TN 37831

**Name of Contact:** Lynda Vinyard
**Date:** June 1, 2004
**Telephone Number:** (865) 576-1697
**Fax Number:** (865) 574-5374

### FINANCIAL INSTITUTION INFORMATION

**Name:** BANK OF AMERICA
**Address:** 1339 Wisconsin Ave, NW
**City/State:** Washington, DC 20007
**Nine Digit Routing Transit Number:** 054001204
**Depositor's Account Title:** M. SQUARED STRATEGIES, INC.
**Depositor's Account Number:** 0019209887l9
**Type of Account:** [✓] CHECKING [ ] SAVINGS [ ] LOCKBOX

**SIGNATURE AND TITLE OF REPRESENTATIVE:** Maria Elena Canales
**Date:** 9-27-2004
**Telephone Number:** 202-431-9373