# EXHIBIT D

Case 1:06-cv-01330-GK    Document 8-9    Filed 08/09/2006    Page 1 of 15

| AWARD/CONTRACT | 1. THIS CONTRACT IS **NOT** A RATED ORDER UNDER DPAS (15 CFR 350) | RATING | PAGE 1 OF 45 PAGES |
|---|---|---|---|

| 2. CONTRACT NO. | 3. EFFECTIVE DATE | 4. REQUISITION PURCHASE REQUEST PROJECT NO. |
|---|---|---|
| DE-AC01-05ME01106.A000 | | 01-05ME01106.000 |

| 5. ISSUED BY CODE | ME-641.1 | 6. ADMINISTERED BY (if other than item 5) CODE |
|---|---|---|
| U.S. Department of Energy<br>HQ Procurement Services/ME-641.1<br>1000 Independence Ave., SW<br>Washington, DC 20585 | | Patrick A. Thornton/ME-641.1<br>(202) 287-1532; FAX (202-287-1456/1457<br>B/NC: A111; E-mail Patrick.Thornton@pr.doe.gov |

7. Name and address of contractor (No., street, city, county, State & ZIP Code)

M Squared Strategies, Inc.
Attn: Mayi Canales
1616 H Street NW, Suite 1010
Washington, DC 20037
Ph. (202) 352-2544/FAX (202) 628-3117
DUNS: 126911564    TIN: 41-2077048

SBA Acceptance No.: 0353-05-504027

8. DELIVERY
☐ FOB ORIGIN   ☐ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

10. & 12. SUBMIT INVOICES (SEE ADDRESS BELOW)

| 11. SHIP TO MARK FOR | |
|---|---|
| U.S. Department of Energy<br>Attn: ME-2.5/Ed Golden<br>1000 Independence Ave. SW<br>Washington DC 20585<br>Ph. (202) 586-5819/FAX (202) 586-7486 | U.S. Department of Energy<br>Oak Ridge Operations Office<br>Oak Ridge Financial Service Center<br>Oak Ridge TN 37831<br>Ph. (865) 576-1697/Linda Vinyard; (865) 576-0770; toll free 1-888-251-3557 |

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION
☐ 10. U.S.C. 2304 (C) ( )   X  41 U.S.C. 253 (C) ( 5 ) 637- 8(a)

14. ACCOUNTING AND APPROPRIATION DATA
Fund  Approp.  Allot. Rep.Entity  SGL  OC  Program  Amount
01050  2005  60  301802  61000000  25200  1713278  $200,000.00

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15.D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | I-MANAGE Program Strategic Planning/Improvement Support. Period of Performance: June 1, 2005-May 31, 2006. Reference SBA Acceptance #: 0353-05-504027. Time & Materials/Fixed Rate Contract. | | | Total Obligation:<br>$200,000.00 | Maximum Potential Not-to-Exceed Ceiling Value: $2,500,000.00 |
| | | | | 15G. TOTAL (NTE) AMOUNT OF CONTRACT | $ 800,000.00 NTE |

16. TABLE OF CONTENTS

| | SEC | DESCRIPTION | PAGE(S) | | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CLAUSES | |
| x | A | SOLICITATION/CONTRACT FORM | 1 | x | I | CONTRACT CLAUSES | 36 |
| x | B | SUPPLIES OR SERVICES AND PRICES | 2 | X | | PART -III - LIST OF DOCUMENTS EXHIBITS AND OTHER ATTACHMENTS | |
| x | C | PERFORMANCE WORK STATEMENT/QASP | 11 | | J | LIST OF ATTACHMENTS | 45 |
| x | D | PACKAGING AND MARKING | 15 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| x | E | INSPECTION AND ACCEPTANCE | 16 | | | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERS | |
| x | F | DELIVERIES OR PERFORMANCE | 23 | | | | |
| x | G | CONTRACT ADMINISTRATION DATA | 25 | | | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| x | H | SPECIAL CONTRACT REQUIREMENTS | 29 | | | EVALUATION FACTORS FOR AWARD | |

