DE-AC01-05ME01106

# SECTION E - INSPECTION AND ACCEPTANCE

## E.1  INSPECTION (JUL 1991)

Inspection of all items under this contract shall be accomplished by the DOE Contracting Officer's Representative (COR) and will be conducted in accordance with Clause E.2 entitled "Inspection - Time-and-Materials and Labor-Hour."

## E.2  INSPECTION - TIME-AND-MATERIAL AND LABOR-HOUR (FAR 52.246-6) (MAY 2001)

(a) *Definitions.* As used in this clause--
"Contractor's managerial personnel," means any of the Contractor's directors, officers, managers, superintendents, or equivalent representatives who have supervision or direction of -

   (1) All or substantially all of the Contractor's business;

   (2) All or substantially all of the Contractor's operation at any one plant or separate location where the contract is being performed; or

   (3) A separate and complete major industrial operation connected with the performance of this contract.

"Materials," includes data when the contract does not include the Warranty of Data clause.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the material, fabricating methods, work, and services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all materials furnished and services performed under this contract, to the extent practicable at all places and times, including the period of performance, and in any event before acceptance. The Government may also inspect the plant or plants of the Contractor or any subcontractor engaged in contract performance. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspection or test on the premises of the Contractor or a subcontractor, the Contractor shall furnish and shall require subcontractors to furnish all reasonable facilities and assistance for the safe and convenient performance of these

16

DE-AC01-05ME01106

duties.

**(e)** Unless otherwise specified in the contract, the Government shall accept or reject services and materials at the place of delivery as promptly as practicable after delivery, and they shall be presumed accepted 60 days after the date of delivery, unless accepted earlier.

**(f)** At any time during contract performance, but not later than 6 months (or such other time as may be specified in the contract) after acceptance of the services or materials last delivered under this contract, the Government may require the Contractor to replace or correct services or materials that at time of delivery failed to meet contract requirements. Except as otherwise specified in paragraph (h) of this clause, the cost of replacement or correction shall be determined under the Payments Under Time-and-Materials and Labor-Hour Contracts clause, but the "hourly rate" for labor hours incurred in the replacement or correction shall be reduced to exclude that portion of the rate attributable to profit. The Contractor shall not tender for acceptance materials and services required to be replaced or corrected without disclosing the former requirement for replacement or correction, and, when required, shall disclose the corrective action taken.

**(g)(1)** If the Contractor fails to proceed with reasonable promptness to perform required replacement or correction, and if the replacement or correction can be performed within the ceiling price (or the ceiling price as increased by the Government), the Government may -

> **(i)** By contract or otherwise, perform the replacement or correction, charge to the Contractor any increased cost, or deduct such increased cost from any amounts paid or due under this contract; or
>
> **(ii)** Terminate this contract for default.

**(2)** Failure to agree to the amount of increased cost to be charged to the Contractor shall be a dispute.

**(h)** Notwithstanding paragraphs (f) and (g) above, the Government may at any time require the Contractor to remedy by correction or replacement, without cost to the Government, any failure by the Contractor to comply with the requirements of this contract, if the failure is due to -

> **(1)** Fraud, lack of good faith, or willful misconduct on the part of the Contractor's managerial personnel; or
>
> **(2)** The conduct of one or more of the Contractor's employees selected or retained by the Contractor after any of the Contractor's managerial personnel has reasonable grounds to believe that the employee is habitually careless or unqualified.

17

DE-AC01-05ME01106

**(i)** This clause applies in the same manner and to the same extent to corrected or replacement materials or services as to materials and services originally delivered under this contract.

**(j)** The Contractor has no obligation or liability under this contract to correct or replace materials and services that at time of delivery do not meet contract requirements, except as provided in this clause or as may be otherwise specified in the contract.

**(k)** Unless otherwise specified in the contract, the Contractor's obligation to correct or replace Government-furnished property shall be governed by the clause pertaining to Government property.

