DE-AC01-05ME01106

    **(d)** The Contractor shall proceed promptly with the performance of technical directions duly issued by the COR in the manner prescribed by this article and within his authority under the provisions of this clause. If, in the opinion of the Contractor, any instruction or direction by the COR falls within one of the categories defined in (b)(1) through (5) above, the Contractor shall not proceed but shall notify the Contracting Officer in writing within five (5) working days after receipt of any such instruction or direction and shall request the Contracting Officer to modify the contract accordingly. Upon receiving the notification from the Contractor, the Contracting Officer shall:

        **(1)** Advise the Contractor in writing within thirty (30) days after receipt of the Contractor's letter that the technical direction is within the scope of the contract effort and does not constitute a change under the "Changes" clause of the contract; or

        **(2)** Advise the Contractor within a reasonable time that the Government will issue a written change order.

    **(e)** A failure of the Contractor and Contracting Officer to agree that the technical direction is within the scope of the contract, or a failure to agree upon the contract action to be taken with respect thereto, shall be subject to the provisions of the clause entitled "Disputes - Alternate I" of the contract.

## H.5 MODIFICATION AUTHORITY (APR 1984)

    Notwithstanding any of the other provisions of this contract, the Contracting Officer shall be the only individual authorized to:

    **(a)** accept nonconforming work,
    **(b)** waive any requirement of this contract, or
    **(c)** modify any term or condition of this contract.

## H.6 GOVERNMENT-FURNISHED PROPERTY AND DATA - NONE (JAN 1992)

The Government is not obligated to furnish any real or personal property or data under this contract.

## H.7 ON-SITE CONTRACTOR PERFORMANCE

The Contractor shall maintain satisfactory standards of employee conduct as reflected in its Personnel Policies and Procedures Manual. Each contract employee is expected to adhere to standards of conduct that reflect credit on themselves, their employer, and the United States Government. Contractor employees must be polite and courteous at all times when dealing with DOE employees, guests, and visitors. The COR reserves the right to direct the Contractor to

DE-AC01-05ME01106

remove any employee from the contract for failure to comply with the standards of conduct or any other requirement outlined in the contract. The Contractor shall immediately replace such an employee to maintain continuity of services.

### H.8 GOVERNMENT PROVIDED SERVICES (IF APPLICABLE)

(a) Utilities–the Government will furnish, without charge to the Contractor, utilities from existing sources, which include water, electricity, sewage, heating and cooling, while at Government facilities.

(B) Custodial Services–the Government will provide adequate custodial services. The Contractor shall maintain contractor-occupied areas in a neat and orderly manner.

(c) Government-furnished Equipment and Facilities–the Contractor shall have use of Government-owned facilities and equipment as authorized by the Contracting Officer's Representative.

### H.9 INCURRING OF COST WHILE IN TRANSIT

The Contractor may not charge the DOE for time spent in transit between a duty location and a non-duty location, for example local travel time between contractor offices and DOE facilities where the former is not a duty location. An exception is travel to/from meetings in support of the contract and directed by the Contracting Officer's Representative.

### H.10 Reserved.

### H.11 LEVEL OF EFFORT (JUL 1991)

(a) In the performance of work under this contract, the Contractor shall provide that estimated total of Direct Productive Labor Hours (DPLH) which is specified in Section B, during the term of the contract. The term of the contract is defined as the total contract period, including all exercised options, if applicable. Direct Productive Labor Hours (DPLH) is defined as actual work hours exclusive of vacation, holiday, sick leave and other absences.

(b) During the term of the contract, if additional DPLH are required to complete the term, the Contractor agrees to provide the required DPLH at the same labor rates negotiated for that year of the contract in which they were provided.

(c) Nothing in this clause shall be construed to constitute authorization for work not in accordance with the other clauses of the contract.

DE-AC01-05ME01106

**H.12  Reserved.**

**H.13  ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2005)**

(a)(1) If the clause at 52.204-7, Central Contractor Registration, is included in this solicitation, paragraph (b) of this provision applies.

