DE-AC01-05ME01106

of six (6) months after either the completion of this contract or until such information is released or otherwise made available to the public, whichever is first;

    **(C)** submit an unsolicited proposal to the Government which is based on such information until one year after such information is released or otherwise made available to the public; and

    **(D)** release such information unless such information has previously been released or otherwise made available to the public by the Department.

    **(ii)** In addition, the contractor agrees that to the extent it receives or is given access to proprietary data, data protected by the Privacy Act of 1974 (5 U.S.C. 552a), or other confidential or privileged technical, business, or financial information under this contract, it shall treat such information in accordance with any restrictions imposed on such information.

    **(iii)** The contractor may use technical data it first produces under this contract for its private purposes consistent with paragraphs (b)(2)(i) (A) and (D) of this clause and the patent, rights in data, and security provisions of this contract.

**(c)** Disclosure after award. **(1)** The contractor agrees that, if changes, including additions, to the facts disclosed by it prior to award of this contract, occur during the performance of this contract, it shall make an immediate and full disclosure of such changes in writing to the contracting officer. Such disclosure may include a description of any action which the contractor has taken or proposes to take to avoid, neutralize, or mitigate any resulting conflict of interest. The Department may, however, terminate the contract for convenience if it deems such termination to be in the best interest of the Government.

    **(2)** In the event that the contractor was aware of facts required to be disclosed or the existence of an actual or potential organizational conflict of interest and did not disclose such facts or such conflict of interest to the contracting officer, DOE may terminate this contract for default.

**(d)** Remedies. For breach of any of the above restrictions or for nondisclosure or misrepresentation of any facts required to be disclosed concerning this contract, including the existence of an actual or potential organizational conflict of interest at the time of or after award, the Government may terminate the contract for default, disqualify the contractor from subsequent related contractual efforts, and pursue such other remedies as may be permitted by law or this contract.

**(e)** Waiver. Requests for waiver under this clause shall be directed in writing to the contracting officer and shall include a full description of the requested waiver and the reasons in support thereof. If it is determined to be in the best interests of the Government, the contracting officer may grant such a waiver in writing.

DE-AC01-05ME01106

## SECTION J - LIST OF ATTACHMENTS

| ATTACHMENT | DESCRIPTION |
|---|---|
| A | Additional Clauses Incorporated by Reference |
| B | Surveillance Plan |
| C | Labor Category Descriptions |

DE-AC01-05ME01106

## ATTACHMENT A
### Additional Clauses Incorporated by Reference

### I.1 CLAUSES INCORPORATED BY REFERENCE. (FAR 52.252-2) (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of any clause may be accessed via Internet at http://www.pr.doe.gov/prbus.html and/or http://farsite.hill.af.mil. The DEAR clauses may be accessed via Internet at http://professionals.pr.doe.gov, under "Procurement", "Regulations & Guidance" and "Electronic Department of Energy Regulations" headings, in sequence.

### SECTION I - CONTRACT CLAUSES

| Clause | Title | Date |
|---|---|---|
| 52.202-1 | Definitions. | MAY 2001 |
| 952.202-1 | Definitions. | MAY 2001 |
| 52.203-3 | Gratuities. | APR 1984 |
| 52.203-6 | Restrictions on Subcontractor Sales to the Govt | JUL 1995 |
| 52.203-5 | Covenant Against Contingent Fees. | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures. | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity. | JAN 1997 |
| 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity. | JAN 1997 |
| 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions. | JUN 1997 |
| 952.203-70 | Whistleblower Protection for Contractor Employees | DEC 2000 |
| 52.204-4 | Printing/Copying Double-Sided on Recycled Paper | AUG 2000 |
| 52.204-7 | Central Contractor Registration | OCT 2003 |
| 52.209-6 | Protecting the Governments Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. | JUL 1995 |
| 52.215-2 | Audit and Records - Negotiation. | JUN 1999 |
| 52.215-8 | Order of Precedence--Uniform Contract Format. | OCT 1997 |
| 52.215-10 | Price Reduction for Defective Cost or Pricing Data | OCT 1997 |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data – Modifications | OCT 1997 |
| 52.215-12 | Subcontractor Cost or Pricing Data. | OCT 1997 |
| 52.215-13 | Subcontractor Cost or Pricing Data--Modifications. | OCT 1997 |
| 52.215-14 | Integrity of Unit Prices | OCT 1997 |
| 52.215-15 | Pension Adjustments And Asset Reversions | DEC 1998 |
| 52.215-17 | Waiver of Facilities Capital Cost of Money. | OCT 1997 |
| 52.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other Than Pensions | OCT 1997 |

