# EXHIBIT 5











# Semiannual Report To The Congress



October 1, 2003 – March 31, 2004

# Office of Inspector General

DEPARTMENT OF THE TREASURY



EXHIBIT 5

## *Significant Investigations*



### Senior Computer Specialist Pleads Guilty to Child Pornography Charge



As reported in the previous period, an OIG investigation established that a former FMS Senior Computer Specialist used his government computer to collect child pornography. Forensic analysis revealed the presence of over 1,100 images of child pornography on the computer. The Senior Computer Specialist was terminated and pled guilty to one count of Possession of Child Pornography (18 USC 2252 A) and will be sentenced later this year. The subject faces 15 years imprisonment.

### Former Acting Treasury CIO Debarred for Life for Making False Statements



A complaint filed with Treasury OIG alleged, as part of or in exchange for a $5.8 million contract for cyber-security related software and consulting services, Treasury's former Acting CIO directed the contractor to place a $1.5 million subcontract with a company owned by a friend of the CIO. Our investigation revealed that, in return, the CIO received various gratuities including jewelry and use of a time-share rental property located in the Bahamas. The former CIO agreed to plead guilty to making False Statements in Official Certificates or Writings (18 USC 1018) and to be debarred from doing business with the federal government for life.

### Mint Account Technician Pleads Guilty to Submitting False Travel Documentation

In October 2002, the Treasury OIG responded to a complaint alleging that a former Mint Account Technician stole money by creating and submitting fraudulent travel vouchers to the bureau. Our investigation showed that the subject opened 5 bank accounts, using various fictitious names, then created, altered, and submitted 57 sets of travel documentation which resulted in unauthorized Electronic Fund Transfer payments totaling $153,000 to personal bank accounts. The Account Technician has since pled guilty to making False Statements (18 USC 1001) and is scheduled to be sentenced on June 14, 2004. We will be issuing a Management Implication Report to the Mint about internal control weaknesses that enabled the fraudulent travel vouchers to be paid so that management can take corrective action.