# EXHIBIT 7



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

November 29, 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Maria (Mayi) Canales
7007 Clinton Ct
Annapolis, MD 21403

This is to advise you that we are initiating proceedings to debar you from participating in United States Government procurement activities. This notice is given pursuant to Federal Acquisition Regulation (FAR) 9-406-3 et seq. The FAR is published in Title 48, Code of Federal Regulations, Chapter 1.

Causes for debarment include: "[A] conviction ... for (1) Commission of fraud or a criminal offense in connection with – (i) obtaining, (ii) attempting to obtain; or (iii) performing a public contract or subcontract." [FAR 9.406-2(a)(1)] You were convicted of violating U.S.C. §1018, making a false writing in connection with an on-going procurement. As a result, I conclude that this conviction meets the minimum requirements of this section to constitute a cause for debarment.

Similarly, this conviction is a cause for debarment under FAR 9.406-2(a)(5): [a conviction for] "Commission of any other offense indicating a lack of business integrity or business honesty that seriously and directly affects the present responsibility of a Government contractor or subcontractor."

In accordance with FAR 9.406-3(c)(4), you have a period of no more than 30 days after receipt of this notice to submit, in person, in writing, or through a representative, information and argument in opposition to the proposed debarment, including any specific information that raises genuine dispute over the material facts. The determination to debar will be based on pertinent documentation available for my review, including any information that you provide. Under the provisions of FAR 9.406-3(d), the debarment decision will be made within 30 working days after receipt of any information or argument you submit.

FAR subsection 9.406-4(a) provides that if a debarment is imposed, it shall be commensurate with the seriousness of the causes for debarment and shall not exceed 3 years.

The debarment may also apply to your place of employment in the event you are employed as a "principal" as defined by the certification requirements under FAR

EXHIBIT
7
PENGAD-Bayonne, N. J.

52.209-5(a)(2).    This FAR section states: "Principals, for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager, plant manager, head of a subsidiary, division, or business segment, and similar positions)."

Both a proposal for debarment and debarment are effective throughout the executive branch of the Government, and extend to all divisions or other organizational elements of the contractor.  Federal agencies will not solicit offers from, or award contracts to, contractors who have been proposed for debarment or debarred.  Also, federal agencies will not renew or extend existing contracts with, or consent to subcontracts with, a contractor proposed for debarment or debarred.   Lastly, contractors proposed for debarment or debarred are excluded from conducting business with the Government as representatives or agents of other contractors.  The above restrictions take effect unless the acquiring agency head or a designee determines in writing that there is a compelling reason to waive them.  Accordingly, this notice has the effect of a suspension (FAR 9.405).

If you have any questions regarding this notice to debar, you may contact the undersigned at (202) 622-1039 or forward correspondence to my attention at the following address: Office of the Procurement Executive, Department of the Treasury, 1500 Pennsylvania Avenue, N.W., Room 6109, Washington, D.C. 20220.

Thomas A. Sharpe, Jr.
Debarring Official
Director, Office of the Procurement Executive

cc:

M Squared Strategies, Inc.
ATTN: Maria (Mayi) Canales
1616 H Street NW
Suite 1010
Washington DC  20006-4903

M Squared Strategies, Inc.
ATTN: Maria (Mayi) Canales
7007 Clinton Ct.
Annapolis, MD  21403

M Squared Strategies, Inc.
ATTN: Maria (Mayi) Canales
2080 South Ocean Drive #1811
Hallandale Beach, FL  33009

Case 1:06-cv-01301-RB... Document 4-6 Filed 02/30/2006 Page 4 of 4

1616 H Street, NW
Suite 1010
Washington, DC 20006



**M² Strategies, Inc.**

# Fax

| To: | William Nickerson | From: | Mayi Canales |
|---|---|---|---|
| **Fax:** | 202-349-3915 | **Pages:** | 3  Including Cover |
| **Phone:** | 202-349-3877 | **Date:** | December 12, 2005 |
| **Re:** | M Squared Strategies, Inc | **CC:** | |

X **Urgent**    ☐**For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

PRIVATE -- ATTORNEY CLIENT PRIVELEGE FOR WILLIAM NICKERSON ONLY

Bill,
Attached is the letter I called you about.

Thank You,
Mayi

*Maria Elena Canales*

Maria Elena (Mayi) Canales
M² Strategies, Inc.
Fax: 202-315-3399
Phone: 202-352-2544
Email: mayi@m2strat.com

*Leesburg*
*1- 800 962*
*9644*

*703-777-*
*7080*