UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES, ET AL., )<br>)<br>   Plaintiffs )<br>) <br>   v. )<br>)<br>HENRY M. PAULSON, SECRETARY, )<br>DEPT. OF TREASURY, ET AL. )<br>   Defendants. )<br>_____) | Civ. No. 06-1330 (GK)<br>ECF |

**THE PARTIES' JOINT *PRAECIPE***

Pursuant to the Court's July 28, 2006 Order (Dkt. No. 4), which requires the parties "to file a joint *praecipe* indicating how they wish to proceed in this case," the parties here by submit the following:

Given the developments in this case in the past week and in light of the Court's August 9, 2006 Minute Order, the parties will proceed with this case as set forth in the Court's August 9th Minute Order. Specifically, Defendants will respond to Plaintiffs' Application for a Preliminary Injunction by August 21, 2006; and Plaintiffs will file a Reply by August 25, 2006. The Court will decide the Preliminary Injunction Application on the papers. See August 9, 2006 Minute Order. Defendants have agreed to file the Administrative Record with the Court by Tuesday August 15, 2006, and provide same to Plaintiffs.

This Joint Praecipe is being filed with Plaintiffs' approval and permission.

Dated: August 11, 2006.                              Respectfully Submitted,

                                                             /s/   Kenneth L. Wainstein
                                                   KENNETH L. WAINSTEIN, D.C. BAR #451058
                                                   United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants