## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES, ET AL.,            ) | |
|                                                          ) | |
|         Plaintiffs                                  ) | |
|                                                          ) | Civ. No. 06-1330 (GK) |
|         v.                                             ) | ECF |
|                                                          ) | |
| HENRY M. PAULSON, SECRETARY,  ) | |
| DEPT. OF TREASURY, ET AL.       ) | |
|         Defendants.                            ) | |
| _____) | |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants hereby file a copy of the U.S. Department of Treasury's Administrative Record on CD-ROM. The Administrative Record contains documents with bates number CAN0001-CAN0175. The Administrative Record is being filed under seal. <u>See</u> Defendants' Motion to File the Administrative Record Under Seal (concurrently filed herein).

A copy of the CD-ROM is also being served upon Plaintiffs' counsel, Mr. Nicholas M. Beizer, Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., 1120 20th Street, N.W., Suite 700 North, Washington, D.C. 20036-3406, via courier pick-up. Mr. Beizer's office has arranged for a courier to pick up the CD-ROM from the undersigned's office today.

Dated: August 15, 2006.                        Respectfully Submitted,

                                                                  /s/   Kenneth L. Wainstein
                                                                 KENNETH L. WAINSTEIN, D.C. BAR #451058
                                                                 United States Attorney

    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants