# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARIA CANALES, ET AL., ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civ. No. 06-1330 (GK) |
| v. ) | ECF |
| ) | |
| HENRY M. PAULSON, SECRETARY, ) | |
| DEPT. OF TREASURY, ET AL. ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT'S MOTION TO FILE THE
## ADMINISTRATIVE RECORD UNDER SEAL

1. Pursuant to LCvR 5.1(j)(1), documents or pleadings filed with the intention of being sealed shall be accompanied by a motion to seal. The document will be treated as sealed, pending the outcome of the ruling on the motion. Pursuant to the Local Rule 7(m), the parties conferred and Plaintiffs' counsel (Mr. Steven Cundry) could not provide a definite response at this time but will inform the Court of Plaintiffs' position at a later date.

2. A protective order governing (1) the disclosure of confidential or private information and (2) the procedures for filing documents under seal has not been issued by the Court in this case. The parties will collaborate and submit a proposed Protective Order for the Court to review and approve.

3. Defendants' Administrative Record contains a Report of Investigation ("ROI") of Plaintiffs' activities that led to Plaintiffs' guilty plea in the District Court. The information in the ROI is not in the public domain.

4. Moreover, the ROI also contains information on third-party witnesses who were interviewed as part of the investigation into Plaintiffs' activities.

5. The undersigned counsel conferred with Plaintiffs' counsel and the parties agree that it would be prudent at this juncture to file the Administrative Record under seal, until the parties can enter into a stipulated protective order that governs the use and disclosure of confidential and private information.

6. For the these reasons, Defendants respectfully request that the Court grant Defendants' Motion to File the Administrative Record Under Seal.

Dated: August 15, 2006.                    Respectfully Submitted,

    /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES, ET AL., ) | |
| ) | |
|    Plaintiffs ) | |
| ) | Civ. No. 06-1330 (GK) |
| v. ) | ECF |
| ) | |
| HENRY M. PAULSON, SECRETARY, ) | |
| DEPT. OF TREASURY, ET AL. ) | |
|    Defendants. ) | |
| _____ ) | |

## GRANTING DEFENDANTS' MOTION TO FILE
## THE ADMINISTRATIVE RECORD UNDER SEAL

Upon consideration Defendant's Motion to File the Administrative Record Under Seal and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion to File Under Seal be and is hereby GRANTED; it is

FURTHER ORDERED that the Administrative Record be and is hereby FILED UNDER SEAL.

SO ORDERED.

_____

U.S. District Judge