# EXHIBIT 1

Case 1:06-cv-01330-GK    Document 14-2    Filed 08/17/2006    Page 1 of 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA CANALES and M SQUARED )
STRATEGIES, INC., )
)
Plaintiffs, )
)
v. ) Civil Action No: 1:06CV01330 (GK)
)
HENRY M. PAULSON, )
SECRETARY OF THE UNITED STATES )
DEPARTMENT OF TREASURY *et al.*, )
)
Defendants. )

## SUPPLEMENTAL DECLARATION OF MARIA CANALES

I, Maria ("Mayi") Canales do hereby aver, under penalty of perjury, that the following is true and correct:

1. My name is Maria ("Mayi") Canales. I am over 18 years of age, and I have personal knowledge of the matters contained herein.

2. This Supplemental Declaration incorporates herein and supplements the Declaration of Maria Canales that was attached as Exhibit 2 to Plaintiffs' Application for Preliminary Injunction filed in the above-referenced case on August 9, 2006.

3. By letter dated August 7, 2006, RS Information Systems, Inc. ("RSIS") informed M Squared that "RSIS will not be able to utilize M Squared ... for any of its Federal Government Procurement needs" as a result of the debarment of M Squared by the United States Department of the Treasury (the "RSIS Letter"). A copy of the RSIS Letter is attached hereto as Exhibit A. I was not in possession of the RSIS Letter prior to the filing of Plaintiffs' Application for Preliminary Injunction.

4. As a direct consequence of the RSIS Letter, M Squared is unable to perform work pursuant to Task Order No. BIM2CLIN2 (the "Task Order"), which it otherwise would have performed. A copy of the Task Order is attached hereto as Exhibit B.

5. Because M Squared is unable to perform the work requested in the Task Order, M Squared suffered damages in the amount of $217,174.08.

6. If the debarment against M Squared is not withdrawn or rescinded, or the Government is not enjoined or restrained from enforcing the debarment against M Squared, M Squared will suffer irreparable harm because M Squared will continue to lose its sub-contracts, such as its sub-contract with RSIS, and its prime contracts with various United States Government agencies. (*See* Declaration of Maria Canales at ¶¶ 22-24).

7. Once M Squared loses all of its sub-contracts and prime contracts, M Squared will be effectively destroyed and will cease to exist, as M Squared does not conduct any business that would be unaffected by its debarment.

8. I attest to the truth of the statements herein and will so testify if called upon.

I, Maria Canales, declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Executed on August 16, 2006

————————————————
Maria ("Mayi") Canales

65692.1:230133:00420

- 2 -

# EXHIBIT A

Case 1:06-cv-01330-GK   Document 14-2   Filed 08/17/2006   Page 4 of 8



**RS Information Systems, Inc.**

August 7, 2006

BUYER:
RS Information Systems, Inc.
1651 Old Meadow Road
McLean VA 22102

**SELLER:**
Ms. Maria Canales
M Squared Strategies, Inc.
1616 H Street, NW
Washington DC 20037

Re:    Subcontract No.:    B1601301
       Prime Contract No.:    50-CMAA-900061

Dear Ms., Canales,

RS Information Systems (RSIS) is in receipt of a Department of the Treasury letter dated June 27, 2006 which advised that M Squared Strategies, Inc. has been debarred and thereby excluded from conducting business with the Federal Government effective June 27, 2006 for a period of 3 years.

In accordance with FAR clause 5209-5, RSIS will not be able to utilize M Squared Strategies for any of our Federal Government Procurement needs.

Sincerely,

Kelly M. Davidson
Kelly M Davidson
Senior Director
Contracts and Procurement
703 734 7800, ext. 336
kdavidson@rsis.com

# EXHIBIT B

Case 1:06-cv-01330-GK    Document 14-2    Filed 08/17/2006    Page 6 of 8

# TASK ORDER

August 8, 2006

**BUYER:**

RS Information Systems, Inc.
1651 Old Meadow Road
5th Floor
Mclean, Virginia  22102

Task Order No: **BIM2CLIN2**

Master Task Order No.: **DE-AT01-031M0002**

Prime Contract No.: **50CMAA900061**

Project No.: 1601.ISE1.03.B1M2.0200.00

Task Order Modification Number: **N/A**

Subcontract No: RSIS-1601-03-ISE-M2

**SELLER:**
M Squared Strategies Inc

Reference:  (a) **RSIS/BAH** Subcontract Number RSIS-1601-03-ISE-M2

In accordance with the reference (a) Subcontract terms and conditions, Article 8 "Task Orders" Task Order No. **BIM2 CLIN2** is being issued on a bilateral basis to incrementally fund the task order for the amount as indicated below:

I.  TASK ORDER

(A)  Title of Subtask Order: **"EA/CPIC SUPPORT'**

(B)  Title of Subtask CLIN: "Enterprise Architecture"

(C)  Statement of Work: Previously provided

(D)  **Price: The ceiling amount for this Task order is:  Total-Not-to-Exceed $217,174.08**

(E)  Period of Performance:  The period of performance is May 10, 2004 through January 20, 2005

(F) Limitation of Funds Clause as follows:

    Pursuant to FAR 52.232-22 the Limitation of Funds Clause, incremental funding in the amount of **$138,260.78** is allotted to cover estimated costs for this Task Order. Pending availability of additional funds, the Buyer shall not be obligated to pay the Seller in excess of **$138,260.78** for work performed under the Task Order. The Seller shall not be obligated to continue performance under the Task Order (including actions under the **Termination** Clause), or to otherwise incur costs in excess of **$138,260.78** unless and until the Buyer notifies the Seller by written modification that the funds available for Task Order performance have been increased. The modification will specify a revised Task Order amount and period for which the funds are estimated to provide for Task Order performance.

Funding is not transferable between Task Orders.

II.    <u>Terms and Conditions:</u>  All Terms and Conditions contained in the Subcontract identified above are hereby incorporated by reference and made a part of this Task Order.

In witness hereof and by mutual agreement, the duly authorized representatives of the Buyer and the Seller have executed this Task Order on the dates shown below.

| M Squared Strategies. | RS Information Systems, Inc. |
|---|---|
| Authorized Signature: _____ | Authorized Signature: _____ |
| Name: _____ | Name: Wanda Davis |
| Title: _____ | Title: Director of Contracts |
| Date: _____ | Date: _____ |