IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES and M SQUARED STRATEGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HENRY M. PAULSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF TREASURY, *et al.*, <br><br> Defendants. | Civil Action No: 1:06CV01330 (GK) |

**CERTIFICATE PURSUANT TO LOCAL RULE 65.1**

Certificate required by LCvR 65.1(a)(1) of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiffs, Maria Canales and M Squared Strategies, Inc., hereby certify that actual notice of the time of making M Squared's Application for Temporary Restraining Order and copies of all pleadings and papers filed in the action to date have been furnished to the adverse party in this action.

/s/ Nicholas M. Beizer
Nicholas M. Beizer, D.C. Bar No. 485894

65283.4:230133:00420

- 1 -