**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARIA CANALES, ET AL., ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civ. No. 06-1330 (GK) |
| v. ) | ECF |
| ) | |
| HENRY M. PAULSON, SECRETARY, ) | |
| DEPT. OF TREASURY, ET AL. ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request a one-day extension of time from August 21, 2006, to August 22, 2006, to respond to Plaintiffs' Application for Preliminary Injunction. Pursuant to Local Rule 7(m), the parties conferred and Plaintiffs' counsel do not oppose this Motion.

There is good cause to grant this Motion. Defendants fully intended to respond to Plaintiffs' Application for a Preliminary Injunction by the due date; however, the undersigned had other firm work obligations that prevented the undersigned from completing the response by the deadline. Specifically, in this past week, the undersigned was required to file a motion for summary judgment in another case and an opposition to Plaintiffs' motion for expedited discovery. Moreover, the undersigned was out of the office for two days to for deposition preparation and defense. Finally, the undersigned had to file a reply to a motion for summary affirmance.

In addition, in response to Plaintiffs' Preliminary Injunction Application, Defendants

intend to submit two affidavits in support of the opposition. See Local Rule 65.1(c). However, the undersigned has not been able to get one of the affiants to deliver his affidavit to the undersigned sufficiently in advance for the undersigned to incorporate it in the response. In fact, as of this filing, the undersigned has not yet received the affidavit.

For these reasons, Defendants respectfully request that the Court grant a one-day extension of time to August 22, 2006, for Defendants to respond to Plaintiffs' Application for Preliminary Injunction.

Dated: August 21, 2006.                                    Respectfully Submitted,


   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARIA CANALES, ET AL., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | Civ. No. 06-1330 (GK) |
| v. | ) | ECF |
| | ) | |
| HENRY M. PAULSON, SECRETARY, | ) | |
| DEPT. OF TREASURY, ET AL. | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED**
**MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendants' Unopposed Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Unopposed Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including August 22, 2006, to respond to Plaintiffs' Application for Preliminary Injunction.

SO ORDERED.

_____
U.S. District Judge