**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
)
MARIA CANALES and M SQUARED                   )
STRATEGIES, INC.,                             )
                                              )
        Plaintiffs,                           )
                                              )
v.                                            )        Civil Action No: 1:06CV01330 (GK)
                                              )
HENRY M. PAULSON,                             )
SECRETARY OF THE UNITED STATES                )
DEPARTMENT OF TREASURY *et al.*,              )
                                              )
        Defendants.                           )
_____)

## CERTIFICATE PURSUANT TO LOCAL CIVIL RULE 65.1(a)(1)

Certificate required by LCvR 65.1(a)(1) of the Local Rules of the United States District

Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiffs, Maria Canales and M Squared

Strategies, Inc., hereby certify that actual notice of the time of making M Squared's Application

for Temporary Restraining Order and copies of all pleadings and papers filed in the action to date

have been furnished to the adverse party in this action.


                                        /s/ Nicholas M. Beizer_____
                                        Nicholas M. Beizer, D.C. Bar No. 485894


65283.5:230133:00420

- 1 -