UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES, ET AL.,           ) | |
|                                 ) | |
|     Plaintiffs                 ) | |
|                                   ) | Civ. No. 06-1330 (GK) |
| v.                                      ) | ECF |
|                                   ) | |
| HENRY M. PAULSON, SECRETARY, ) | |
| DEPT. OF TREASURY, ET AL.     ) | |
|     Defendants.           ) | |
| _____) | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

       Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request another one-day extension of time from August 22, 2006, to August 23, 2006, to respond to Plaintiffs' Application for Preliminary Injunction. Pursuant to Local Rule 7(m), the parties conferred and Plaintiffs' counsel oppose this Motion.

       There is good cause to grant this Motion. Defendants fully intended to respond to Plaintiffs' Application for a Preliminary Injunction by August 22, 2006; however, the undersigned has not been able to get one of the affiants to deliver his affidavit to the undersigned sufficiently in advance for the undersigned to incorporate it in the response. The tardiness of this affidavit may be attributed in part to the fact that the agency counsel responsible for this case is out of town on scheduled leave. The undersigned has been communicating with the agency to secure the affidavit but was unable to get the affidavit in time to complete preparing the response. Furthermore, given the review process in the undesigned's Office, the undersigned would not be able to circulate a complete draft for supervisory review prior to receipt of the affidavit.

Moreover, the undersigned had to devote time to reviewing Plaintiffs' Motion for a Temporary Restraining Order (Dkt. No. 18), which was filed after the close of business yesterday and the undersigned did not see the Motion until today.  Plaintiffs' most recent TRO motion also seeks to supplement their currently pending Application for a Preliminary Injunction.  In any event, in light of Plaintiffs' currently pending Application for a PI (Dkt. No. 7) and TRO Motion (Dkt. No. 18), it may conserve the parties' resources and advance judicial economy for the Court to set one set of deadlines for the parties to litigate both motions.  A combination of these events prevented the undersigned from completing the response to Plaintiffs' Application for a Preliminary Injunction.

For these reasons, Defendants respectfully request that the Court grant a one-day extension of time to August 23, 2006, for Defendants to respond to Plaintiffs' Application for Preliminary Injunction.

Dated: August 22, 2006.                             Respectfully Submitted,


   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

　　　　　/s/  John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARIA CANALES, ET AL., )<br>)<br>　Plaintiffs )<br>) Civ. No. 06-1330 (GK)<br>v. ) ECF<br>)<br>HENRY M. PAULSON, SECRETARY, )<br>DEPT. OF TREASURY, ET AL. )<br>　Defendants. )<br>_____) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendants' Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including August 23, 2006, to respond to Plaintiffs' Application for Preliminary Injunction.

SO ORDERED.

_____
U.S. District Judge