# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES, ET AL., ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civ. No. 06-1330 (GK) |
| v. ) | ECF |
| ) | |
| HENRY M. PAULSON, SECRETARY, ) | |
| DEPT. OF TREASURY, ET AL. ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF FILING: SUPPLEMENTAL DOCUMENTS TO THE
## RICHARD DELMAR AFFIDAVIT

Defendant hereby supplements the documents submitted as part of the Affidavit of Mr. Richard Delmar.

**Attachment 1** (a two-page email correspondence) was previously attached to the Delmar Affidavit as Attachment A in support of Defendants' Motion for Summary Judgment and Opposition to the TRO/PI (Dkt. No. 21). However, certain handwritten note was redacted from that email because at the time the undersigned could not determine whether the handwritten note was subject to non-disclosure under the attorney-client communication or attorney-work product. After conferring with Mr. Delmar today, he confirmed that the handwritten can be disclosed. Mr. Delmar was on scheduled leave last week when Defendants filed their Motion for Summary Judgment and Opposition to Plaintiff's PI/TRO. Therefore, Defendants are supplementing the record by submitting an "unredacted" version of Attachment 1.

**Attachments 2 and 3** are two e-mails previously not submitted with the Delmar Affidavit. Similar to Attachment 1, the undersigned was unable to determine the relevance of Attachments 2 and 3 until today, after the undersigned conferred with Mr. Delmar.

These two e-mails have now been determined to be relevant to the Delmar Affidavit and, therefore, Defendant is supplementing the record with these two e-mails.

Dated: August 25, 206.                    Respectfully Submitted,


   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants