IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
MARIA CANALES and M SQUARED                 )
STRATEGIES, INC.,                           )
                                            )
        Plaintiffs,                         )
                                            )
v.                                          )   Civil Action No: 1:06CV01330 (GK)
                                            )
HENRY M. PAULSON,                           )
SECRETARY OF THE UNITED STATES              )
DEPARTMENT OF TREASURY *et al*.,            )
                                            )
        Defendants.                         )
_____)

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE REPLY
IN EXCESS OF 25 PAGE LIMIT AS PRESCRIBED BY LCvR 7(e)**

COME NOW, Plaintiffs Maria Canales ("Canales") and M Squared Strategies, Inc. ("M Squared") and hereby file Plaintiffs' Motion for Leave to File Reply in Excess of 25 Page Limit as Prescribed by LCvR 7(e) (this "Motion"). Pursuant to LCvR 7(m), the parties conferred and Defendants consent to this Motion.

Good cause is shown to grant this Motion because Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Application for Preliminary Injunction and Motion for a Temporary Restraining Order (the "Reply") replies to both of Defendants' oppositions in the interest of conserving judicial resources by filing only one document. Additionally, the Defendants filed a Motion for Summary Judgment on August 23, 2006, which contains information and documents not previously produced, and which the Defendants ask the Court to consider in determining whether to grant Plaintiffs' Application for Preliminary Injunction and M Squared's Application for Temporary Restraining Order. Additionally, although Plaintiffs' fully intended to meet the 25 page minimum as prescribed in LCvR 7(e), in light the need for expedited submissions and

- 2 -

based on this Court's previous comments regarding the timing of the decision on Plaintiffs' motions, good cause is shown to grant this motion.[1]

For the foregoing reasons, we respectfully request that this Court grant leave for the Plaintiffs to file the Reply in excess of 25 pages.

DATED: August 28, 2006                    Respectfully submitted,


      /s/ Steven D. Cundra
By:  One of their attorneys
Steven D. Cundra, D.C. Bar No. 374074
Amy Epstein Gluck, D.C. Bar No. 453525
Nicholas M. Beizer, D.C. Bar No. 485894
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
(202) 973-1200
(202) 973-1212 (fax)
*Attorneys for Plaintiffs*

---

[1] Plaintiffs expect the Reply to be not in excess of 30 pages.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                             )
MARIA CANALES and M SQUARED    )
STRATEGIES, INC.,                              )
                                                             )
      Plaintiffs,                                  )
                                                             )
v.                                                           )   Civil Action No: 1:06CV01330 (GK)
                                                             )
HENRY M. PAULSON,                           )
SECRETARY OF THE UNITED STATES )
DEPARTMENT OF TREASURY *et al*., )
                                                             )
      Defendants.                                )
_____)

**ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR LEAVE TO
FILE REPLY IN EXCESS OF 25 PAGE LIMIT AS PRESCRIBED BY LCvR 7(e)**

Upon consideration of Plaintiffs' Consent Motion for Leave to File Reply in Excess of 25 Page Limit as Prescribed by LCvR 7(e), and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Plaintiffs' Consent Motion for Leave to File Reply in Excess of 25 Page Limit as Prescribed by LCvR 7(e) be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiffs shall have leave file their Reply to Defendants' Opposition to Plaintiffs' Application for Preliminary Injunction and Motion for a Temporary Restraining Order in excess of the 25 page limit as prescribed by LCvR 7(e).

SO ORDERED.

                                                                 _____
                                                                 U.S. District Judge