UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MARIA CANALES, et al.,         )
                               )
        Plaintiffs,            )
    v.                         )   Civil Action No.
                               )   06-1330 (GK)
HENRY M. PAULSON,              )
    Secretary of the           )
    Treasury, et al.,          )
                               )
        Defendants.            )
_____)
```

**O R D E R**

Plaintiffs, Maria Canales and M Squared Strategies, Inc. ("M Squared"), bring this case against Henry M. Paulson, Secretary of the Treasury, , Thomas A. Sharpe, Jr., Director of the Office of the Procurement Executive, U.S. Department of the Treasury, and Dennis S. Schindel, Acting Inspector General, U.S. Department of the Treasury, challenging a June 27, 2006 Debarment Notice issued by the United States Department of the Treasury precluding them from contracting with the federal government for a period of three years.

This matter is currently before the Court on Plaintiff M Squared's Application for Temporary Restraining Order [Dkt. No. 18]. Upon consideration of the Application, Opposition, Reply, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff M Squared's Application for Temporary Restraining Order [Dkt. No. 18] is **granted**; and it is further

**ORDERED** that enforcement of the June 27, 2006 Debarment Notice issued to M Squared Strategies, Inc. by the United States Department of the Treasury is **enjoined** until further notice of the Court.

August 30, 2006

/s/
Gladys Kessler
U.S. District Judge

**Copies to**: **attorneys on record via ECF**