IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
MARIA CANALES and M SQUARED            )
STRATEGIES, INC.,                      )
                                       )
    Plaintiffs,                        )
                                       )
v.                                     )   Civil Action No: 1:06CV01330 (GK)
                                       )
HENRY M. PAULSON,                      )
SECRETARY OF THE UNITED STATES         )
DEPARTMENT OF TREASURY *et al.*,       )
                                       )
    Defendants.                        )
_____)

**PLAINTIFFS' CONSENT MOTION FOR A
ONE-DAY EXTENSION OF TIME TO FILE PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW, Plaintiffs Maria Canales and M Squared Strategies, Inc. (collectively, "Plaintiffs"), pursuant to Fed. R. Civ. P. 6(b), hereby file Plaintiffs' Consent Motion for a One-Day Extension of Time to File Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (this "Motion"). Pursuant to LCvR 7(m), counsel for the parties conferred and Defendants' counsel consents to this Motion.

Good cause is shown to grant this Motion because, although Plaintiffs fully intended to respond to Defendants' Motion for Summary Judgment by today's due date, due to previous obligations of Plaintiffs' counsel and the new evidence introduced by Defendants in their Motion for Summary Judgment, through affidavit and exhibit, including the later supplementation thereto, Plaintiffs' counsel now realizes they will need an additional day to comprehensively address such evidence. Moreover, as Defendants' counsel has consented to this Motion, the Defendants will not be prejudiced by allowing Plaintiffs' a one-day extension in which to file their Opposition to Defendants' Motion for Summary Judgment.

- 2 -

For the foregoing reasons, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion for a One-Day Extension of Time to File Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and allow Plaintiffs time to file Plaintiffs' Opposition to Defendants' Motion for Summary Judgment by no later than September 11, 2006.

DATED: September 8, 2006            Respectfully submitted,

/s/ Steven D. Cundra
By:  One of their attorneys
Steven D. Cundra, D.C. Bar No. 374074
Amy Epstein Gluck, D.C. Bar No. 453525
Nicholas M. Beizer, D.C. Bar No. 485894
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
(202) 973-1200
(202) 973-1212 (fax)
*Attorneys for Plaintiffs*

66346.1:230133:00420

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                            )
MARIA CANALES and M SQUARED  )
STRATEGIES, INC.,                                )
                                                            )
    Plaintiffs,                                    )
                                                            )
v.                                                          )   Civil Action No: 1:06CV01330 (GK)
                                                            )
HENRY M. PAULSON,                        )
SECRETARY OF THE UNITED STATES )
DEPARTMENT OF TREASURY *et al*.,  )
                                                            )
    Defendants.                                  )
_____)

## ORDER

Upon consideration of Plaintiffs' Consent Motion for a One-Day Extension of Time to File Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED** that Plaintiffs' for a One-Day Extension of Time to File Plaintiffs' Opposition to Defendants' Motion for Summary Judgment be and hereby is GRANTED; and it is

**FURTHER ORDERED** that Plaintiffs shall have leave to file Plaintiffs' Opposition to Defendants' Motion for Summary Judgment by no later than September 11, 2006.

**SO ORDERED**.

_____
U.S. District Judge

66347.1:230133:00420