IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
MARIA CANALES and M SQUARED                 )
STRATEGIES, INC.,                           )
                                            )
    Plaintiffs,                             )
                                            )
v.                                          )   Civil Action No: 1:06CV01330 (GK)
                                            )
HENRY M. PAULSON,                           )
SECRETARY OF THE UNITED STATES              )
DEPARTMENT OF TREASURY, *et al.*,           )
                                            )
    Defendants.                             )
_____)

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and 65(a)(2), and LCvR 56.1, Plaintiffs Maria Canales ("Canales") and M Squared Strategies, Inc. ("M Squared") hereby file their Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment [Dkt. No. 21].

In support of their Cross-Motion for Summary Judgment, Plaintiffs refer the Court to the attached Memorandum Of Points And Authorities In Support Of Plaintiffs' Cross Motion For Summary Judgment and in Opposition To Defendants' Motion For Summary Judgment, Plaintiffs' Statement of Material Facts Not in Genuine Dispute in Support of Plaintiffs' Cross-Motion for Summary Judgment, accompanying Second Supplemental Declaration of Maria Canales and Proposed Order in support of same.

In support of their Opposition to Defendants' Motion for Summary Judgment, Plaintiffs refer the Court to the [same] attached Memorandum Of Points And Authorities In Support Of

Plaintiffs' Cross Motion For Summary Judgment and in Opposition to Defendants' Motion For Summary Judgment, Plaintiffs' Statement Of Genuine Issues Of Material Fact In Opposition To Defendants' Motion For Summary Judgment, and [same] Proposed Order in support of same.

DATED:  September 11, 2006.

      Respectfully submitted,
      Maria Canales and M Squared Strategies, Inc.,


      ___/s/ Steven D. Cundra_____
      By:  One of their attorneys
      Steven D. Cundra, D.C. Bar No. 374074
      Amy Epstein Gluck, D.C. Bar No. 453525
      Nicholas M. Beizer, D.C. Bar No. 485894
      **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
      1120 20th Street, N.W.
      Suite 700, North Building
      Washington, D.C. 20036
      (202) 973-1200
      (202) 973-1212 (fax)


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of September, 2006, a copy of the foregoing document was served, via the Court's CM/ECF system, upon:

      JOHN C. TRUONG
      Assistant United States Attorney
      555 4th Street, N.W.
      Room E-4206
      Washington, D.C.  20530


      /s/ Steven D. Cundra_____
      Steven D. Cundra