IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES and M SQUARED STRATEGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HENRY M. PAULSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF TREASURY *et al.*, <br><br> Defendants. | Civil Action No: 1:06CV01330 (GK) |

## SECOND SUPPLEMENTAL DECLARATION OF MARIA CANALES

I, Maria ("Mayi") Canales do hereby aver, under penalty of perjury, that the following is true and correct:

1. My name is Maria ("Mayi") Canales. I am over 18 years of age, and I have personal knowledge of the matters contained herein.

2. This Supplemental Declaration is being prepared in conjunction with M Squared Strategies, Inc.'s and Maria Canales' Opposition to Defendants' Motion for Summary Judgment and incorporates herein and supplements the Affidavit of Maria Canales and the Declaration of Maria Canales that were attached as Exhibits 1 and 2, respectively, to Plaintiffs' Application for Preliminary Injunction filed in the above-referenced case on August 9, 2006, as well as the Supplemental Declaration of Maria Canales that was attached as Exhibit 1 to Plaintiff M Squared Strategies, Inc.'s Application for Temporary Restraining Order and Supplement to Plaintiffs' Application for Preliminary Injunction, filed on August 21, 2006..

3. In January 2003, I started M Squared Strategies, Inc. ("M Squared"), a technology consulting service company. I am the sole shareholder of M Squared, owning 100% of the company's interests, and I am the Chief Executive Officer of the company.

4. Prior to the issuance of Treasury's Notice of Debarment of M Squared, dated June 27, 2006, M Squared had 20 employees.

5. Currently, M Squared has fifteen employees. Twelve of the employees work directly on M Squared's government contract work and are direct cost charges to the government on those contracts on which they work. Three of the employees, including the undersigned, engage in work that is indirect cost charges (overhead) for M Squared, such as general administrative and marketing tasks, to those contracts.

6. I do not work directly on any government contracts, nor do I directly supervise the work of M Squared employees that work directly on M Squared's government contracts.

7. The work of M Squared employees that work directly on M Squared's government contracts are supervised by the Task Leader on each contract.

8. I attest to the truth of the statements herein and will so testify if called upon.

I, Maria Canales, declare under penalty of perjury that the foregoing is true and correct.

*[signature: Maria Elena Canales]*

Executed on September 9, 2006

Maria ("Mayi") Canales

66311.1:230133:00420