**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARIA CANALES and M SQUARED STRATEGIES, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HENRY M. PAULSON, )<br>SECRETARY OF THE UNITED STATES )<br>DEPARTMENT OF TREASURY, *et al.*, )<br>)<br>Defendants. ) | Civil Action No: 1:06CV01330 (GK) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Cross Motion for Summary Judgment and Plaintiffs' Application for Prelimanry and Permanent Injunction, and Defendants' Motion for Summary Judgment, the Oppositions thereto, and the entire record, it is this ____ day of _____, 2006,

ORDERED that Plaintiffs' Cross Motion for Summary Judgment be and is hereby GRANTED; it is

ORDERED that Plaintiffs' Application for Prelimanry and Permanent Injunction be and is hereby GRANTED; it is

ORDERED that Defendants' Motion for Summary Judgment be and is hereby DENIED; and it is

FURTHER ORDERED that the final Judgment be entered for Plaintiffs, with each party to bear their own costs.

SO ORDERED.

_____
U.S. District Judge

Copies to counsel of record via ECF.