**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

———————————————————  )
                                 )
MARIA CANALES, et al.,           )
                                 )
        Plaintiffs,              )
    v.                           )    Civil Action No.
                                 )    06-1330 (GK)
HENRY M. PAULSON,                )
    Secretary of the            )
    Treasury, et al.,            )
                                 )
        Defendants.              )
———————————————————  )

**O R D E R**

Plaintiffs, Maria Canales and M Squared Strategies, Inc. ("M Squared"), bring this case against Henry M. Paulson, Secretary of the Treasury, Thomas A. Sharpe, Jr., Office of the Procurement Executive, United States Department of the Treasury ("Treasury"), and Dennis S. Schindel, Treasury's Acting Inspector General, challenging a June 27, 2006 Debarment Notice issued by Treasury precluding them from contracting with the federal government for a period of three years. This matter is currently before the Court on Plaintiffs' Application for Preliminary Injunction [Dkt. No. 7].

Despite their on-the-record request that the Court address Plaintiffs' Application for Preliminary Injunction before making final rulings on the merits, the parties have filed and are currently briefing Motions for Summary Judgment. See Defs.' Mot. for Summ. J. [Dkt. No. 22]; Pls.' Cross Mot. for Summ. J. [Dkt. No. 30]. Those dispositive Motions will be ripe no later than September 25, 2006. It would be duplicative, and extremely

wasteful of judicial resources, for the Court to address Plaintiffs' Application for Preliminary Injunction in any great detail, only to rule on the parties' dispositive motions a very short time later.

On August 30, 2006 the Court entered a Temporary Restraining Order enjoining enforcement of the Debarment Notice against Plaintiff M Squared, finding, <u>inter alia</u>, that it had demonstrated irreparable injury and established "at least a substantial possibility" that it would succeed on the merits. <u>See</u> Dkt. No. 28. A review of Plaintiffs' Application for Preliminary Injunction indicates that Plaintiff Canales will also suffer irreparable harm in the absence of preliminary injunctive relief and that there is also at least a substantial possibility that she will succeed on the merits.[1]

In the interests of judicial economy and efficiency, the Court will therefore enter a Preliminary Injunction enjoining enforcement of the Debarment Notices issued both to M Squared and Canales until the pending Motions for Summary Judgment are resolved, a period

---

[1] As the Court noted in its August 30, 2006 Order granting M Squared's Application for Temporary Restraining Order, our Court of Appeals has recognized that in some instances injunctive relief will be appropriate when there is a high probability of injury and "some" probability of success on the merits. <u>See</u> <u>Cuomo v. United States Nuclear Regulatory Comm'n</u>, 772 F.2d 972, 974 (D.C. Cir. 1985) (noting that "a movant need not always establish a high probability of success on the merits" and that "[p]robability of success is inversely proportional to the degree of irreparable injury evidenced").

that is unlikely to extend beyond October 16, 2006.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' Application for Preliminary Injunction [Dkt. No. 7] is **granted**; it is further

**ORDERED** that enforcement of the June 27, 2006 Debarment Notice issued to M Squared Strategies, Inc. by the United States Department of the Treasury is **enjoined** until further notice of the Court; and it is further

**ORDERED** that enforcement of the June 27, 2006 Debarment Notice issued to Maria Canales by the United States Department of the Treasury is **enjoined** until further notice of the Court.


September 15, 2006                              _____/s/_____
                                               Gladys Kessler
                                               U.S. District Judge


**Copies to**: **attorneys on record via ECF**