UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES, ET AL., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>HENRY M. PAULSON, SECRETARY, )<br>DEPT. OF TREASURY, ET AL. )<br>Defendants. )<br>_____) | Civ. No. 06-1330 (GK)<br>ECF |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request an extension of time from September 21, 2006, to September 26, 2006, to file Defendant's Reply and Opposition to Plaintiffs' Cross Motion for Summary Judgment. Pursuant to Local Rule 7(m), the parties conferred and Plaintiffs' counsel consented this Motion.

There is good cause to grant this Motion. In response to Defendants' Motion for Summary Judgment, on September 11, 2006, Plaintiff s filed their Opposition to Defendants' Motion for Summary Judgment and a Cross Motion for Summary Judgment. See Dkt. No. 30. By operation of Local Rules 7(b) and (c) and Fed. R. Civ. P. 6(e), Defendants' Reply is due on September 21, 2006, and the Opposition to the Cross Motion for Summary Judgment is due September 25, 2006. Accordingly, it would conserve the parties's resources and advance judicial economy for Defendants to file a single brief addressing both its Reply and Opposition to the Cross Motion for Summary Judgment. In this vein, Defendants are seeking a brief extension prepare a single brief addressing all of the issues raised in Plaintiffs' filings.

Furthermore, a brief extension is needed so that the undersigned can circulate the brief

1

for client and supervisory review prior to filing it with the Court. There is no prejudice to Plaintiff here as the Court has already issued a preliminary injunction of the debarment notice. See Dkt. No. 32.

For these reasons, Defendants respectfully request that the Court grant an extension of time from September 21, 2006, to September 26, 2006, for Defendants to file a single brief addressing both its Reply and Opposition to Plaintiff's Cross Motion for Summary Judgment.

Dated: September 20, 2006.                Respectfully Submitted,


                                          　/s/   Kenneth L. Wainstein
                                          KENNETH L. WAINSTEIN, D.C. BAR #451058
                                          United States Attorney



                                          　/s/   Rudolph Contreras
                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                          Assistant United States Attorne



                                          　/s/   John C. Truong
                                          JOHN C. TRUONG, D.C. BAR #465901
                                          Assistant United States Attorney
                                          555 Fourth Street, N.W.
                                          Washington, D.C.  20530
                                          (202) 307-0406

                                          Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES, ET AL.,       )<br>                              )<br>   Plaintiffs              )<br>                              )<br>   v.                        )<br>                              )<br>HENRY M. PAULSON, SECRETARY, )<br>DEPT. OF TREASURY, ET AL.    )<br>   Defendants.               )<br>_____) | Civ. No. 06-1330 (GK)<br>ECF |

## ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendants' Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including September 26, 2006, to respond file a Reply and Opposition to Plaintiff's Cross Motion for Summary Judgment in a single brief.

SO ORDERED.

_____
U.S. District Judge