UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES, ET AL., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>HENRY M. PAULSON, SECRETARY, )<br>DEPT. OF TREASURY, ET AL. )<br>Defendants. )<br>_____) | Civ. No. 06-1330 (GK)<br>ECF |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request an extension of time from September 26, 2006, to September 29, 2006, to file Defendant's Reply and Opposition to Plaintiffs' Cross Motion for Summary Judgment. Pursuant to Local Rule 7(m), the parties conferred and Plaintiffs' counsel consented to this Motion.

There is good cause to grant this Motion. Defendants fully intended to file their Reply and Opposition to Plaintiff's Cross Motion for Summary Judgment by the due date, September 26, 2006; however, the undersigned had to deal with issues in another case that unexpectedly arose yesterday. For that reason, the undersigned could not complete preparing the brief in time for client and supervisory review before filing it with the Court. Furthermore, additional time is needed for the undersigned to confer with agency counsel in order to respond to Plaintiffs' 26 separate statements of material facts not in genuine dispute.

For these reasons, Defendants respectfully request that the Court grant an extension of time from September 26, 2006, to September 29, 2006, for Defendants to file a single brief addressing both its Reply and Opposition to Plaintiff's Cross Motion for Summary Judgment.

Dated: September 26, 2006.　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　/s/   Kenneth L. Wainstein
　　　　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, D.C. BAR #451058
　　　　　　　　　　　　　　　　　　　United States Attorney



　　　　　　　　　　　　　　　　　　　　 /s/    Rudolph Contreras
　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　　Assistant United States Attorne



　　　　　　　　　　　　　　　　　　　　 /s/   John C. Truong
　　　　　　　　　　　　　　　　　　　JOHN C. TRUONG, D.C. BAR #465901
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　(202) 307-0406

　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES, ET AL., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>HENRY M. PAULSON, SECRETARY, )<br>DEPT. OF TREASURY, ET AL. )<br>Defendants. )<br>_____) | Civ. No. 06-1330 (GK)<br>ECF |

**ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendants' Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including September 29, 2006, to respond file a Reply and Opposition to Plaintiff's Cross Motion for Summary Judgment in a single brief.

SO ORDERED.

_____
U.S. District Judge