

# DEPARTMENT OF THE TREASURY
## WASHINGTON, D.C. 20220

September 29, 2006

M Squared Strategies, Inc.
ATTN: Maria (Mayi) Canales
1616 H St., N.W.
Suite 1010
Washington, D.C. 20006-4903

Dear Ms. Canales:

    The Department of the Treasury voluntarily withdraws and remands for further consideration the June 27, 2006, debarment notice issued to M Squared Strategies, Inc.

    In order to compile a more complete record and to form a decision that reflects the facts, the Treasury Department hereby withdraws M Squared's debarment and will re-evaluate whether to invoke the debarment process for M Squared. If the Treasury Department initiates a debarment process for M Squared, it will be afforded an opportunity to respond to any proposed debarment and a hearing, if necessary, during which M Squared can raise any argument that it wishes the Department to consider.

    This withdrawal and remand is limited to the June 27, 2006, debarment notice issued to M Squared Strategies, Inc.

Sincerely,

Thomas A. Sharpe, Jr.
Debarring Official
Director, Office of the Procurement Executive

GOVERNMENT EXHIBIT A