M SQUARED STRATEGIES, INC.

(A STOCK CORPORATION)

## ARTICLE I
## INCORPORATORS

We, the undersigned, MARIA ELENA CANALES of 7007 Clinton Court, Annapolis, Maryland 21403, and AMERICO S. MICONI of 643 North Armistead Street, Alexandria, Virginia 22312, being at least eighteen years of age, do hereby form a stock corporation under the laws of the State of Maryland.

## ARTICLE II
## NAME

The name of the corporation is M SQUARED STRATEGIES, INC., hereinafter called the corporation.

## ARTICLE III
## PURPOSES AND POWERS

The corporation is organized for the purpose of providing a range of consulting, marketing, planning, computer programming and system analysis services to governmental agencies and private industry, and buying, managing, selling and investing in residential property and any other business not prohibited by law or required to be stated in these articles, and for these purposes:

(a) To engage in applied research, development and manufacture of all forms of materials or articles relating thereto;

(b) To develop and manufacture such products which the board of directors of this corporation may from time to time authorize or approve;

(c) To acquire, accept, buy, exchange, rent, lease or otherwise obtain, use, employ, improve, operate, maintain, repair, replace, sell, transfer, convey, give, dedicate, abandon or otherwise dispose of, mortgage, pledge, deed in trust, hypothecate, or otherwise encumber, and deal in any



GOVERNMENT EXHIBIT B

and securities of all kinds, whether secured by mortgage, pledge or otherwise, without limit as to amount, and to secure the same by mortgage, deed of trust, pledge or otherwise, and generally to make and perform agreements and contracts of every kind and description;

(e) To acquire all necessary convenient franchises, licenses, grants, permits and other evidences of authority to carry on said business and to sell, transfer, assign, or dispose of, in any manner allowed or provided by law, said franchises, licenses, grants, permits, and other evidences of authority to carry on said businesses;

(f) To lend money for its corporate purposes, invest and reinvest its funds, and take, hold and deal with real and personal property as security for the payment of funds so loaned or invested, or otherwise;

(g) To enter into partnership, joint venture, or business association agreements with other corporations, business entities and individuals;

(h) To acquire by purchase, subscription or otherwise, and to hold for investment or otherwise and to use, sell, assign, transfer, mortgage, pledge or otherwise deal with or dispose of stocks, bonds, or any other obligations or securities of any obligor or issuer; to merge or consolidate with any corporation or business entity or individual in such manner as may be permitted by law; to aid in any manner any corporation, business entity or individual whose stocks, bonds or other obligations are held or in any manner guaranteed by this corporation, or in which this corporation is in any way interested; and to do any other acts or things for the preservation, protection, improvement or enhancement of the value of any such stock, bonds, or other securities to exercise all the rights, powers and privileges of ownership thereof, and to exercise any and all voting powers thereon; and to guarantee the payment of dividends upon any stock, the principal or interest or both, of any bonds or other securities; and the performance of any contracts; and

(i) To do all and everything necessary of convenient for the accomplishment of any purpose or the attainment of any of the objects or the furtherance of any of the powers hereinbefore set forth, either alone or in association with other corporations, firms or individuals, and to do every other act or acts, thing or things incidental or

2

and conduct business and have one or more offices and exercise its corporate powers in any and all places, without limitation.

## ARTICLE IV
## REGISTERED OFFICE

The street address of the principal office of the corporation in Maryland is: 7007 Clinton Court, Annapolis, Maryland 21403, which is in Anne Arundel County, Maryland.

## ARTICLE V
## RESIDENT AGENT

The name of the initial Resident Agent of the corporation in Maryland is Maria Elena Canales, a resident of the State of Maryland and a Director of the corporation, and whose business address is 7007 Clinton Court, Annapolis, Maryland 21403, which is in Anne Arundel County, Maryland, and is the same as the initial Resident Office of the corporation.

## ARTICLE VI
## AUTHORIZED CAPITAL AND VOTING RIGHTS

The aggregate shares which the corporation shall have the authority to issue and the par value per share are as follows: 10,000 shares of Common Stock, each share having a par value of One Cent ($.01). Each share shall have one (1) vote.

## ARTICLE VII
## DIRECTORS

The affairs of the Corporation shall be managed by a Board of Directors. Prior to the first annual meeting of the stockholders, and in light of the fact that all shares of the Corporation shall initially be owned by two (2) shareholders, there shall be two (2) initial directors and, thereafter, the number of directors may be changed in

3

7007 Clinton Court
Annapolis, Maryland 21403

Americo S. Miconi
643 N. Armistead Street
Alexandria, Virginia 22312

At the first annual meeting, and at each annual meeting thereafter, the stockholders shall elect directors for a term of one year, but directors shall, by a majority vote of the remaining members of the Board, elect new directors to serve the unexpired term of any vacancy which may occur between meetings of the stockholders.

The Board of Directors of the Corporation will have the authority to adopt and amend the By-Laws for the governing of the affairs of the Corporation; but the stockholders shall have the authority to amend or repeal said By-Laws by a majority vote, and By-Laws enacted, amended, or repealed by the stockholders shall not be amended, reamended or reenacted by the Board of Directors.

## ARTICLE VII
## INDEMNIFICATION OF DIRECTORS AND OFFICERS

Each person now or hereafter a Director or Officer of the Corporation (and his heirs, executors and administrators) shall be indemnified by the Corporation against all claims, liabilities, judgments, settlements, costs and expenses, including all attorney fees, imposed or reasonably incurred by him in connection with or resulting from any action, suit, proceeding or claim to which he is or may be made a party by reason of his being or having been a Director or Officer of the Corporation (whether or not a Director or Officer at the time such costs or expenses are incurred by or imposed upon him), except in relation to matters as to which he shall have finally been adjudged in such action, suit or proceeding to be liable for gross negligence or willful misconduct in the performance of his duties as such Director or Officer; or in the event of a settlement, the indemnification shall be made only if the Corporation shall be advised, in case none of the persons involved shall be or have been a Director, by the Board of Directors of the Corporation, and otherwise

4

event of a settlement, that such settlement was or is in the best interest of the Corporation. If the determination is to be made by the Board of Directors, it may rely as to all questions of law on the advice of independent counsel. Such right of indemnification shall not be deemed exclusive of any rights to which he may be entitled under any By-Law, agreement, vote of stockholders, or otherwise.

## ARTICLE VIII
## DURATION

The duration of this Corporation shall be unlimited. DATED, this 1st day of June, 2002.

IN WITNESS WHEREOF, we have signed these articles and acknowledge the same to be our act.

**SIGNATURES OF INCORPORATORS:**

_____
MARIA ELENA CANALES, Incorporator

_____
AMERICO S. MICONI, Incorporator

I hereby consent to my designation in this document as resident agent for this corporation.

**SIGNATURE OF RESIDENT AGENT LISTED IN FIFTH:**

_____
MARIA ELENA CANALES

**RETURN TO:**

MARIA ELENA CANALES
7007 CLINTON COURT
ANNAPOLIS, MARYLAND 21403

5