**Maryland Department of Assessments and Taxation** 1
**Taxpayer Services Division**
301 West Preston Street W Baltimore, Maryland 21201

Main Menu | Security Interest Filings (UCC) | Business Entity Information
(Charter/Personal Property) New Search | Get Forms | Certificate of Status | SDAT Home

## Taxpayer Services Division

### Entity Name: M SQUARED STRATEGIES, INC.
### Dept. ID #: D06911432

General Information | **Amendments** | Personal Property | Certificate of Status

### NOTICE ABOUT IMAGE AVAILABILITY AND ACCURACY

Page 1 of 1

| Description | Date Filed | Time | Film | Folio | Pages | View Document | Order Copies |
|---|---|---|---|---|---|---|---|
| RESOLUTION | 01/04/2005 | 12:31-PM | B00749 | 0850 | 0002 | 👁 | 📋 |
| RESOLUTION | 08/19/2004 | 11:50-AM | B00695 | 0344 | 0003 | 👁 | 📋 |
| RESOLUTION | 06/25/2003 | 11:21-AM | B00538 | 0309 | 0002 | 👁 | 📋 |
| ARTICLES OF INCORPORATION | 07/01/2002 | 09:46-AM | B00405 | 1525 | 0006 | 👁 | 📋 |

### Link Definition

| | |
|---|---|
| **General Information** | General Information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Personal Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity. |

GOVERNMENT EXHIBIT C

P.A. _____   Religious _____

Merging (Transferor) _____

_____

_____

```
ID # D00011432  ACK # 1000361007207003
LIBER: 000405 FOLIO: 1525 PAGES: 0000
M SQUARED STRATEGIES, INC.


07/01/2002 AT 10:40 A WO # 0000511000
```

Surviving (Transferee) _____

_____

_____

New Name _____

### FEES REMITTED

Base Fee: 31
Org. & Cap. Fee: 20
Expedite Fee: _____
Penalty: _____
State Recordation Tax: _____
State Transfer Tax: _____
2 Certified Copies
   Copy Fee: 12p  18
1 Certificates
   Certificate of Status Fee: 6
Personal Property Filings: _____
Other: _____

TOTAL FEES: 64

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
         and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____ Other Change(s)

Code _____

Credit Card _____   Check ✓   Cash _____

Attention: _____

_____ Documents on _____ Checks

Approved By: 10

Keyed By: _____

Mail to Address: M Squared Strategies, Inc.
7007 Clinton Court
Annapolis, MD  21403

COMMENT(S):

2 - CERTIFIED COPY MADE