Entity Detail                                                                09/04/2006 12:23 PM



**Maryland Department of Assessments and Taxation**
**Taxpayer Services Division**
301 West Preston Street ▪ Baltimore, Maryland 21201

Main Menu | Security Interest Filings (UCC) | Business Entity Information (Charter/Personal Property) New Search | Get Forms | Certificate of Status | SDAT Home

## Taxpayer Services Division

### Entity Name: M SQUARED STRATEGIES, INC.
### Dept. ID #: D06911432

| General Information | Amendments | Personal Property | Certificate of Status |

**Principal Office (Current):**
1112 COPLEY LANE
SILVER SPRING, MD  20904

**Resident Agent (Current):**
JOEL C. WEINGARTEN
1112 COPLEY LANE
SILVER SPRING, MD  20904

**Status:** INCORPORATED

**Good Standing:** Yes

**Business Code:** Ordinary Business - Stock

**Date of Formation or Registration:** 07/01/2002

**State of Formation:** MD

**Stock/Nonstock:** Stock

**Close/Not Close:** Not Close

### Link Definition

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Personal Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity. |



GOVERNMENT EXHIBIT
D