UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES, ET AL., ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civ. No. 06-1330 (GK) |
| v. ) | ECF |
| ) | |
| HENRY M. PAULSON, SECRETARY, ) | |
| DEPT. OF TREASURY, ET AL. ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION TO DISMISS AND FOR VOLUNTARY REMAND**

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendants move to dismiss Plaintiff M Squared Strategies Inc., for lack of subject matter jurisdiction and for voluntary remand of its debarment notice.

In support of this Motion, Defendants respectfully refer the Court to Defendants' Reply in Support of Motion for Summary Judgment; In Opposition to Plaintiffs' Cross Motion for Summary Judgment; and In Support of Motion to Dismiss and Voluntary Remand ("Memorandum").  The Memorandum is being concurrently filed herewith.

Dated: September 29, 2006.            Respectfully Submitted,


                                      /s/  Jeffrey A. Taylor
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                      United States Attorney


                                      /s/  Rudolph Contreras
                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                      Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants