IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES and M SQUARED STRATEGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HENRY M. PAULSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF TREASURY *et al.*, <br><br> Defendants. | Civil Action No: 1:06CV01330 (GK) |

**PLAINTIFFS' CONSENT MOTION FOR A ONE-DAY EXTENSION OF TIME TO FILE PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND FOR VOLUNTARY REMAND (Dkt. No. 35)**

COME NOW, Plaintiffs Maria Canales and M Squared Strategies, Inc. (collectively, "Plaintiffs"), pursuant to Fed. R. Civ. P. 6(b), and hereby file Plaintiffs' Consent Motion for a One-Day Extension of Time to File Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Cross Motion for Summary Judgment and Plaintiffs' Opposition to Defendants' Motion to Dismiss and for Voluntary Remand (this "Motion"). Pursuant to LCvR 7(m), counsel for the parties conferred and Defendants' counsel consents to this Motion.

Good cause is shown to grant this Motion because, although Plaintiffs fully intended to respond to Defendants' Opposition to Plaintiffs' Cross Motion for Summary Judgment and Motion to Dismiss and for Voluntary Remand by today's due date, due to previous obligations of Plaintiffs' counsel and the complex arguments raised by Defendants in their Motion, Plaintiffs' counsel now realizes they will need an additional day to comprehensively address Defendants'

arguments. Moreover, as Defendants' counsel has consented to this Motion, the Defendants will not be prejudiced by allowing Plaintiffs a one-day extension for Plaintiffs to file this Motion.

For the foregoing reasons, Plaintiffs respectfully request that this Court grant this Motion and allow Plaintiffs a one-day extension of time to file, by no later than October 13, 2006, Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Cross Motion for Summary Judgment and Plaintiffs' Opposition to Defendants' Motion to Dismiss and for Voluntary Remand.

DATED: October 12, 2006                    Respectfully submitted,


                                           /s/ Nicholas M. Beizer
                                           Steven D. Cundra, D.C. Bar No. 374074
                                           Amy Epstein Gluck, D.C. Bar No. 453525
                                           Nicholas M. Beizer, D.C. Bar No. 485894
                                           **HALL, ESTILL, HARDWICK, GABLE,**
                                           **GOLDEN & NELSON, P.C.**
                                           1120 20th Street, N.W.
                                           Suite 700, North Building
                                           Washington, D.C. 20036
                                           (202) 973-1200
                                           (202) 973-1212 (fax)
                                           *Attorneys for Plaintiffs*

67979.1:230133:00420

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA CANALES and M SQUARED )
STRATEGIES, INC., )
  )
  Plaintiffs, )
  )
v. ) Civil Action No: 1:06CV01330 (GK)
  )
HENRY M. PAULSON, )
SECRETARY OF THE UNITED STATES )
DEPARTMENT OF TREASURY *et al.*, )
  )
  Defendants. )

## ORDER

Upon consideration of Plaintiffs' Consent Motion for a One-Day Extension of Time to File Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Cross Motion for Summary Judgment and Plaintiffs' Opposition to Defendants' Motion to Dismiss and for Voluntary Remand, and the entire record herein, it is this ____ day of _____, 2006,

**ORDERED** that Plaintiffs' Consent Motion for a One-Day Extension of Time to File Plaintiffs' Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Cross Motion for Summary Judgment and Plaintiffs' Opposition to Defendants' Motion to Dismiss and for Voluntary Remand be and hereby is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs shall have leave to file Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Cross Motion for Summary Judgment and Plaintiffs' Opposition to Defendants' Motion to Dismiss and for Voluntary Remand by no later than October 13, 2006.

**SO ORDERED**.

------------------------
U.S. District Judge

66347.1:230133:00420