## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES, ET AL., ) | |
| ) | |
|    Plaintiffs ) | |
| ) | Civ. No. 06-1330 (GK) |
| v. ) | ECF |
| ) | |
| HENRY M. PAULSON, SECRETARY, ) | |
| DEPT. OF TREASURY, ET AL. ) | |
|    Defendants. ) | |
|    _____) | |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request an extension of time from October 23, 2006, to October 25, 2006, file Defendants' Reply in support of their Motion to Dismiss for Lack of Subject Matter Jurisdiction. Pursuant to Local Rule 7(m), the parties conferred and Plaintiffs' counsel consented to this Motion.

There is good cause to grant this Motion. On October 13, 2006, Plaintiffs filed, *inter alia*, an opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. Under Local Rule 7(d) and Fed. R. Civ. P. 6(e), Defendants' Reply is due on October 23, 2006. However, the undersigned mis-calendared the deadline for the Reply as October 25, 2006. Due to this inadvertent error the undersigned scheduled other filings in other matters for October 23, 2006. Accordingly, the undersigned did not devote as much time this past week to preparing the Reply and instead had focused on the filings in other matters due on Monday

For these reasons, Defendants respectfully request that the Court grant a two-day extension of time from October 23, 2006, to October 25, 2006, for Defendnat to prepare the draft Reply for client and supervisory review prior to filing it with the Court.

Dated: October 20, 2006.	Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney



   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorne



   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CANALES, ET AL., ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civ. No. 06-1330 (GK) |
| v. ) | ECF |
| ) | |
| HENRY M. PAULSON, SECRETARY, ) | |
| DEPT. OF TREASURY, ET AL. ) | |
| Defendants. ) | |
| _____) | |

## ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendants' Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including October 20, 2006, to respond file their Reply.

SO ORDERED.

_____
U.S. District Judge