| AWARD/CONTRACT | 1. THIS CONTRACT IS NOT A RATED ORDER UNDER DPAS (15 CFR 350) | | RATING | PAGE 1 OF 45 PAGES |
|---|---|---|---|---|
| 2. CONTRACT NO. DE-AC01-05ME01106.A000 | 3. EFFECTIVE DATE | | 4. REQUISITION PURCHASE REQUEST PROJECT NO. 01-05ME01106.000 | |

| 5. ISSUED BY CODE | ME-641.1 | 6. ADMINISTERED BY (if other than item 5) CODE |
|---|---|---|
| U.S. Department of Energy<br>HQ Procurement Services/ME-641.1<br>1000 Independence Ave., SW<br>Washington, DC 20585 | | Patrick A. Thornton/ME-641.1<br>(202) 287-1532; FAX (202-287-1456/1457<br>B/NC: A111; E-mail Patrick.Thornton@pr.doe.gov |

| 7. Name and address of contractor (No., street, city, county, State & ZIP Code) | 8. DELIVERY |
|---|---|
| M Squared Strategies, Inc.<br>Attn: Mayi Canales<br>1616 H Street NW, Suite 1010<br>Washington, DC 20037<br>Ph. (202) 352-2544/FAX (202) 628-3117<br>DUNS: 126911564   TIN: 41-2077048 | ☐ FOB ORIGIN   ☐ OTHER (See below)<br>9. DISCOUNT FOR PROMPT PAYMENT<br><br>10. & 12. SUBMIT INVOICES<br>(SEE ADDRESS BELOW) |
| SBA Acceptance No.: 0353-05-504027 | |

| 11. SHIP TO MARK FOR | |
|---|---|
| U.S. Department of Energy<br>Attn: ME-2.5/Ed Golden<br>1000 Independence Ave. SW<br>Washington DC 20585<br>Ph. (202) 586-5819/FAX (202) 586-7486 | U.S. Department of Energy<br>Oak Ridge Operations Office<br>Oak Ridge Financial Service Center<br>Oak Ridge TN 37831<br>Ph. (865) 576-1697/Linda Vinyard; (865) 576-0770; toll free 1-888-251-3557 |

| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION | 14. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| ☐ 10. U.S.C. 2304 (C) (  )   X 41 U.S.C. 253 (C) ( 5 ) 637-8(a) | Fund Approp. Allot. Rep.Entity SGL OC Program Amount<br>01050 2005 60 301802 61000000 25200 1713278 $200,000.00 |

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15.D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | I-MANAGE Program Strategic Planning/Improvement Support. Period of Performance: June 1, 2005-May 31, 2006. Reference SBA Acceptance #: 0353-05-504027. Time & Materials/Fixed Rate Contract. | | | Total Obligation:<br>$200,000.00 | Maximum Potential Not-to-Exceed Ceiling Value:<br>$2,500,000.00 |
| | | | | 15G. TOTAL (NTE) AMOUNT OF CONTRACT | $ 800,000.00 NTE |

### 16. TABLE OF CONTENTS

| | SEC | DESCRIPTION | PAGE(S) | | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CLAUSES | |
| x | A | SOLICITATION/CONTRACT FORM | 1 | x | I | CONTRACT CLAUSES | 36 |
| x | B | SUPPLIES OR SERVICES AND PRICES | 2 | X | | PART -III - LIST OF DOCUMENTS EXHIBITS AND OTHER ATTACHMENTS | |
| x | C | PERFORMANCE WORK STATEMENT/QASP | 11 | | J | LIST OF ATTACHMENTS | 45 |
| x | D | PACKAGING AND MARKING | 15 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| x | E | INSPECTION AND ACCEPTANCE | 16 | | | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERS | |
| x | F | DELIVERIES OR PERFORMANCE | 23 | | | | |
| x | G | CONTRACT ADMINISTRATION DATA | 25 | | | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| x | H | SPECIAL CONTRACT REQUIREMENTS | 29 | | | EVALUATION FACTORS FOR AWARD | |

CONTRACTOR WILL COMPLETE ITEMS 19A. THRU 19C. AS APPLICABLE

| 17. X CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 2 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all continuation sheets for the consideration stated herein. The rights and obligations of the parties to the contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein (Attachments are listed herein.) | 18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ___ including the additions or changes made by your which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|
| 19A. NAME AND TITLE OF SIGNER (Type or print)<br>Maria Elena Canales, CEO | 20A. NAME OF CONTRACTING OFFICER<br>Patrick A. Thornton |
| 19B. NAME OF CONTRACTOR<br>BY Ma El C es<br>(Signature of person authorized to sign) | 19C. DATE SIGNED<br>MAY 26 2005 | 20B. UNITED STATES OF AMERICA<br>BY _Patrick A Thornton_<br>(Signature of Contracting Officer) | 20C. DATE SIGNED<br>MAY 26 2005 |

| NSN 7540-01-152-8069<br>PREVIOUS EDITION UNUSABLE | 26-107<br>GPO 1985 O - 469-794 | STANDARD FORM 26 (REV 4-85)<br>Prescribed by GSA<br>FAR (48 CFR) 53 214 (a) |



GOVERNMENT EXHIBIT A 10/25