UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
                              )
**MARIA CANALES**, <u>et al.</u>,      )
                              )
      Plaintiffs,             )
   v.                         )   Civil Action No.
                              )   06-1330 (GK)
**HENRY M. PAULSON**,             )
   Secretary of the           )
   Treasury, <u>et al.</u>,        )
                              )
      Defendants.             )
_____  )

### O R D E R

This matter is before the Court on Plaintiffs' Motion to Expedite Discovery [Dkt. No. 6]. This Motion relates to Plaintiffs' requests for preliminary injunction. The Court granted Plaintiffs' Application for Preliminary Injunction [Dkt. No. 7] on September 15, 2006.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion to Expedite Discovery [Dkt. No. 6] is **denied** as **moot;** and it is further

**ORDERED** that **no later than March 28, 2007,** the parties shall file a <u>praecipe</u> informing the Court whether the case should be closed at this time.


March 20, 2007                  /s/_____
                                Gladys Kessler
                                U.S. DISTRICT JUDGE


<u>Copies to</u>: **attorneys on record via ECF**

Case 1:06-cv-01330-GK    Document 43    Filed 03/20/2007    Page 2 of 2