UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA CANALES, ET AL.,        )
                              )
   Plaintiffs                )
                              )   Civ. No. 06-1330 (GK)
v.                            )   ECF
                              )
HENRY M. PAULSON, SECRETARY,  )
DEPT. OF TREASURY, ET AL.     )
   Defendants.               )
_____)

JOINT *PRAECIPE*

On March 20, 2007, the Court issued an order denying Plaintiff's Motion for Expedited Discovery as moot. See Dkt. No. 43. In that same order, the Court also instructed the parties to submit a *praecipe* by March 29, 2007, informing the Court whether the case should be closed at this time. Id.

The parties hereby report that the case should not be closed at this time because there are ripe pending dispositive motions for the Court's ruling. Specifically, Defendant's Motion for Summary Judgment (Dkt. No. 22) is fully briefed. In addition, Plaintiff's Cross Motion for Summary Judgment (Dkt. No. 30) is also fully briefed. Finally, Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Remand (Dkt. No. 36) is fully briefed.

Accordingly, the Court should not close the above-captioned action.

Dated: March 29, 2007.          Respectfully Submitted,

                                                                      /s/   Jeffrey A. Taylor
                                                               JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                               United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

_____//s//_____
Steve Cundra
John Stackhouse
Roetzel & Andress
1025 Connecticut Ave. NW
Suite 220
Washington D.C. 20036-5405
(202) 625-0600

Attorneys for Plaintiff