IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
MARIA CANALES and M SQUARED                 )
STRATEGIES, INC.,                           )
                                            )
    Plaintiffs,                             )
                                            )
v.                                          )  Civil Action No: 1:06CV01330 (GK)
                                            )
HENRY M. PAULSON,                           )
SECRETARY OF THE UNITED STATES              )
DEPARTMENT OF TREASURY, *et al*.,           )
                                            )
    Defendants.                             )
_____)

**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS OF COUNSEL**

Please note the following appearance and change of law firm affiliation for counsel for Plaintiffs, Marie Canales and M Squared Strategies, Inc. in the above referenced case:

> Steven D. Cundra, Esquire (D.C. Bar No. 374074)
> Roetzel & Andress, LPA
> 1300 Eye Street, N.W.
> Suite 400 East
> Washington, D.C. 20005
> Telephone: 202.625.0600
> Facsimile: 202.338.6340

All parties and counsel of record are being notified of this change.

DATE: June 4, 2007

                                        Respectfully Submitted,


                                         /s/ Steven D. Cundra
                                        Steven D. Cundra, Esquire (D.C. Bar No. 374074)
                                        ROETZEL & ANDRESS, LPA
                                        1300 Eye Street, N.W.
                                        Suite 400 East
                                        Washington, D.C. 20005
                                        Telephone: 202.625.0600

3644 v_01

Facsimile: 202.338.6340
*Counsel for Plaintiffs, Marie Canales and*
*M Squared Strategies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2007, the foregoing **Praecipe – Notice of Change of Firm Affiliation and Address of Counsel** was electronically filed and transmitted to counsel of record for all parties herein.

    /s/ Steven D. Cundra
Steven D. Cundra, Esquire (D.C. Bar No. 374074)
ROETZEL & ANDRESS, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 20005
Telephone: 202.625.0600
Facsimile: 202.338.6340
*Counsel for Plaintiffs, Marie Canales and*
*M Squared Strategies, Inc.*

3644 v_01