UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**MARIA CANALES**, <u>et</u> <u>al.</u>,            )
                                   )
    Plaintiffs,               )
                                   )
  v.                              )  Civil Action No.
                                   )  06-1330 (GK)
**HENRY M. PAULSON**,                  )
                                   )
    Secretary of the          )
    Treasury, <u>et</u> <u>al.</u>,          )
                                   )
    Defendants.               )
_____)

**O R D E R**

Plaintiffs, Maria Canales and M Squared Strategies, Inc. ("M Squared"), bring this case against Henry M. Paulson, Secretary of the Treasury, Thomas A. Sharpe, Jr., Senior Procurement Executive, United States Department of the Treasury ("Treasury" or the "Department"), and Dennis S. Schindel, Treasury's Acting Inspector General, challenging June 27, 2006 Debarment Notices issued by Treasury precluding them from contracting with the federal government for a period of three years.

This matter is currently before the Court on Defendants' Motion for Summary Judgment [Dkt. No. 22], Plaintiffs' Cross Motion for Summary Judgment [Dkt. No. 30], and Defendants' Motion to Dismiss in Part [Dkt. No. 36]. Upon consideration of the Motions, Oppositions, and Replies, and the entire record herein, and for the

reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment is **denied**; it is further

**ORDERED** that Plaintiffs' Cross Motion for Summary Judgment is **granted in part** as to Canales's Debarment; it is further

**ORDERED** that Defendants' Motion to Dismiss in Part is **granted** and M Squared's claim is **dismissed without prejudice**; and it is further

**ORDERED** that the June 27, 2006 Debarment Notice issued by Treasury precluding Plaintiff Maria Canales from contracting with the federal government for a period of three years is **vacated** and **remanded** to Treasury for further proceedings consistent with this Order and accompanying Memorandum Opinion.

The parties should note that no live claims remain in this case.  Therefore, this is a final appealable Order subject to Federal Rule of Appellate Procedure 4.  See Fed. R. App. P. 4.

July 16, 2007

/s/
Gladys Kessler
United States District Judge

**Copies to**: **attorneys of record via ECF**