CONTRACTOR WILL COMPLETE ITEMS 19A. THRU 19C. AS APPLICABLE

17. X CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 2 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all continuation sheets for the consideration stated herein. The rights and obligations of the parties to the contract shall be subject to and governed by the following documents; (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein (Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number _____ including the additions or changes made by your which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

| 19A. NAME AND TITLE OF SIGNER (Type or print) | 20A. NAME OF CONTRACTING OFFICER |
|---|---|
| Maria Elena Canales, CEO | Patrick A. Thornton |
| 19B. NAME OF CONTRACTOR<br>BY *(signature)* | 19C. DATE SIGNED<br>MAY 26 2005 | 20B. UNITED STATES OF AMERICA<br>BY *(signature)* | 20C. DATE SIGNED<br>MAY 26 2005 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

26-107

GPO 1985 O - 469-794

STANDARD FORM 26 (REV 4-85)
Prescribed by GSA
FAR (48 CFR) 53 214 (a)

DE-AC01-05ME01106

H.1   CONSECUTIVE NUMBERING
H.2   GOVERNMENT PROPERTY FOR ON-SITE USE BY CONTRACTOR
H.3   SERVICES OF CONSULTANTS
H.4   TECHNICAL DIRECTION
H.5   MODIFICATION AUTHORITY
H.6   GOVERNMENT-FURNISHED PROPERTY AND DATA - NONE
H.7   ON-SITE CONTRACTOR PERFORMANCE
H.8   GOVERNMENT PROVIDED SERVICES
H.9   INCURRING OF COST WHILE IN TRANSIT
H.10  Reserved.
H.11  LEVEL OF EFFORT
H.12  Reserved.
H.13  REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF THE OFFEROR
H.14  Reserved.
H.15  Reserved.
H.16  Reserved.
H.17  PAYMENT
H.18  Reserved.
H.19  Reserved.
H.20  Reserved
H.21  OBSERVANCE OF LEGAL HOLIDAYS AND ADMINISTRATIVE LEAVE (GOVERNMENT ON-SITE EMPLOYEES)
H.22  INTERPRETATION OF CONTRACT REQUIREMENTS

## SECTION I - CONTRACT CLAUSES

I.1   CLAUSES INCORPORATED BY REFERENCE
I.2   PAYMENTS UNDER TIME-AND-MATERIALS AND LABOR-HOUR CONTRACTS
I.3   Reserved.
I.4   Reserved.
I.5   Reserved.
I.6   COMPUTER GENERATED FORMS
I.7   BANKRUPTCY
I.8   Reserved.
I.9   CHANGES: TIME & MATERIALS OR LABOR HOURS
I.10  Reserved.
I.11  Reserved.
I.12  Reserved.
I.13  HANDICAPPED EMPLOYEE REQUIREMENTS
I.14  TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (SERVICES) (SHORT FORM)
I.15  Reserved.

DE-AC01-05ME01106

I.16  LIMITATION ON WITHHOLDING OF PAYMENTS
I.17  ORGANIZATIONAL CONFLICTS OF INTEREST

## SECTION J - LIST OF ATTACHMENTS

| ATTACHMENT | DESCRIPTION |
| --- | --- |
| A | Additional Clauses Incorporated by Reference |
| B | Quality Assurance Surveillance Plan (QASP) |
| C | Labor Category Descriptions |

DE-AC01-05ME01106

# SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

## B.1    ITEMS BEING ACQUIRED (DEC 1991)

The Contractor shall furnish all personnel, facilities, equipment, material, supplies, and services (except as may be expressly set forth in this contract as furnished by the Government) and otherwise do all things necessary for, or incident to, the performance of the performance objectives set forth below.

**Performance Objective 1:** The Contractor shall support improvements in the performance, quality, timeliness, and efficiency of the services provided by the Department of Energy's (DOE's) I-MANAGE Program and individual I-MANAGE systems in accordance with the Performance Work Statement (PWS) in Section C. This effort involves assistance in work areas including, but not limited to strategic, business and action planning (including business case/300 report support); systems alignment; life cycle costing; program performance analysis; leadership systems; and program audits, reviews, and evaluations.

**Performance Objective 2:** The Contractor shall provide reporting and all data deliverables as required by and to the Contracting Officer's Representative (COR) and as stated in Sections 4.0 and 6.0 of the PWS; see also Clause C.2, Reports.