## E.3 PAYMENTS UNDER TIME-AND-MATERIALS AND LABOR-HOUR CONTRACTS (DEC 2002)

The Government will pay the Contractor as follows upon the submission of invoices or vouchers approved by the Contracting Officer:

**(a)** *Hourly rate.* **(1)** The amounts shall be computed by multiplying the appropriate hourly rates prescribed in the Schedule by the number of direct labor hours performed. The rates shall include wages, indirect costs, general and administrative expense, and profit. Fractional parts of an hour shall be payable on a prorated basis. Vouchers may be submitted once each month (or at more frequent intervals, if approved by the Contracting Officer), to the Contracting Officer or designee. The Contractor shall substantiate vouchers by evidence of actual payment and by individual daily job timecards, or other substantiation approved by the Contracting Officer. Promptly after receipt of each substantiated voucher, the Government shall, except as otherwise provided in this contract, and subject to the terms of (e) of this section, pay the voucher as approved by the Contracting Officer.

> **(2)** Unless otherwise prescribed in the Schedule, the Contracting Officer shall withhold <u>5 percent</u> of the amounts due under this paragraph (a), but the total amount withheld shall not exceed $50,000. The amounts withheld shall be retained until the execution and delivery of a release by the Contractor as provided in paragraph (f) of this section.
>
> **(3)** Unless the Schedule prescribes otherwise, the hourly rates in the Schedule shall not be varied by virtue of the Contractor having performed work on an overtime basis. If no overtime rates are provided in the Schedule and overtime work is approved in advance by the Contracting Officer, overtime rates shall be negotiated. Failure to agree upon these overtime rates shall be treated as a dispute under the Disputes clause of this contract. If the Schedule provides rates for overtime, the premium portion of those rates will be reimbursable only to the

18

DE-AC01-05ME01106

extent the overtime is approved by the Contracting Officer.

**(b)** *Materials and subcontracts.* **(1)** The Contracting Officer will determine allowable costs of direct materials in accordance with Subpart 31.2 of the Federal Acquisition Regulation (FAR) in effect on the date of this contract. Direct materials, as used in this clause, are those materials that enter directly into the end product, or that are used or consumed directly in connection with the furnishing of the end product.

**(2)** The Contractor may include reasonable and allocable material handling costs in the charge for material to the extent they are clearly excluded from the hourly rate. Material handling costs are comprised of indirect costs, including, when appropriate, general and administrative expense allocated to direct materials in accordance with the Contractor's usual accounting practices consistent with Subpart 31.2 of the FAR.

**(3)** The Government will reimburse the Contractor for supplies and services purchased directly for the contract when the Contractor--

*(i)* Has made payments of cash, checks, or other forms of payment for these purchased supplies or services; or

**(ii)** Will make these payments determined due--

**(A)** In accordance with the terms and conditions of a subcontract or invoice; and

**(B)** Ordinarily within 30 days of the submission of the Contractor's payment request to the Government.

**(4)(i)** The Government will reimburse the Contractor for costs of subcontracts that are authorized under the subcontracts clause of this contract, provided that the costs are consistent with paragraph (b)(5) of this clause.

**(ii)** The Government will limit reimbursable costs in connection with subcontracts to the amounts paid for supplies and services purchased directly for the contract when the Contractor has made or will make payments determined due of cash, checks, or other forms of payment to the subcontractor--

**(A)** In accordance with the terms and conditions of a subcontract or invoice; and

**(B)** Ordinarily within 30 days of the submission of the Contractor's payment request to the Government.

19

DE-AC01-05ME01106

> (iii) The Government will not reimburse the Contractor for any costs arising from the letting, administration, or supervision of performance of the subcontract, if the costs are included in the hourly rates payable under paragraph (a)(1) of this clause.
>
> **(5)** To the extent able, the Contractor shall -
>
> > **(i)** Obtain materials at the most advantageous prices available with due regard to securing prompt delivery of satisfactory materials; and
> >
> > **(ii)** Take all cash and trade discounts, rebates, allowances, credits, salvage, commissions, and other benefits. When unable to take advantage of the benefits, the Contractor shall promptly notify the Contracting Officer and give the reasons. The Contractor shall give credit to the Government for cash and trade discounts, rebates, scrap, commissions, and other amounts that have accrued to the benefit of the Contractor, or would have accrued except for the fault or neglect of the Contractor. The Contractor shall not deduct from gross costs the benefits lost without fault or neglect on the part of the Contractor, or lost through fault of the Government.