(2) If the clause at 52.204-7 is not included in this solicitation, and the offeror is currently registered in CCR, and has completed the ORCA electronically, the offeror may choose to use paragraph (b) of this provision instead of completing the corresponding individual representations and certifications in the solicitation. The offeror shall indicate which option applies by checking one of the following boxes:

[ ] **(i)** Paragraph (b) applies.

[ ] **(ii)** Paragraph (b) does not apply and the offeror has completed the individual representations and certifications in the solicitation.

(b) The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below [offeror to insert changes, identifying change by clause number, title, date]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

---
FAR Clause    Title      Date      Change
---

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.

**H.14  Reserved.**
**H.15  Reserved.**
**H.16  Reserved.**

33

DE-AC01-05ME01106

## H.17 PAYMENT

(a) Payment shall be made for DPLH provided in accordance with Part II, Section I, clause entitled "Payments under Time-and-Materials and Labor-Hour Contracts".

(b) Pursuant to Part II, Section I, clause entitled "Payments under Time-and-Materials and Labor-Hour Contracts," the Contracting Officer shall withhold 2.5 percent of the amount due for provision of DPLH, but the total amount withheld will not exceed $50,000.

(c) Reimbursement for travel under this contract will be at cost and consistent with the U.S. Government Travel Regulations.

(d) All costs incurred for acquisition of materials, travel or other direct items or services will be reimbursed at actual costs (no profit) plus allocable indirect costs in accordance with the contractor's accounting system.

(e) Subcontractors shall be compensated under this contract in accordance with the following:

(1) Subcontractors providing DPLH will be paid the fixed rate per DPLH specified in Section B, clause entitled "Direct Labor Rates", for the category of labor provided.

(2) All other subcontracts will be compensated for supplies or services provided on a reimbursable basis in accordance with the clause entitled "Payments under Time-and-Materials and Labor-Hour Contracts," located in Part II, Section I.

H.18  Reserved.
H.19  Reserved.
H.20  Reserved.

## H.21 OBSERVANCE OF LEGAL HOLIDAYS AND ADMINISTRATIVE LEAVE (GOVERNMENT ON-SITE EMPLOYEES)

The Government hereby provides "notices" and the Contractor hereby acknowledges "receipt" that the Government personnel observe the listed days as holidays:

| | |
|---|---|
| President's Day | Memorial Day |
| Independence Day | Labor Day |
| Veteran's Day | Thanksgiving Day |
| Christmas Day | New Year's Day |
| Columbus Day | Martin Luther King, Jr. Day |

Any other day designated by Federal Statute
Any other day designated by Executive Order
Any other day designated by the President's Proclamation

DE-AC01-05ME01106

The contractor shall observe the above holidays on the date observed by the Government. It is understood and agreed between the Government and the Contractor that observance of such days by Government personnel shall not "on-its-face" because for an additional period of performance, or entitlement of compensation except as set forth within the contract.

Contractor employees performing duties at Government sites are automatically relieved from duty by virtue of the fact that government employees are dismissed early or given the day off, and it will be without loss to the Contractor in accordance with the payment set forth in the paragraph below. No form of holiday or other premium compensation will be reimbursed; however, this does not preclude reimbursement for authorized overtime work.

Further, when the Government grants administrative leave to its employees, contractor personnel shall also be dismissed. When administrative leave is granted to contractor personnel assigned on-site as result of inclement weather, potentially hazardous conditions, and other special circumstances, etc., it will be without loss to the Contractor. In this instance, the cost of salaries and wages to the Contractor for the period of any such excused absence shall be a reimbursable item of direct cost hereunder for employees whose regular time is normally charged indirect (in accordance with the contractor's accounting policy). In each instance, the Contractor agrees to continue to provide sufficient personnel to perform round-the-clock requirements of critical tasks already in operation or scheduled, and shall be guided by the instructions issued by the Contracting Officer or his duly appointed representative. All personnel assigned to this contract shall limit their observation or holidays to those set forth above.

When the DOE Federal employees are furloughed, the Contracting Officer will determine if the contractor's employees under this contract are to be furloughed without compensation. Contractor agrees that unpaid furloughs are not subject to the Disputes clause.
When the U.S. Government is closed due to weather conditions, contractor employees <u>at the DOE, Germantown, Maryland or any other DOE Washington, DC area facility</u> will be dismissed with pay for the same duration as the DOE Federal employees.