1

DE-AC01-05ME01106

| Clause | Title | Date |
|---|---|---|
| 52.215-19 | Notification of Ownership Changes. | OCT 1997 |
| 52.216-7 | Allowable Cost and Payment | DEC 2002 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-14 | Limitations on Subcontracting. | DEC 1996 |
| 52.222-1 | Notice to the Government of Labor Disputes. | FEB 1997 |
| 52.222-3 | Convict Labor. | AUG 1996 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation. | SEPT 2000 |
| 52.222-20 | Walsh-Healey Public Contracts Act. | DEC 1996 |
| 52.222-26 | Equal Opportunity. | APR 2002 |
| 52.222-35 | Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era. | APR 1998 |
| 52.222-36 | Affirmative Action for Workers with Disabilities. | JUN 1998 |
| 52.222-37 | Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (Deviation) | JULY 1999 |
| 52.222-41 | Service Contract Act of 1965, as Amended. | MAY 1989 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | AUG 2003 |
| 52.223-6 | Drug-Free Workplace. | MAY 2001 |
| 52.223-14 | Toxic Chemical Release Reporting. | OCT 2000 |
| 952.224-70 | Paperwork Reduction Act. | APR 1994 |
| 52.228-5 | Insurance - Work on a Government Installation. | JAN 1997 |
| 52.229-3 | Federal, State, and Local Taxes. | JAN 1991 |
| 52.229-5 | Taxes-Contracts Performed in U.S. or Puerto Rico | APR 1984 |
| 52.232-8 | Discounts for Prompt Payment. | FEB 2002 |
| 52.232-11 | Extras | APR 1984 |
| 52.232-17 | Interest. | JUN 1996 |
| 52.232-23 | Assignment of Claims. | JAN 1986 |
| 52.232-25 | Prompt Payment | MAY 2001 |
| 52.232-33 | Payment by Electronic Funds Transfer – Central Contractor Registration. | MAY 1999 |
| 52.233-1 | Disputes. | DEC 1998 |
| 52.233-3 | Protest after Award Alternate I | AUG 1996 |
| 52.242-3 | Penalties for Unallowable Costs. | MAY 2001 |
| 52.242-13 | Bankruptcy. | JUL 1995 |
| 52.242-15 | Stop Work Order (Alternate I APR 1984) | AUG 1989 |
| 52.243-7 | Notification of Changes | APR 1984 |
| 52.244-2 | Subcontracts (Time-and-Materials and Labor-Hour Contracts) | AUG 1998 |
| 52.246-25 | Limitation of Liability—Services | FEB 1997 |
| 52.246-16 | Responsibility for Supplies. | APR 1984 |
| 52.247-63 | Preference for U.S.-Flag Air Carriers | JAN 1997 |
| 52.249-14 | Excusable Delays. | APR 1984 |
| 52.249-6 | Termination (Cost Reimbursement) | MAY 2004 |