## B.2   DIRECT 8(A) PROGRAM AWARD

This contract is issued as a direct award between the DOE and the 8(a) concern M Squared Strategies, Inc., pursuant to the Partnership Agreement between the Small Business Administration (SBA) and the DOE, whereas the SBA delegates to the DOE Contracting Officer the authority to award this contract on behalf of the SBA. Although DOE is responsible for administering this award and taking any action on behalf of the Government under the terms and conditions of this award, the SBA is the prime contractor on this award.

SBA retains responsibility for 8(a) certification, 8(a) eligibility determinations and related issues, and providing counseling and assistance to the 8(a) contractor under the 8(a) program. The cognizant SBA District Office is:

    U.S. Small Business Administration
    Washington Metropolitan Area District Office
    1110 Vermont Avenue NW
    9th Floor/ATTN: Ms. Elsie Price
    Washington DC 20043-4500

    Reference <u>SBA Acceptance #0353-05-504027.</u>

DE-AC01-05ME01106

## B.3 LIMITATIONS ON SUBCONTRACTING (FAR 52.219-14)(DEC 1996)

**(a)** This clause does not apply to the unrestricted portion of a partial set-aside.

**(b)** By submission of an offer and execution of a contract, the Offeror/Contractor agrees that in performance of the contract in the case of a contract for -

**(1)** *Services (except construction)*. At least 50 percent of the cost of contract performance incurred for personnel shall be expended for employees of the concern.

**(2)** *Supplies (other than procurement from a nonmanufacturer of such supplies)*. The concern shall perform work for at least 50 percent of the cost of manufacturing the supplies, not including the cost of materials.

**(3)** *General construction*. The concern will perform at least 15 percent of the cost of the contract, not including the cost of materials, with its own employees.

**(4)** *Construction by special trade contractors*. The concern will perform at least 25 percent of the cost of the contract, not including the cost of materials, with its own employees.

## B.4 ESTIMATED LEVEL OF EFFORT REQUIRED (DEC 1991)

In accordance with Part I, Section H, Clause H.11 entitled "Level of Effort", the Contractor shall provide the following estimated total Direct Productive Labor-Hours (DPLH):

| Period | | Annual Estimated DPLH* |
|---|---|---|
| Base Period | (06/01/2005 – 05/31/2006) | 4,160 |
| Option Period 1 | (06/01/2006 – 05/31/2007) | 4,160 |
| Option Period 2 | (06/01/2007 – 05/31/2008) | 4,160 |
| | Total: | 12,480 |

* distributed across the two labor categories specified in Clause B.5 below as follows, on the annual basis of 4,160 DPLH:

| | | |
|---|---|---|
| Program Manager (1 FTE) | | 2,080 DPLH |
| Business Consultant (1 FTE) | | 2,080 DPLH |
| | Total | 4,160 DPLH |

Note: No Other Direct Costs (ODC's) are anticipated to be necessary during the performance of

DE-AC01-05ME01106

this contract. Should an ODC Pool be required, it will be added to the contract within the Not-to-Exceed Ceiling Values of the contract. Provisions governing use of an ODC Pool are included in the contract; see Clause B.6 below.

**B.5   DIRECT LABOR RATES (JUL 1991)**

The Contractor shall provide DPLH from the labor categories set forth as follows at the fixed hourly labor rates indicated. The Direct Labor Productive Hour is based on a fully burdened fixed hourly rate for each labor category and is all inclusive of all costs associated with direct labor including wages, fringe benefits, labor overhead, clerical/secretarial expense, general & administrative expenses and profit. The labor rates indicated for each year of the contract shall apply to all DPLH provided during that respective year of the contract. (See Clause H.11, titled "Level of Effort," paragraph b.)  The contractor may only bill the labor categories identified in this contract.