**(c)** *Total cost.* It is estimated that the total cost to the Government for the performance of this contract shall not exceed the ceiling price set forth in the Schedule and the Contractor agrees to use its best efforts to perform the work specified in the Schedule and all obligations under this contract within such ceiling price. If at any time the Contractor has reason to believe that the hourly rate payments and material costs that will accrue in performing this contract in the next succeeding 30 days, if added to all other payments and costs previously accrued, will exceed 85 percent of the ceiling price in the Schedule, the Contractor shall notify the Contracting Officer giving a revised estimate of the total price to the Government for performing this contract with supporting reasons and documentation. If at any time during performing this contract, the Contractor has reason to believe that the total price to the Government for performing this contract will be substantially greater or less than the then stated ceiling price, the Contractor shall so notify the Contracting Officer, giving a revised estimate of the total price for performing this contract, with supporting reasons and documentation. If at any time during performing this contract, the Government has reason to believe that the work to be required in performing this contract will be substantially greater or less than the stated ceiling price, the Contracting Officer will so advise the Contractor, giving the then revised estimate of the total amount of effort to be required under the contract.

**(d)** *Ceiling price.* The Government shall not be obligated to pay the Contractor any amount in excess of the ceiling price in the Schedule, and the Contractor shall not be obligated to continue performance if to do so would exceed the ceiling price set forth in

20

DE-AC01-05ME01106

the Schedule, unless and until the Contracting Officer shall have notified the Contractor in writing that the ceiling price has been increased and shall have specified in the notice a revised ceiling that shall constitute the ceiling price for performance under this contract. When and to the extent that the ceiling price set forth in the Schedule has been increased, any hours expended and material costs incurred by the Contractor in excess of the ceiling price before the increase shall be allowable to the same extent as if the hours expended and material costs had been incurred after the increase in the ceiling price.

**(e)** *Audit.* At any time before final payment under this contract the Contracting Officer may request audit of the invoices or vouchers and substantiating material. Each payment previously made shall be subject to reduction to the extent of amounts, on preceding invoices or vouchers, that are found by the Contracting Officer not to have been properly payable and shall also be subject to reduction for overpayments or to increase for underpayments. Upon receipt and approval of the voucher or invoice designated by the Contractor as the "completion voucher" or "completion invoice" and substantiating material, and upon compliance by the Contractor with all terms of this contract (including, without limitation, terms relating to patents and the terms of (f) and (g) of this section), the Government shall promptly pay any balance due the Contractor. The completion invoice or voucher, and substantiating material, shall be submitted by the Contractor as promptly as practicable following completion of the work under this contract, but in no event later than 1 year (or such longer period as the Contracting Officer may approve in writing) from the date of completion.

**(f)** *Assignment.* The Contractor, and each assignee under an assignment entered into under this contract and in effect at the time of final payment under this contract, shall execute and deliver, at the time of and as a condition precedent to final payment under this contract, a release discharging the Government, its officers, agents, and employees of and from all liabilities, obligations, and claims arising out of or under this contract, subject only to the following exceptions:

> **(1)** Specified claims in stated amounts, or in estimated amounts if the amounts are not susceptible of exact statement by the Contractor.
>
> **(2)** Claims, together with reasonable incidental expenses, based upon the liabilities of the Contractor to third parties arising out of performing this contract, that are not known to the Contractor on the date of the execution of the release, and of which the Contractor gives notice in writing to the Contracting Officer not more than 6 years after the date of the release or the date of any notice to the Contractor that the Government is prepared to make final payment, whichever is earlier.
>
> **(3)** Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnification of the Government against patent liability), including reasonable incidental expenses, incurred by the Contractor under the terms of this

DE-AC01-05ME01106

contract relating to patents.