## H.22 INTERPRETATION OF CONTRACT REQUIREMENTS

No interpretation of any provision of this contract, including applicable specifications, shall be binding on the Government unless furnished or agreed to in writing by the Contracting Officer.

DE-AC01-05ME01106

## SECTION I - CONTRACT CLAUSES

**I.1 CLAUSES INCORPORATED BY REFERENCE. (JUN 1988) (FAR 52.252-2)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

**I.2 PAYMENTS UNDER TIME-AND-MATERIALS AND LABOR-HOUR CONTRACTS (FAR 52.232-7)(DEC 2002)**

The Government will pay the Contractor as follows upon the submission of invoices or vouchers approved by the Contracting Officer:

> **(a)** *Hourly rate.* **(1)** The amounts shall be computed by multiplying the appropriate hourly rates prescribed in the Schedule by the number of direct labor hours performed. The rates shall include wages, indirect costs, general and administrative expense, and profit. Fractional parts of an hour shall be payable on a prorated basis. Vouchers may be submitted once each month (or at more frequent intervals, if approved by the Contracting Officer), to the Contracting Officer or designee. The Contractor shall substantiate vouchers by evidence of actual payment and by individual daily job timecards, or other substantiation approved by the Contracting Officer. Promptly after receipt of each substantiated voucher, the Government shall, except as otherwise provided in this contract, and subject to the terms of (e) of this section, pay the voucher as approved by the Contracting Officer.
>
>> **(2)** Unless otherwise prescribed in the Schedule, the Contracting Officer shall withhold 5 percent of the amounts due under this paragraph (a), but the total amount withheld shall not exceed $50,000. The amounts withheld shall be retained until the execution and delivery of a release by the Contractor as provided in paragraph (f) of this section.
>>
>> **(3)** Unless the Schedule prescribes otherwise, the hourly rates in the Schedule shall not be varied by virtue of the Contractor having performed work on an overtime basis. If no overtime rates are provided in the Schedule and overtime work is approved in advance by the Contracting Officer, overtime rates shall be negotiated. Failure to agree upon these overtime rates shall be treated as a dispute under the Disputes clause of this contract. If the Schedule provides rates for overtime, the premium portion of those rates will be reimbursable only to the extent the overtime is approved by the Contracting Officer.
>
> **(b)** *Materials and subcontracts.* **(1)** The Contracting Officer will determine allowable costs of direct materials in accordance with Subpart 31.2 of the Federal Acquisition Regulation (FAR) in effect on the date of this contract. Direct materials, as used in this

36

DE-AC01-05ME01106

clause, are those materials that enter directly into the end product, or that are used or consumed directly in connection with the furnishing of the end product.

**(2)** The Contractor may include reasonable and allocable material handling costs in the charge for material to the extent they are clearly excluded from the hourly rate. Material handling costs are comprised of indirect costs, including, when appropriate, general and administrative expense allocated to direct materials in accordance with the Contractor's usual accounting practices consistent with Subpart 31.2 of the FAR.

**(3)** The Government will reimburse the Contractor for supplies and services purchased directly for the contract when the Contractor--

**(i)** Has made payments of cash, checks, or other forms of payment for these purchased supplies or services; or

**(ii)** Will make these payments determined due--

**(A)** In accordance with the terms and conditions of a subcontract or invoice; and

**(B)** Ordinarily within 30 days of the submission of the Contractor's payment request to the Government.

**(4)(i)** The Government will reimburse the Contractor for costs of subcontracts that are authorized under the subcontracts clause of this contract, provided that the costs are consistent with paragraph (b)(5) of this clause.

**(ii)** The Government will limit reimbursable costs in connection with subcontracts to the amounts paid for supplies and services purchased directly for the contract when the Contractor has made or will make payments determined due of cash, checks, or other forms of payment to the subcontractor--

**(A)** In accordance with the terms and conditions of a subcontract or invoice; and

**(B)** Ordinarily within 30 days of the submission of the Contractor's payment request to the Government.

**(iii)** The Government will not reimburse the Contractor for any costs arising from the letting, administration, or supervision of performance of the subcontract, if the costs are included in the hourly rates payable under paragraph (a)(1) of this clause.