DE-AC01-05ME01106

(Alternate IV)    SEP 1996

52.249-14    Excusable Delays                                APR 1984

Case 1:06-cv-01330-GK    Document 8-12    Filed 08/09/2006    Page 5 of 13

DE-AC01-05ME01106
Attachment B
**Quality Assurance Plan**

| REQUIRED SERVICE | STANDARD | METHOD OF SURVEILLANCE | REMEDY |
|---|---|---|---|
| Business Case Preparation and Consolidated 300 Support | M Squared shall assist the I-Manage Program Manager in the validation of business plans and solidify requirements for each major initiative. | Periodic progress meetings to review activities and deliverables including:<br><br>• Detailed Business Improvements Analysis<br>• Independent Verification and Validation Reviews and Performance Indicators/Metrics<br>• Contract Proposals and Scorecards<br>• Milestones and Action Plans for Business Case Completion<br>• Documentation for any Coordination, Communication, Facilitation Efforts<br>• Process Charts and Program Plans as required<br>• Life Cycle Cost Analysis<br>• Business Cases<br>• Strategic Acquisition Plans<br>• Risk Management Plans | OMBE representatives, including the Federal Project Executive, the Federal Project Managers for the STARS and Data Warehouse Projects, the Contracting Officer and Contracting Officer's Representative will work closely to with the contractor to review work and resolve performance issues related to all products, deliverables, and support .<br><br>Should OMBE determine that the contractor cannot meet the performance expectations, this task order can be terminated at the convenience of the Government. |

1

DE-AC01-05ME01106
Attachment B

| REQUIRED SERVICE | STANDARD | METHOD OF SURVEILLANCE | REMEDY |
|---|---|---|---|
| Refine Organizational Goals and Consolidated I-MANAGE Program Tasks | M Squared shall assist DOE in the development and implementation of organizational goals. | Periodic progress meetings to review activities and deliverables including:<br><br>• Documentation for any Coordination, Communication, Facilitation Efforts<br>• Detailed Business Improvements Analysis<br>• Independent Verification and Validation Reviews and Performance Indicators/Metrics<br>• Contract Proposals and Scorecards<br>• Process Charts and Program Plans as required<br>• Strategic and Tactical Plans | |
| Program Performance Tasks | M Squared shall assist the DOE with Goal Implementation through Program and Performance Management Services as well as Independent Verification and Validation Services. | • Documentation for any Coordination, Communication, Facilitation Efforts<br>• Detailed Milestone and Goal Plans<br>• Independent Verification and Validation Reviews and Performance Indicators/Metrics<br>• Enterprise Architecture Strategy Plans<br>• Process Charts and Program Plans as required<br>• Tactical Implementation Plans<br>• Work Breakdown Structures<br>• Performance Reporting | |

2

DE-AC01-05ME01106

# ATTACHMENT C
# LABOR CATEGORY DESCRIPTIONS

## 1. Program Manager

**Minimum/General Experience:** Minimum of 8 years of Project Management of large-scale programs (Federal, State and Private Sector) including management of multiple contract types. Excellent oral and written communication skills required.

**Duties/Functional Responsibilities:** Personnel in this category oversee program and performance management offices on behalf of agency personnel. They oversee personnel and maintain cost, schedule and performance data. They meet regularly with government managers and advise them on deliverables and issues on a variety of projects.

**Minimum Education:** Bachelor's degree in business or related field. Equivalent experience is also acceptable.

This category includes all the skills of the Project Manager, as follows:

**Minimum/General Experience:** Minimum of 5 years of Project Management of large-scale programs (Federal, State or Private Sector) including 2 years of supervisory experience. Excellent oral and written communication skills required.

**Duties/Functional Responsibilities:** Personnel in this category oversee specific projects on behalf of agency personnel. They oversee project personnel and maintain project cost, schedule and performance data. They meet regularly with program and government managers and advise them on deliverables and issues on their project.

**Minimum Education:** Bachelor's degree in business (business process reengineering) or a related field. Equivalent experience is also acceptable.

## 2. Business Consultant

**Minimum/General Experience:** This category requires a Masters Degree or equivalent experience and a minimum of 5 years of experience in business process reengineering. Excellent facilitation skills required.