**NOTE:** There are no category usage limits. The COR may vary the usage mix and increase or decrease the estimated level of effort as required. The only limitation for any period is the NTE Ceiling Price thereof. To allow for potential unanticipated increases in effort, the NTE Ceiling Prices for all three Periods exceed the estimated level of effort.

| LABOR CATEGORY | Base Period | Period 1 | Period 2 |
|---|---|---|---|
| Program Manager | $120.00 | $123.60 | $127.31 |
| Business Consultant | $140.00 | $144.20 | $148.53 |

**B.6   CEILING PRICE OF CONTRACT (JUL 1991)**

The ceiling price of the contract, as issued (Base Period only) is $800,000.00. The maximum potential Not-to-Exceed Ceiling Price of the contract is established as follows:

| Period | | NTE Ceiling Price |
|---|---|---|
| Base Period | (06/01/2005 – 05/31/2006) | $ 800,000.00 |
| Option Period 1 | (06/01/2006 – 05/31/2007) | $ 833,333.00 |
| Option Period 2 | (06/01/2007 – 05/31/2008) | $ 866,667.00 |
| | Maximum Potential Not-to-Exceed Ceiling Price: | $ 2,500,000.00 |

**Other Direct Costs.** The ceiling price does not include any Other Direct Costs (ODC's) and associated General & Administrative costs (G&A Expense) and/or profit, as specified in Clause B.4 above. Should an ODC Pool be established by subsequent modification of this contract, such costs may be incurred only with the advance written approval of the Contracting Officer's Representative (COR); email notice is sufficient authorization.

**Notes.** Any ODC Pool NTE Ceiling Value is an estimate only and does not commit the

7

Government to authorize the total amount or any portion thereof. No ODC pool expenditures may be incurred by the Contractor, or authorized by the Government, prior to obligation of funds sufficient to cover the ODC requirement. The DOE is <u>not</u> obligated to pay the Contractor if the Contractor incurs ODC "pool" liabilities in excess of available funding.

<u>Specific Non-Reimbursable ODC's:</u> The Contractor may not charge the Government for time or local travel/expenses between contractor facilities in the Washington DC metro area, or to or from DOE facilities in the same area, including Germantown MD, without advance written permission from the COR. This restriction also applies to local travel, and for rental car expense in local travel. Any authorized travel cost shall be invoiced and paid in accordance with the current approved Federal per diem rate. Profit is not applicable to any ODC charge, or to any indirect cost associated with ODC charges. Miscellaneous ODC charges which are subject to COR approval include long-distance telephone charges, express mail, facsimile, computer usage, copying and handling expenses.

The Contractor shall not be reimbursed for any direct costs for the following items: entertainment; liquor; computers or general application software; client development and related activities; trade publications, books, treatises, background materials and other similar documents; professional/educational seminars and conferences; preparation of bills; parking fines or any other fines or penalties for illegal conduct; and, food, beverages and the like when the contractor is not in travel status and away from the home office. No invoices are to contain any items representing disbursements made for the benefit of the contractor's current personnel.

**B.7  FUNDING (JUL 1991)**

Pursuant to the Part I, Section H, clause entitled "Funding", total funds in the amount of <u>$200,000.00</u> have been allotted for obligation, all allotted to the DPLH Pool for payment of authorized effort since there is no ODC Pool,. This funding is estimated to cover requirements from <u>June 1, 2005</u> through the period estimated to end <u>December 31, 2005</u> inclusive.

(a) The Schedule specifies the amount presently available for payment by the Government and allotted to this contract, the items covered and the period of performance it is estimated the allotted amount will cover. The parties contemplate that the Government will allot additional funds incrementally to the contract up to the ceiling price specified in the Schedule. The Contractor agrees to perform, or have performed, work on the contract up to the point at which the total amount paid and payable by the Government under the contract approximates but does not exceed the total amount actually allotted by the Government to the contract.

(b) The Contractor shall notify the Contracting Officer in writing whenever it has reason to believe that the costs it expects to incur under this contract in the next 60 days, when added to all costs previously incurred, will exceed <u>75 percent</u> of the total amount so far allotted to the contract by the Government. The notice shall state the estimated amount of additional funds required to continue performance for the period specified in the Schedule.

DE-AC01-05ME01106

**(c)** <u>Sixty</u> days before the end of the period specified in the Schedule, the Contractor shall notify the Contracting Officer, in writing, of the estimated amount of additional funds, if any, required to continue timely performance under the contract or for any further period specified in the Schedule or otherwise agreed upon, and when the funds will be required.