**(g)** *Refunds.* The Contractor agrees that any refunds, rebates, or credits (including any related interest) accruing to or received by the Contractor or any assignee, that arise under the materials portion of this contract and for which the Contractor has received reimbursement, shall be paid by the Contractor to the Government. The Contractor and each assignee, under an assignment entered into under this contract and in effect at the time of final payment under this contract, shall execute and deliver, at the time of and as a condition precedent to final payment under this contract, an assignment to the Government of such refunds, rebates, or credits (including any interest) in form and substance satisfactory to the Contracting Officer.

**(h)** Interim payments. **(1)** Interim payments made prior to the final payment under the contract are contract financing payments. Contract financing payments are not subject to the interest penalty provisions of the Prompt Payment Act.

**(2)** The designated payment office will make interim payments for contract financing on the [Contracting Officer insert day as prescribed by agency head; if not prescribed, insert "30th"] day after the designated billing office receives a proper payment request. In the event that the Government requires an audit or other review of a specific payment request to ensure compliance with the terms and conditions of the contract, the designated payment office is not compelled to make payment by the specified due date.

## E.4  ACCEPTANCE (FEB 1987)
Acceptance of all work and effort under this contract shall be accomplished by the Contracting Officer's Representative (COR) appointed in Section G..

DE-AC01-05ME01106

## SECTION F - DELIVERIES OR PERFORMANCE

### F.1  TERM OF CONTRACT (JAN 1992)

The term of this contract is from <u>June 1, 2005-May 31, 2006 inclusive</u> (Base Period only), but shall be adjusted for any exercised option.

### F.2  EXERCISE OF OPTION(S) (SEP 1995)

The Department of Energy has included an option to extend the term of this contract. In order to demonstrate the value it places on quality performance, the Department has provided a mechanism for continuing a contractual relationship with a successful contractor that performs at a level which meets or exceeds quality performance expectations as communicated to the contractor, in writing by the Contracting Officer or designated representative. When deciding whether to exercise the option, the Contracting Officer will consider the quality of the contractor's performance under this contract.

### F.3  PRINCIPAL PLACE OF PERFORMANCE (APR 1984)

The Contractor will be required primarily to perform the requirement in Contractor or DOE facilities in the Washington DC metropolitan area. Depending on availability, when work is to be performed on site at DOE facilities, the DOE <u>may</u> provide for the work facilities, including office furniture, Information Technology equipment, telephone/fax support and other supplies as appropriate to the circumstances, as authorized by the Contracting Officer's Representative under specific technical direction to the Cotnractor.

### F.4  F.O.B. DESTINATION (FAR 52.247-34)(NOV 1991)

(a) The term "f.o.b. destination," as used in this clause, means-

(1) Free of expense to the Government, on board the carrier's conveyance, at a specified delivery point where the consignee's facility (plant, warehouse, store, lot, or other location to which shipment can be made) is located; and

(2) Supplies shall be delivered to the destination consignee's wharf (if destination is a port city and supplies are for export), warehouse unloading platform, or receiving dock, at the expense of the Contractor. The Government shall not be liable for any delivery, storage, demurrage, accessorial, or other charges involved before the actual delivery (or "constructive placement" as defined in carrier tariffs) of the supplies to the destination, unless such charges are caused by an act or order of the Government acting in its contractual capacity. If rail carrier is used, supplies shall be delivered to the specified unloading platform of the consignee, except when the supplies delivered meet the requirements of Item 568 of the National Motor Freight

23

DE-AC01-05ME01106

Classification for "heavy or bulky freight." When supplies meeting the requirements of the referenced Item 568 are delivered, unloading (including movement to the tailgate) shall be performed by the consignee, with assistance from the truck driver, if requested.

If the Contractor uses rail carrier or freight forwarder for less than carload shipments, the Contractor shall assure that the carrier will furnish tailgate delivery, when required, if transfer to truck is required to complete delivery to consignee.