37

DE-AC01-05ME01106

(5) To the extent able, the Contractor shall -

(i) Obtain materials at the most advantageous prices available with due regard to securing prompt delivery of satisfactory materials; and

(ii) Take all cash and trade discounts, rebates, allowances, credits, salvage, commissions, and other benefits. When unable to take advantage of the benefits, the Contractor shall promptly notify the Contracting Officer and give the reasons. The Contractor shall give credit to the Government for cash and trade discounts, rebates, scrap, commissions, and other amounts that have accrued to the benefit of the Contractor, or would have accrued except for the fault or neglect of the Contractor. The Contractor shall not deduct from gross costs the benefits lost without fault or neglect on the part of the Contractor, or lost through fault of the Government.

**(c) Total cost.** It is estimated that the total cost to the Government for the performance of this contract shall not exceed the ceiling price set forth in the Schedule and the Contractor agrees to use its best efforts to perform the work specified in the Schedule and all obligations under this contract within such ceiling price. If at any time the Contractor has reason to believe that the hourly rate payments and material costs that will accrue in performing this contract in the next succeeding 30 days, if added to all other payments and costs previously accrued, will exceed 85 percent of the ceiling price in the Schedule, the Contractor shall notify the Contracting Officer giving a revised estimate of the total price to the Government for performing this contract with supporting reasons and documentation. If at any time during performing this contract, the Contractor has reason to believe that the total price to the Government for performing this contract will be substantially greater or less than the then stated ceiling price, the Contractor shall so notify the Contracting Officer, giving a revised estimate of the total price for performing this contract, with supporting reasons and documentation. If at any time during performing this contract, the Government has reason to believe that the work to be required in performing this contract will be substantially greater or less than the stated ceiling price, the Contracting Officer will so advise the Contractor, giving the then revised estimate of the total amount of effort to be required under the contract.

**(d) Ceiling price.** The Government shall not be obligated to pay the Contractor any amount in excess of the ceiling price in the Schedule, and the Contractor shall not be obligated to continue performance if to do so would exceed the ceiling price set forth in the Schedule, unless and until the Contracting Officer shall have notified the Contractor in writing that the ceiling price has been increased and shall have specified in the notice a revised ceiling that shall constitute the ceiling price for performance under this contract. When and to the extent that the ceiling price set forth in the Schedule has been increased, any hours expended and material costs incurred by the Contractor in excess of the ceiling

38

price before the increase shall be allowable to the same extent as if the hours expended and material costs had been incurred after the increase in the ceiling price.

**(e) Audit.** At any time before final payment under this contract the Contracting Officer may request audit of the invoices or vouchers and substantiating material. Each payment previously made shall be subject to reduction to the extent of amounts, on preceding invoices or vouchers, that are found by the Contracting Officer not to have been properly payable and shall also be subject to reduction for overpayments or to increase for underpayments. Upon receipt and approval of the voucher or invoice designated by the Contractor as the "completion voucher" or "completion invoice" and substantiating material, and upon compliance by the Contractor with all terms of this contract (including, without limitation, terms relating to patents and the terms of (f) and (g) of this section), the Government shall promptly pay any balance due the Contractor. The completion invoice or voucher, and substantiating material, shall be submitted by the Contractor as promptly as practicable following completion of the work under this contract, but in no event later than 1 year (or such longer period as the Contracting Officer may approve in writing) from the date of completion.

**(f) Assignment.** The Contractor, and each assignee under an assignment entered into under this contract and in effect at the time of final payment under this contract, shall execute and deliver, at the time of and as a condition precedent to final payment under this contract, a release discharging the Government, its officers, agents, and employees of and from all liabilities, obligations, and claims arising out of or under this contract, subject only to the following exceptions:

> **(1)** Specified claims in stated amounts, or in estimated amounts if the amounts are not susceptible of exact statement by the Contractor.
>
> **(2)** Claims, together with reasonable incidental expenses, based upon the liabilities of the Contractor to third parties arising out of performing this contract, that are not known to the Contractor on the date of the execution of the release, and of which the Contractor gives notice in writing to the Contracting Officer not more than 6 years after the date of the release or the date of any notice to the Contractor that the Government is prepared to make final payment, whichever is earlier.
>
> **(3)** Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnification of the Government against patent liability), including reasonable incidental expenses, incurred by the Contractor under the terms of this contract relating to patents.