**Duties/Functional Responsibilities:** Personnel in this category consult with agency management across programs to identify, diagnose, and problem solve organizational effectiveness problems and solutions. They coordinate activities with program and project managers.

**Minimum Education:** This category requires a Masters Degree or equivalent experience and a minimum of 5 years of experience in business process reengineering.

1

# EXHIBIT E



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

June 27, 2006

M Squared Strategies, Inc.
ATTN: Maria (Mayi) Canales
1616 H St., NW
Suite 1010
Washington, DC 20006-4903

After consideration of the information presented, I have determined to impose debarment on M Squared Strategies, Incorporated, thereby prohibiting said entity from participating in United States Government procurement requirements. This debarment is effective for three years, commencing with an effective date of 27 June, 2006.

Reference the attached Debarment Letter dated 27 June 2006 addressed to Maria (Mayi) Canales for the supporting evidence and grounds for this debarment.

This debarment is effective throughout the executive branch of the Government. Federal agencies will not solicit offers from, or award contracts to, contractors who have been proposed for debarment or debarred. Also, federal agencies will not renew or extend existing contracts with, or consent to subcontracts with, a contractor proposed for debarment or debarred. Lastly, contractors proposed for debarment or debarred are excluded from conducting business with the Government as representatives or agents of other contractors.

Sincerely,

Thomas A. Sharpe, Jr.
Debarring Official
Director, Office of the Procurement Executive

Attachment: Maria Canales Debarment Letter

# EXHIBIT F



**DEPARTMENT OF THE TREASURY**
WASHINGTON, *D.C. 20220*

June 27, 2006

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Maria (Mayi) Canales
7007 Clinton Ct
Annapolis, MD 21403

I have determined to impose debarment on you, Maria Canales, thereby prohibiting you from participating in United States Government procurement requirements. (Reference is made to our Notice of Proposed Debarment dated November 29, 2005). This debarment is effective for three years, commencing with an effective date of June 27, 2006.

Your conviction of a criminal offense is a cause for debarment under FAR 9.406-2(a)(5): [a conviction for] "Commission of any other offense indicating a lack of business integrity or business honesty that seriously and directly affects the present responsibility of a Government contractor or subcontractor."

Further, causes for debarment also include: "[A] conviction ... for (1) Commission of fraud or a criminal offense in connection with – (i) obtaining, (ii) attempting to obtain; or (iii) performing a public contract or subcontract." [FAR 9.406-2(a)(1)] You were convicted of violating U.S.C. §1018, making a false writing in connection with an on-going procurement. As a result, I conclude that this conviction meets the minimum requirements of this section to constitute a cause for debarment.

In your response to the notice of proposed debarment you (through counsel) correctly point out that the purpose of debarment is to protect the Government, not to punish. You then argue that your conduct here, which led to your guilty plea and conviction, was not so serious as to support debarment as an appropriate action. You **further** aver that your "spotless" record prior to this offense and business record since militate against imposition of debarment. I do not agree. Given the facts and nature of your offense debarment is the appropriate course of action.

The debarment also applies to your place of employment in the event you are employed as a "principal" as defined by the certification requirements under FAR 52.209-5(a)(2). This FAR section states: "Principals, for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager, plant manager, head of a subsidiary, division, or business segment, and similar positions)." Since you have represented in your response to the notice of proposed debarment that you are the sole stockholder and Chief Executive Officer of M Squared Strategies, Inc., a technology consulting firm, the debarment extends to that firm as well.

This debarment is effective throughout the executive branch of the Government. Federal agencies will not solicit offers from, or award contracts to, contractors who have been proposed for debarment or debarred. Also, federal agencies will not renew or extend existing contracts with, or consent to subcontracts with, a contractor proposed for debarment or debarred. Lastly, contractors proposed for debarment or debarred are excluded from conducting business with the Government as representatives or agents of other contractors.

Sincerely,

*[signature]*

Thomas A. Sharpe, Jr.
Debarring Official
Director, Office of the Procurement Executive