**(d)** If, after notification, additional funds are not allotted by the end of the period specified in the Schedule or another agreed-upon date, upon the Contractor's written request, the Contracting Officer will terminate this contract on that date in accordance with the provisions of the Termination clause of this contract. If the Contractor estimates that the funds available will allow it to continue to discharge its obligations beyond that date, it may specify a later date in its request, and the Contracting Officer may terminate this contract on that later date.

**(e)** Except as required by other provisions of this contract, specifically citing and stated to be an exception to this clause-

**(1)** The Government is not obligated to compensate the Contractor for DPLH or other direct items or services provided in an amount which exceeds the total amount allotted by the Government to this contract; and

**(2)** The Contractor is not obligated to continue providing DPLH under this contract (including actions under the Termination clause of the contract) or incur costs in excess of the amount then allotted to the contract by the Government until the Contracting Officer notifies the Contractor, in writing, that the amount allotted by the Government has been increased and specifies an increased amount, which shall then constitute the total amount allotted by the Government to this contract.

**(f)** The ceiling price shall be increased to the extent that the amount allotted by the Government exceeds the ceiling price specified in the Schedule.

**(g)** No notice, communication, or representation in any form other than that specified in subparagraph (e)(2) above, or from any person other than the Contracting Officer, shall affect the amount allotted by the Government to this contract. In the absence of the specified notice, the Government is not obligated to compensate the Contractor for performing any work in an amount which exceeds the total amount allotted by the Government to this contract, whether that excess amount arose during the course of the contract or as a result of termination.

**(h)** When and to the extent that the amount allotted by the Government to the contract is increased, the Contractor shall be entitled to compensation for DPLH and other direct items or services provided before the increase in an amount which exceeds the amount previously allotted by the Government to the same extent as if the DPLH and other direct items or services were provided afterward, unless the Contracting Officer issues a termination or other notice and directs that the increase is solely to cover termination or other specified expenses.

9

DE-AC01-05ME01106

    **(i)** Change orders shall not be considered an authorization to exceed the amount allotted by the Government specified in the Schedule, unless they contain a statement increasing the amount allotted.

    **(j)** Nothing in this clause shall affect the right of the Government to terminate this contract. If this contract is terminated, the Government and the Contractor shall negotiate an equitable distribution of all property produced or purchased under the contract, based upon the share of costs incurred by each.

## ACCOUNTING AND APPROPRIATION DATA:
See page 1, Block 14.

### B.8   OPTION TO EXTEND THE TERM OF THE CONTRACT - SERVICES (JUL 1991)

    **(a)** The Government may unilaterally extend the term of this contract by written notice to the Contractor within the term of the contract; provided that the Government shall give the Contractor a preliminary written notice of its intent to extend at least <u>30 days</u> before the contract expires. The preliminary notice does not commit the Government to an extension.

    **(b)** If the Government exercises this option, the extended contract shall be considered to include this option provision.

    **(c)** The total duration of this contract including the exercise of all below stated options under this clause shall not exceed <u>sixty months</u>.

    **(d)** Any funding under Clause B.7 or hours under Clause B.4 that remain after a contract period are carried forward to the next contract period but will be reimbursed at the labor rates in effect at the time the effort was incurred. However, in no event may the contractor exceed the total available funding under Clause B.7.

    **(e)** Should the Government exercise any option hereunder, all contractual terms and conditions shall apply during the option(s) period. Further, the Contractor agrees to provide the level-of-effort specified in Clause B.4 at the rates indicated in Clause B.5.

### B.9 TECHNICAL DIRECTION AUTHORIZATION

This is a Fixed Rate Time & Materials contract for the U.S. Department of Energy (DOE). Effort is provided on a Technical Directive (TD) basis via Direct Productive Labor Hours (See Clause H.4, Technical Direction). TD issuance is by the Contracting Officer's Representative (COR). Procedures are simplified to minimize the burden, cost and time required for both.

DE-AC01-05ME01106

# SECTION C – DESCRIPTION/SPECIFICATION/WORK STATEMENT

## C.1    PERFORMANCE WORK STATEMENT

### I. Background.

In September 2000, the Department of Energy began implementing a new commercial off-the-shelf (COTS) system designed to replace the Department's aging legacy financial systems. The original business case provided the key drivers for identifying project scope, direction, configuration and design of the proposed COTS solution.