**(b)** The Contractor shall-

**(1) (i)** Pack and mark the shipment to comply with contract specifications; or

**(ii)** In the absence of specifications, prepare the shipment in conformance with carrier requirements;

**(2)** Prepare and distribute commercial bills of lading;

**(3)** Deliver the shipment in good order and condition to the point of delivery specified in the contract;

**(4)** Be responsible for any loss of and/or damage to the goods occurring before receipt of the shipment by the consignee at the delivery point specified in the contract;

**(5)** Furnish a delivery schedule and designate the mode of delivering carrier; and

**(6)** Pay and bear all charges to the specified point of delivery.

DE-AC01-05ME01106

# SECTION G - CONTRACT ADMINISTRATION DATA

## G.1  CORRESPONDENCE PROCEDURES (JAN 1992)

To promote timely and effective administration, correspondence submitted under this contract shall include the contract number and shall be subject to the following procedures:

    **(a)** Technical Correspondence. Technical correspondence (as used herein, this term excludes technical correspondence where patent or technical data issues are involved and correspondence which proposes or otherwise involves waivers, deviations, or modifications to the requirements, terms, or conditions of this contract) shall be addressed to the DOE Contracting Officer's Representative (COR).

    **(b)** Other Correspondence.
        **(1)** If no Government Contract Administration Office is designated on the Contract Form of this contract, all correspondence, other than technical correspondence, shall be addressed to the DOE Contracting Officer, with information copies of the correspondence to the DOE COR, and to the DOE Patent Counsel (where patent or technical data issues are involved).

        **(2)** If a Government Contract Administration Office is designated on the contract form of this contract, all administrative correspondence, other than technical correspondence, shall be addressed to the Government Contract Administration Office so designated, with information copies of the correspondence to the DOE Contracting Officer, DOE COR, and to the DOE Patent Counsel (where patent or technical data issues are involved).

    **(c)** The DOE Contract Specialist for the contract is located at the address in (d) below and is as follows:

    Contract Specialist: <u>Patrick A. Thornton</u>
    Telephone Number: <u>(202) 287-1532</u>
    FAX #: <u>(202) 287-1456/1457</u>
    Email: <u>Patrick.Thornton@pr.doe.gov</u>

The Contractor shall use the DOE Contract Specialist as the focal point for all matters regarding this contract except technical matters (see (a) above for definition of technical matters).

    **(d)** DOE Contracting Officer Address. The Contracting Officer address is as follows:

Contracting Officer (Do not use name of Contracting Officer)
U.S. Department of Energy
Operations Division "A"/ME-641.1
Office of Headquarters Procurement Services
1000 Independence Avenue, S.W.

DE-AC01-05ME01106

Washington, D.C. 20585
ATTN: <u>DE-AC01-05ME01106</u>

**G.2  DOE CONTRACTING OFFICER'S REPRESENTATIVE (COR) ADDRESS (JAN 1990)/ INVOICE APPROVING OFFICIAL DESIGNATION**

<u>**Contracting Officer's Representative and Alternate.**</u>  The Contracting Officer's Representative (COR) for technical matters is hereby designated as <u>Ed Golden, ME-2.5, phone (202) 586-5819, fax (202) 586-4025.</u> The COR shall issue written technical directions to the Contractor in the conduct of the contract to ensure that the work performed is in accordance with the contract requirements. Written technical directions to the Contractor may fill in details omitted from the PWS or otherwise serve to accomplish the PWS. Written technical directions may not (1) cause an increase or decrease in the total contract Not-to-Exceed Ceiling Price, or the period of performance of the contract; or (2) change any of the terms and conditions of the contract. See clause H.4, Technical Direction, for additional coverage.

The COR shall review and, where required by the PWS, approve technical reports, specifications and technical information required under the PWS. The COR shall ensure that the Contractor complies with all technical requirements of the PWS, including reports, documentation, data, work products, milestone schedules and deliverables. In this connection, the COR shall inform the Contracting Officer, in writing, of any performance failure of the Contractor. The COR is also designated the Primary Invoice Approving Official.

<u>Alternate COR.</u> The following individual is hereby appointed Alternate COR, with authority to provide technical direction to the Contractor as set forth above, in the absence of the COR: <u>Warren Huffer, ME-13, ph. 301-903-3761; fax (301) 903-1863.</u> The Alternate COR may also approve invoices in the absence of the COR.