**(g) Refunds.** The Contractor agrees that any refunds, rebates, or credits (including any related interest) accruing to or received by the Contractor or any assignee, that arise under the materials portion of this contract and for which the Contractor has received

DE-AC01-05ME01106

reimbursement, shall be paid by the Contractor to the Government. The Contractor and each assignee, under an assignment entered into under this contract and in effect at the time of final payment under this contract, shall execute and deliver, at the time of and as a condition precedent to final payment under this contract, an assignment to the Government of such refunds, rebates, or credits (including any interest) in form and substance satisfactory to the Contracting Officer.

**(h)** Interim payments. **(1)** Interim payments made prior to the final payment under the contract are contract financing payments. Contract financing payments are not subject to the interest penalty provisions of the Prompt Payment Act.

**(2)** The designated payment office will make interim payments for contract financing on the [Contracting Officer insert day as prescribed by agency head; if not prescribed, insert "30th"] day after the designated billing office receives a proper payment request. In the event that the Government requires an audit or other review of a specific payment request to ensure compliance with the terms and conditions of the contract, the designated payment office is not compelled to make payment by the specified due date.

**I.3  Reserved.**
**I.4  Reserved.**
**I.5  Reserved.**

## I.6 COMPUTER GENERATED FORMS. (FAR 52.253-1) (JAN 1991)

(a) Any data required to be submitted on a Standard or Optional Form prescribed by the Federal Acquisition Regulation (FAR) may be submitted on a computer generated version of the form, provided there is no change to the name, content, or sequence of the data elements on the form, and provided the form carries the Standard or Optional Form number and edition date.

(b) Unless prohibited by agency regulations, any data required to be submitted on an agency unique form prescribed by an agency supplement to the FAR may be submitted on a computer generated version of the form provided there is no change to the name, content, or sequence of the data elements on the form and provided the form carries the agency form number and edition date.

(c) If the Contractor submits a computer generated version of a form that is different than the required form, then the rights and obligations of the parties will be determined based on the content of the required form.

## I.7    BANKRUPTCY (FAR 52.242-13) (APR 1991)

In the event the Contractor enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the Contractor agrees to furnish, by certified mail, written notification of the

40

DE-AC01-05ME01106

bankruptcy to the Contracting Officer responsible for administering the contract. This notification shall be furnished within five days of the initiation of the proceedings relating to bankruptcy filing. This notification shall include the date on which the bankruptcy petition was filed, the identity of the court in which the bankruptcy petition was filed, and a listing of Government contract numbers and contracting offices for all Government contracts against which final payment has not been made. This obligation remains in effect until final payment under this contract.

**I.8 Reserved.**

**I.9 CHANGES - TIME-AND-MATERIALS OR LABOR-HOURS. (FAR 52.243-3) (SEP 2000)**

**(a)** The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

   **(1)** Description of services to be performed.
   **(2)** Time of performance (i.e., hours of the day, days of the week, etc.).
   **(3)** Place of performance of the services.
   **(4)** Drawings, designs, or specifications when the supplies to be furnished are to be specially manufactured for the Government in accordance with the drawings, designs, or specifications.
   **(5)** Method of shipment or packing of supplies.
   **(6)** Place of delivery.
   **(7)** Amount of Government-furnished property.

**(b)** If any change causes an increase or decrease in any hourly rate, the ceiling price, or the time required for performance of any part of the work under this contract, whether or not changed by the order, or otherwise affects any other terms and conditions of this contract, the Contracting Officer will make an equitable adjustment in any one or more of the following and will modify the contract accordingly:

   **(1)** Ceiling price.
   **(2)** Hourly rates.
   **(3)** Delivery schedule.
   **(4)** Other affected terms.

**(c)** The Contractor shall assert its right to an adjustment under this clause within 30 days from the date of receipt of the written order. However, if the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a proposal submitted before final payment of the contract.

**(d)** Failure to agree to any adjustment will be a dispute under the Disputes clause. However, nothing in this clause excuses the Contractor from proceeding with the contract as changed

41

I.10   Reserved.
I.11   Reserved.
I.12   Reserved.