Since that time, the Federal government has identified new requirements for standardizing and optimizing the enterprise architecture within each agency and across the Federal government. New performance objectives have been developed that call for a shift to "electronic government" or E-government, and linkage of budgetary planning, cost accounting and performance data.

To achieve this vision, the Director of OMBE saw the need to combine, coordinate, and administer the projects for implementing the financial applications, budget formulation, procurement and contracts management, and facilities management under a single program to achieve efficiencies not available by managing them separately. The Office of Management Analysis has been appointed to oversee the DOE Corporate Business Management Systems integration and development. This effort has been named the Integrated Management Navigation System (I-MANAGE) Program and supersedes the original BMIS Phoenix efforts.

I-MANAGE will be a unified, corporate enterprise system designed to consolidate and streamline Department-wide efforts to integrate financial, budgetary, procurement, personnel, program, and performance information. This unified system will be supported at the core by a central data warehouse that links common data elements from each of the Department's corporate business systems. Each manager will use the central data warehouse as a "knowledge bank" of information about portfolios, programs or projects

### II. Purpose.

The purpose of this requirement is to facilitate improvements in the performance, quality, timeliness, and efficiency of the services provided by the I-MANAGE Program and individual I-MANAGE systems.

### III. Scope.

This contract will provide expert consulting advice, guidance, and facilitation regarding current business improvement practices, services, and support products to assist the DOE in meeting new challenges and continuously improving its mission performance. Examples of the expertise to be provided include, but are not limited to:

- Strategic, business and action planning
- Systems alignment
- Life cycle costing
- Program performance analysis
- Leadership systems

DE-AC01-05ME01106

- Program audits, reviews, and evaluations

### Task 1 – Business Case Preparation and Consolidated 300 Support

The Contractor shall assist the I-Manage Program Manager in the validation of business plans and solidify requirements for each major initiative. The Contractor shall work with designated DOE points of contact to:

- Determine Requirements
- Analyze Requirements
- Align with Federal Enterprise Architecture (FEA) and DOE Architecture
- Define and Develop Appropriate Program and Performance Goals
- Identify Opportunities for Improvement and Performance such as Overlapping Functions, Inefficiencies and Barriers
- Develop Sound Business Cases
- Develop Strategic Acquisition Plans
- Develop Risk Management Plans
- Facilitate Team Meetings with Business Lines
- Analyze the Adequacy of Existing Business Practices
- Assist DOE with the Investment Review Process and Metrics
- Work with DOE and OMB through the approval process
- Assist DOE Management in Planning, Strategies and Identification of Critical Path
- Provide access to Subject Matter Experts and Advisory Services

### Task 2 – Refine Organizational Goals and Consolidated I-MANAGE Program Tasks

The Contractor shall assist DOE in the development and implementation of organizational goals. The Contractor shall work with the designated DOE points of contact to:

- Facilitate Goal Setting Sessions
- Interview Key DOE Stakeholders
- Analyze Stakeholder Input and Develop Goals
- Assess "As-Is" State of the DOE as it relates to the I-Manage Program
- Develop Road Map for "To-Be" DOE as it relates to the I-Manage Program
- Provide the Program Management, Performance Management, and Independent Verification and Validation (IV&V) Services to Assist DOE in Goal Attainment
- Establish the framework within which an adequate integrated cost, schedule, and technical performance management system will be effective
- Provide access to Subject Matter Experts and Advisory Services
- Support startup of budget, procurement, and content management initiatives

DE-AC01-05ME01106

### Task 3 – Program Performance Tasks

The Contractor shall assist the DOE with Goal Implementation through Program and Performance Management Services as well as Independent Verification and Validation Services. To preclude conflict of interest, the effort of the Contractor shall be restricted to the advisory role; the Contractor is not eligible to participate in any way in recommended solution implementations (see Clause I.17, Organizational Conflict of Interest).

The Contractor shall prepare documentation for inclusion in contract requirements on behalf of the I-Manage Program Manager. As noted above, the Contractor may not bid, or support any offer/bid by another firm, on any proposal resulting from solicitations for which it provides support. The Contractor shall make recommendations to help ensure the I-Manage Program Manager receives quality responses at competitive pricing. The Contractor may be required to support I-Manage Program Manager communications with key Federal appropriating officials.