    **(a)** The COR's address and contact information is as follows:
        U.S. Department of Energy
        ATTN: <u>ME-2.5/Edward Golden</u>
        1000 Independence Ave., S.W.
        Washington, D.C. 20585

        Phone: <u>(202) 586-5819</u>
        Fax:   <u>(202) 586-7486</u>
        Email: <u>Ed.Golden@hq.doe.gov</u>

    **(b)** The Contractor shall use the COR as the point of contact on technical matters (See the Correspondence Procedures clause, above, for definition).

DE-AC01-05ME01106

## G.3   BILLING INSTRUCTIONS (AUG 1991)

(a) <u>Invoice/Voucher Submission</u>. The Contractor is encouraged to submit, in accordance with the Payments provisions of this Order, an electronic Invoice using the Vendor Inquiry Payment Electronic Reporting System (VIPERS) system at <u>http://finweb.oro.doe.gov/vipers.htm</u>. The benefits of using the electronic invoicing function within VIPERS include increased accuracy and response time, thus resulting in more expeditious payment of invoices. Detailed instructions on how to enroll and use the system are provided on the web page. However, paper submissions can still be accommodated. The Contractor shall submit the original of any paper invoice(s) in accordance with the Payments provision of this contract to:

> U.S. Department of Energy
> Oak Ridge Operations Office
> Oak Ridge Financial Service Center
> P.O. Box 4937
> Oak Ridge, TN 37831

A paper voucher is not considered to be received by DOE until the original is received at the above address. An additional paper copy of the voucher is to be provided to the Invoice Approving Official specified on the face page of this Order. Additional telephone contact information is provided in Block 12 of page 1 of the contract.

**Electronic Payment.** In accordance with FAR.52.232-33, Mandatory Information for Electronic Funds Transfer Payment, prior to submission of the first request for payment (invoice) under this order, the Contractor shall provide the information required to make payment by Electronic Funds Transfer (EFT) directly to the payment office at U.S. Department of Energy. The Government is not required to make any payment under this order until after receipt, by the designated payment office, of the correct EFT information. Until receipt of the correct EFT information, any invoice submitted shall be deemed not to be a valid invoice as defined in the Prompt Payment clause. The payment office may return the invoice to the Contractor without payment.

(b) Each invoice or voucher submitted shall include the following:
   (1) Contract Number
   (2) Contractor Name
   (3) Date of Invoice
   (4) Invoice Number
   (5) Invoice Amount
   (6) Period Covered by Invoice
   (7) Cumulative Amount Invoiced to Date
   (8) Labor Charges shall be accompanied by the following:

   (i) A summary listing and listing of the hours expended by individual work order during the invoice period and totals to date, broken down by labor categories/key and non-key

individuals with the associated fixed labor rates identified within Section B of this contract. Contractor will not bill for any labor category which is not listed in the contract.

    **(ii)** Invoices which span two or more years shall be segregated by each period of the contract and have a continuing cumulative total by labor category, and individual work order number.

   **(9)** If an ODC Pool is included in the contract, the invoice shall include charges authorized in the contract, to be reimbursed at cost plus the approved handling or General & Administrative expense. The contractor will provide a detailed listing of all reimbursable other direct costs in accordance with the Payment clause in Section H of this contract. Invoices for all charges other than the DPLH expended by the Prime Contractor shall be made available upon request by the COR. The only exception to this requirement, as provided by FAR 52.232-7 "Payments Under Time-and-Materials and Labor-Hour Contracts," (Clause E.3) shall be for Small Business concerns. Small Business Concerns must have incurred the associated charges, but need not have already paid the invoices for the charges involved, prior to including them within an invoice or voucher to the Government.

   **(10)** The invoice shall also contain a certification signed by the Contractor to the effect that:

**Under penalty of law, <u>M Squared Strategies, Inc.</u> certifies that the invoice is truthful and accurate, and that the services and charges set forth herein comply with the terms and conditions of the subject contract, and that the costs and charges set forth herein are necessary and reasonable."**

   **(11)** Pursuant to FAR Subpart 52.232-7 (Clause E.3) the Contracting Officer shall withhold from payment **2.5%** of the direct labor being billed, up to the maximum amount.