### I.13. HANDICAPPED EMPLOYEE REQUIREMENTS

The Department of Energy (DOE) takes a pro-active part in supporting the Handicapped Employee Program. Individual requirements are satisfied through the Information Technology Support program. Additional requirements over and above the ITS program are provided as needs arise. The Department of Energy requires the contractor to be in line with the following area:

> "All work performed under this contract must be compliant with Section 508 of the Rehabilitation Act, 29 U.S.C. &794d, as amended. See www.access-board.gov/sec508/508standards.htm for details of Section 508 standards. This Act ensures that Federal employees with disabilities will be able to use information technology to do their jobs."

### I.14 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (SERVICES) (SHORT FORM) (FAR 52.249-4) (APR 1984)

The Contracting Officer, by written notice, may terminate this contract, in whole or in part, when it is in the Government's interest. If this contract is terminated, the Government shall be liable only for payment under the payment provisions of this contract for services rendered before the effective date of termination.

I.15   Reserved.

### I.16 LIMITATION ON WITHHOLDING OF PAYMENTS. (FAR 52.232-9)(APR 1984)

If more than one clause or Schedule term of this contract authorizes the temporary withholding of amounts otherwise payable to the Contractor for supplies delivered or services performed, the total of the amounts withheld at any one time shall not exceed the greatest amount that may be withheld under any one clause or Schedule term at that time; provided, that this limitation shall not apply to -
   (a) Withholdings pursuant to any clause relating to wages or hours of employees;
   (b) Withholdings not specifically provided for by this contract;
   (c) The recovery of overpayments; and
   (d) Any other withholding for which the Contracting Officer determines that this limitation is inappropriate.

### I.17 ORGANIZATIONAL CONFLICTS OF INTEREST (JUN 1997)(DEAR 952.209-72)

DE-AC01-05ME01106

(a) Purpose. The purpose of this clause is to ensure that the contractor (1) is not biased because of its financial, contractual, organizational, or other interests which relate to the work under this contract, and (2) does not obtain any unfair competitive advantage over other parties by virtue of its performance of this contract.

(b) Scope. The restrictions described herein shall apply to performance or participation by the contractor and any of its affiliates or their successors in interest (hereinafter collectively referred to as "contractor") in the activities covered by this clause as a prime contractor, subcontractor, cosponsor, joint venturer, consultant, or in any similar capacity. For the purpose of this clause, affiliation occurs when a business concern is controlled by or has the power to control another or when a third party has the power to control both.

(1) Use of Contractor's Work Product. (i) The contractor shall be ineligible to participate in any capacity in Department contracts, subcontracts, or proposals therefor (solicited and unsolicited) which stem directly from the contractor's performance of work under this contract for a period of (Contracting Officer see DEAR 9.507-2 and enter specific term) years after the completion of this contract. Furthermore, unless so directed in writing by the contracting officer, the Contractor shall not perform any advisory and assistance services work under this contract on any of its products or services or the products or services of another firm if the contractor is or has been substantially involved in their development or marketing. Nothing in this subparagraph shall preclude the contractor from competing for follow-on contracts for advisory and assistance services.

(ii) If, under this contract, the contractor prepares a complete or essentially complete statement of work or specifications to be used in competitive acquisitions, the contractor shall be ineligible to perform or participate in any capacity in any contractual effort which is based on such statement of work or specifications. The contractor shall not incorporate its products or services in such statement of work or specifications unless so directed in writing by the contracting officer, in which case the restriction in this subparagraph shall not apply.

(iii) Nothing in this paragraph shall preclude the contractor from offering or selling its standard and commercial items to the Government.

(2) Access to and use of information. (i) If the contractor, in the performance of this contract, obtains access to information, such as Department plans, policies, reports, studies, financial plans, internal data protected by the Privacy Act of 1974 (5 U.S.C. 552a), or data which has not been released or otherwise made available to the public, the contractor agrees that without prior written approval of the contracting officer it shall not:

(A) use such information for any private purpose unless the information has been released or otherwise made available to the public;

(B) compete for work for the Department based on such information for a period

43