The Contractor shall provide fully trained personnel qualified to the requirements of Exhibit C to assist DOE in the following functions for Program Management, Performance Management and IV&V Services:

- Development of Milestones
- Development of Performance Indicators and Measures
- Action Item/Milestone Tracking, Cost and Schedule Management
- Performance Tracking and Verification
- Facilitation of Meetings for Performance Reviews with I-Manage Management
- Access to Subject Matter Experts and Advisory Services

### IV. I-MANAGE Task Performance Objectives, Measures and Expectations

| Performance Measure | Performance Expectation |
|---|---|
| a) Completeness | Deliverables will be 100% complete. |
| b) Accuracy | Deliverables will be 100% accurate. |
| c) Effectiveness | All deliverables must contribute to the overall success of the Task/Subtask. |
| d) Timeliness | All deliverables will be on time and within schedule. |

**Major Deliverables.** Note: These deliverables are representative of the task areas. Actual deliverables will be specified by the Contracting Officer's Representative (COR) in tasking directions.

13

DE-AC01-05ME01106

**Task 1 Deliverables – Business Case Preparation and Consolidated 300 Support**

- Detailed Business Improvements Analysis
- Independent Verification and Validation Reviews and Performance Indicators/Metrics
- Contract Proposals and Scorecards
- Milestones and Action Plans for Business Case Completion
- Documentation for any Coordination, Communication, Facilitation Efforts
- Process Charts and Program Plans as required
- Life Cycle Cost Analysis
- Business Cases
- Strategic Acquisition Plans
- Risk Management Plans

**Task 2 Deliverables - Refine Organizational Goals and Consolidated I-MANAGE Program Tasks**

- Documentation for any Coordination, Communication, Facilitation Efforts
- Detailed Business Improvements Analysis
- Independent Verification and Validation Reviews and Performance Indicators/Metrics
- Contract Requirements/Proposals and Scorecards
- Process Charts and Program Plans as required
- Strategic and Tactical Plans

**Task 3 Deliverables - Refine Organizational Goals Deliverables**

- Documentation for any Coordination, Communication, Facilitation Efforts
- Detailed Milestone and Goal Plans
- Independent Verification and Validation Reviews and Performance Indicators/Metrics
- Enterprise Architecture Strategy Plans
- Process Charts and Program Plans as required
- Tactical Implementation Plans
- Work Breakdown Structures
- Performance Reporting

**C.2   REPORTS.**

The Contractor shall furnish reports to the Government as required by Clause C.1, the Performance Work Statement, as implemented by tasking directions from the COR. .

DE-AC01-05ME01106

## SECTION D - PACKAGING AND MARKING

**D.1    PACKAGING (APR 1984)**

(a) Preservation, packaging, and packing for shipment or mailing of all work delivered hereunder shall be in accordance with good commercial practice and adequate to insure acceptance by common carrier and safe transportation at the most economical rate(s).

(b) Except for those reports required by the Reporting Requirements Checklist of the contract, which are coded by A (As required) or X (With proposal) where the urgency of receipt of the report by the Government necessitates the use of the most expeditious method of delivery, reports deliverable under this contract shall be mailed by other than first-class mail, unless the urgency of the deliverable sufficiently justifies the use of first-class mail. The Contractor shall not utilize certified or registered mail or private parcel delivery service for the distribution of reports under this contract without the advance approval of the Contracting Officer except for those reports coded A or X.

**D.2    MARKING (APR 1984)**

(a) Each package, report or other deliverable shall be accompanied by a letter or other document which:

(1) Identifies the contract by number under which the item is being delivered.

(2) Identifies the deliverable Item Number or Report Requirement which requires the delivered item(s).

(3) Indicates whether the Contractor considers the delivered item to be a partial or full satisfaction of the requirement.

(b) For any package, report, or other deliverable being delivered to a party other than the Contracting Officer, a copy of the document required in (a) above shall be simultaneously provided to the office administering the contract, as identified in Section G of the contract, or if none, to the Contracting Officer.