   **(12)** The contractor may bill the U.S. Department of Energy only once per 30 day period.

## G.4 CREDITS

Any credits due to the Government may be applied against the Contractor's invoices with appropriate information attached. The Contracting Officer shall notify the Contractor and the Payment Office involved in writing of the reason for the adjustment. This process shall be used to correct invoice errors in the event a corrected invoice is not submitted.

DE-AC01-05ME01106

# SECTION H - SPECIAL CONTRACT REQUIREMENTS

## H.1 CONSECUTIVE NUMBERING (APR 1984)

Due to automated procedures employed in formulating this document, clauses and provisions contained within may not always be consecutively numbered.

## H.2 GOVERNMENT PROPERTY FOR ON-SITE USE BY CONTRACTOR

The Government may elect to furnish to the Contractor certain property to be used on-site on a no-cost-for-use basis, as necessary for the technical performance of the contract. Said property may include, but not be limited to, on-site office and work area space, office furniture, office machines and data processing equipment, office operating supplies, and associated items. The Contractor shall use all reasonable care in protecting said property from damage or loss, and will immediately advise the COR of any repairs needed, damages or losses incurred, replacements required, etc. In no event shall any item of property, other than office operating supplies, be relocated or disposed of without the express authorization of the COR.

## H.3 SERVICES OF CONSULTANTS (DEC 1996)

(a) In addition to the provisions of the clause of this contract entitled "Subcontracts-- Time and Material and Labor Hour Contracts" the prior written consent of the Contracting Officer shall also be obtained:

(1) Whenever any employee of the Contractor is to be reimbursed as a 'consultant' under this contract; or

(2) For the utilization of the services of any consultant under this contract, exceeding the daily rates of $278, exclusive of travel costs, or

(3) Where the services of any consultant under this contract will exceed ten days in any calendar year, or exceed a total value of $2,500.

(b) Whenever Contracting Officer written consent is required, the Contractor will obtain and furnish to the Contracting Officer information concerning the need for and selection of such consultant services and the reasonableness of the fees to be paid, including, but not limited to, whether the fees to be paid to any consultant exceed the lowest fee charged by such consultant to others for performing consulting services of a similar nature.

(c) Prior to the award of any consultant agreements for advisory and assistance services, the Contractor shall obtain from the proposed consultant the disclosure required by 48 CFR

29

(DEAR) 909.507-1, and shall determine in writing whether the interests disclosed present an actual or significant potential for an organizational conflict of interest, in accordance with the clause contained in Section I of this contract. No work shall be performed by the consultant until the Contractor has cleared the consultant for Organizational Conflict of Interest (OCI).

**NOTES**: This clause does not apply to the Contractor's standard labor category 'Business Consultant' (see clause B.5 above), only to effort to be obtained from non-employee personnel at the COR's direction. The clause referred to in paragraph (a) above is FAR 52.244-2, "Subcontracts (Time-and-Materials and Labor-Hour Contracts," incorporated by Attachment A.

## H.4 TECHNICAL DIRECTION (JAN 1990)

(a) Performance of the work under this contract shall be subject to the technical direction of the Contracting Officer's Representative (COR) identified elsewhere in this contract. The term "technical direction" is defined to include, without limitation:

(1) Directions to the Contractor which redirect the contract effort, shift work emphasis between work areas or work ordered, require pursuit of certain lines of inquiry, fill in details or otherwise serve to accomplish the contractual Statement of Work.

(2) Provision of written information to the Contractor which assists in the interpretation of drawings, specifications or technical portions of the work description.

(3) Review and, where required by the contract, approval of technical reports, drawings, specifications and technical information to be delivered by the Contractor to the Government under the contract.

(b) Technical direction must be within the scope of work stated in the contract. The COR does not have the authority to, and may not, issue any technical direction which:

(1) Constitutes an assignment of additional work outside the Statement of Work;

(2) Constitutes a change as defined in the contract clause entitled "Changes";

(3) In any manner causes an increase or decrease in the total price or the time required for contract performance;

(4) Changes any of the expressed terms, conditions or specifications of the contract; or

(5) Interferes with the Contractor's right to perform the terms and conditions of the contract.

(c) All technical directions shall be issued in writing by the COR.